ORIGINAL

PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone:   (949) 752-2911
Facsimile:   (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE and PDG PRODUCE, INC.

FILED
2008 MAY 22 PM 4:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KN-IT _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation.<br><br>Plaintiffs<br>vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual.<br><br>Defendants. | CASE NO. '08 CV 0914 J JMA<br><br>CERTIFICATION AS TO INTERESTED PARTIES |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Plaintiffs, SUCASA PRODUCE and P.D.G. PRODUCE, INC., Plaintiffs in the above-captioned action, certifies that the following listed parties have direct, pecuniary interests in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

1

| | |
|---|---|
| 1. SUCASA PRODUCE | Plaintiff seeking recovery of at least $167,152.50 against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Breach Of Contract. |
| 2. P.D.G. PRODUCE, INC. | Plaintiff seeking recovery of at least $113,903.90 against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Breach Of Contract. |
| 3. SAMMY'S PRODUCE, INC. | Corporate Defendant against whom Plaintiffs seeks recovery in the cumulative amount of at least $281,056.10. |
| 4. YAN SKWARA, individually | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $281,056.10. |
| 4. SAMUEL V. NUCCI, individually | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $281,056.10. |

| | |
|---|---|
| 4. DARIN PINES, individually | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $281,056.10. |

RYNN & JANOWSKY, LLP

DATED: May 21, 2008                By: *[signature]*

PATRICIA J. RYNN, Attorney for Plaintiffs SUCASA PRODUCE and P.D.G. PRODUCE, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953