JAMES A. TESTA (SB#64660)
GREGORY J. TESTA (SB#176318)
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California 92069
(760)891-0490 / FAX (760)891-0495

Attorney for Defendant, SAMUEL V. NUCCI, an individual

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>-vs-<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual.<br><br>　　　　　　　　Defendants. | CASE NO. 08 CV914 JLS (JMA)<br><br>DEFENDANT SAMUEL V. NUCCI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION<br><br><br><br>DATE: June 9, 2008<br>TIME: 10:00 A.M.<br>COURTROOM: 6<br><br>JUDGE JANIS L. SAMMARTINO |

## I.

## STATEMENT OF FACTS

SAMMY'S PRODUCE, INC. is a California corporation. Defendant SAMUEL V. NUCCI is not, and has not been, a shareholder, officer or director in this corporation. Rather, Mr. NUCCI was merely employed by SAMMY'S PRODUCE, INC. as its Vice President of Sales and Marketing since April 2007 and reported directly to Darin Pines as his supervisor. In that position, Mr. NUCCI was responsible for ordering and redistribution of produce, but did not

-1-

---

have access to any corporate financial or accounting information. In particular, Mr. NUCCI did not, and does not, have authority to write checks for the company nor does he have access to corporate ledgers, accounting information or tax returns. In the past six (6) weeks, he has not bought or sold any produce with the company.

## II.

## DEFENDANT SAMUEL V. NUCCI IS NOT AN APPROPRIATE PARTY TO THE PRELIMINARY INJUNCTION

Courts have recognized that in some circumstances, a shareholder, officer or director who is in a position to control PACA trust assets and breaches his or her duty to preserve such assets, may be an appropriate party in a civil action. (See Sunkist Growers, Inc. v. Fisher (9th Cir. 1997) 104 F.3d 280.) However, in the present action, Mr. NUCCI is not a shareholder, officer or director of the company. In fact, he has no ability to control the finances or assets of the corporation as set forth in his Declaration filed herewith. In addressing licensing issues, PACA provides that the definition of a person "responsibly connected" with a broker or dealer as one who is " …. (A) partner in a partnership, or (B) officer, director, or holder of more than 10 per centum of the outstanding stock of a corporation or association." (7 U.S.C.A. §499a(b)(9).) Mr. NUCCI is not an officer, director or shareholder in the company.

## III.

## CONCLUSION

Based upon all of the above, and the Declaration of Samuel V. Nucci, filed herewith, Defendant NUCCI does not have the ability to control the assets or finances of SAMMY'S

-2-

_____
*Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.* – Case No.   08 CV914 JLS (JMA):   Defendant Samuel V. Nucci's Opposition to Motion for Preliminary Injunction

1  PRODUCE, INC., does not have access to the financial information of the company, and therefore,

2  cannot be required to comply with the terms of the proposed Preliminary Injunction.

3  DATED: May 30, 2008                              Respectfully Submitted,

6                                                   /s/ GREGORY J. TESTA_____
                                                    Gregory J. Testa, TESTA & ASSOCIATES
7                                                   Attorneys for Defendant
                                                    SAMUEL V. NUCCI
8                                                   info@testalaw.com

*Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.* – Case No.  08 CV914 JLS (JMA):  Defendant Samuel V. Nucci's Opposition to Motion for Preliminary Injunction

# DECLARATION OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA-SAN DIEGO DIVISION

CASE NAME:    *Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.*
CASE NO.:     **08 CV914 JLS (JMA)**

JAMES A. TESTA (SB#64660)
GREGORY J. TESTA (SB#176318)
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California  92069
(760)891-0490 / FAX (760)891-0495

ATTORNEYS FOR:  Defendant, SAMUEL V. NUCCI

I, the undersigned, declare that:  I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 570 Rancheros Drive, Suite 250, San Marcos, CA  92069. On May 30, 2008, I served the following documents:

**DEFENDANT SAMUEL V. NUCCI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**
**DECLARATION OF SAMUEL V. NUCCI IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

By Electronic Filing and to be electronically served and sent to the recipients via ECF (Electronic Court Filing System) e-service at the recipient's office as indicated on the Court's e-file Service List for the above entitled case, which will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 30th day of May, 2008, at San Marcos, California.

