| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PATRICIA J. RYNN, ESQ., Bar #092048<br>RYNN & JANOWSKY, LLP<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949)752-2911 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Southern District Of California | | | | |
| Plaintiff: SUCASA PRODUCE | | | | |
| Defendant: SAMMY'S PRODUCE, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0914 J JMA |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Certification As To Interested Parties; Declaration Of Lester Sugino In Support Of Plaintiffs' Ex Parte Application For Temporary Restraining Order Or, Alternatively, Preliminary Injunction; Exhibits In Support Thereof; Declaration Of Paul D. Guy In Support Of Plaintiffs' Ex Parte Application For Temporary Restraining Order Or, Alternatively, Preliminary Injunction; Exhibits In Support Thereof; Declaration Of Patricia J. Rynn Re Notice In Support Of Plaintiffs' Ex Parte Application For Temporary Restraining Order Or, Alternatively, Preliminary Injunction; Exhibits In Support Thereof; [Proposed] Order Re Preliminary Injunction; [Proposed] Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction And Proposed Preliminary Injunction; Plaintiffs' Ex Parte Application For Temporary Restraining Order Or, Alternatively, For Preliminary Injunction; Declaration Of Bart M. Botta In Support Thereof; Memorandum Of Points And Authorities In Support Of Plaintiffs' Ex Parte Application For Temporary Restraining Order Or, Alternatively, For Preliminary Injunction; In Support Thereof; Order Granting Ex Parte Application For Temporary Restraining Order.

3. a. *Party served:*      YAN SKWARA, an individual

4. *Address where the party was served:*   1635 Rosecrans
   Suite B
   SAN DIEGO, CA 92106

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 28, 2008 (2) at: 11:50AM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MATTHEW GERLICH
   d. *The Fee for Service was:*   $28.00
   
   First Legal Support Services ℠
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361
   
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 1223
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jun. 02, 2008

(MATTHEW GERLICH)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

1876189;ep.patry.136728