S/_____
Gregory J. Testa
Testa & Associates, LLP
info@testalaw.com

-4-

_____
*Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.* – Case No.   08 CV914 JLS (JMA):  Defendant Samuel V. Nucci's Opposition to Motion for Preliminary Injunction

# DECLARATION OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA-SAN DIEGO DIVISION

CASE NAME: *Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.*
CASE NO.: **08 CV914 JLS (JMA)**

JAMES A. TESTA (SB#64660)
GREGORY J. TESTA (SB#176318)
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California  92069
(760)891-0490 / FAX (760)891-0495

ATTORNEYS FOR:  Defendant, SAMUEL V. NUCCI

I, the undersigned, declare that:  I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 570 Rancheros Drive, Suite 250, San Marcos, CA  92069.  On **May 30, 2008**, I served the following documents:

**DEFENDANT SAMUEL V. NUCCI'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**
**DECLARATION OF SAMUEL V. NUCCI IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

By Electronic Filing and to be electronically served and sent to the recipients via ECF (Electronic Court Filing System) e-service at the recipient's office as indicated on the Court's e-file Service List for the above entitled case, which will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed this 30th day of May, 2008, at San Marcos, California.

S/_____
Gregory J. Testa
Testa & Associates, LLP
info@testalaw.com

-1-

Declaration of Service by E-File: *Sucasa Produce v. Sammy's Produce, Inc., , et al..*– 08 CV914 JLS (JMA)

1  JAMES A. TESTA (SB#64660)
   GREGORY J. TESTA (SB#176318)
2  TESTA & ASSOCIATES, LLP
   570 Rancheros Drive, Suite 250
3  San Marcos, California 92069
4  (760)891-0490 / FAX (760)891-0495

5  Attorney for Defendant, SAMUEL V. NUCCI, an individual

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation, <br><br> Plaintiffs, <br><br> -vs- <br><br> SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual. <br><br> Defendants. | CASE NO. 08 CV914 JLS (JMA) <br><br> DECLARATION OF SAMUEL V. NUCCI IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION <br><br><br> DATE: June 9, 2008 <br> TIME: 10:00 A.M. <br> COURTROOM: 6 <br><br> JUDGE JANIS L. SAMMARTINO |

I, SAMUEL V. NUCCI, declare and state as follows:

1. I am an individual over the age of 18 years and a defendant named in the above-entitled action. The matters stated herein are within my own firsthand, personal knowledge, except where stated on information and belief, and as to those matters, I believe them to be true. If called as a witness to testify hereto, I could and would do so both truthfully and competently.

2. I was served with the Complaint and restraining order on May 28, 2008.

-1-

___
*Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.* – Case No. 08 CV914 JLS (JMA): Declaration of Samuel V. Nucci In Opposition to Motion for Preliminary Injunction

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3. I am informed and believe that SAMMY'S PRODUCE, INC. is a California corporation. I am not now, nor have I been, an officer, director or shareholder in this corporation. I have not participated in, nor been present for, any board of directors meetings or management meetings. I am employed by SAMMY'S PRODUCE, INC. as the Vice President of Sales and Marketing and have held that position since April 2007. In that capacity, I have received a monthly salary and reported to Darin Pines as my immediate supervisor. My job duties included the ordering of produce for shipment to the company's warehouse and its subsequent redistribution.

4. I am informed and believe that the PACA license is in the name of SAMMY'S PRODUCE, INC.

5. In my position of employment with SAMMY'S PRODUCE, INC., I am not involved in management of the company. I do not have authority to write checks for the company and do not have access to the company's financial information, including but not limited to corporate ledgers, accounting records or tax returns.

6. In the last six (6) weeks, I have not bought or sold any produce with SAMMY'S PRODUCE, INC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of May, 2008 at San Marcos, California.

/S/SAMUEL V. NUCCI
SAMUEL V. NUCCI

-2-

*Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.* – Case No. 08 CV914 JLS (JMA): Declaration of Samuel V. Nucci In Opposition to Motion for Preliminary Injunction