1  BRYAN W. PEASE (SB# 239139)
   302 Washington St. #404
2  San Diego, CA 92103
   Telephone:    (619) 723-0369
3  Facsimile:    (619) 923-1001
   email: bryanpease@gmail.com
4
   Attorney for Defendant
5  SAMMY'S PRODUCE, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 SUCASA PRODUCE, and P.D.G.        )  Civil Action, No.:  08 CV 914 JLS (JMA)
   PRODUCE, INC.                     )
11                                   )  DECLARATION OF YAN SKWARA
                                     )
12              Plaintiffs,          )
                                     )
13                                   )
             v.                      )
14                                   )
   SAMMY'S PRODUCE, INC.; YAN        )
15 SKWARA; SAMUEL V. NUCCI; and      )
   DARIN PINES,                      )
16                                   )
                                     )
17              Defendants.          )
                                     )

18        Yan Skwara, being duly sworn, deposes and says:

19        1.    I am the President, CEO, Treasurer, Secretary and sole director of Sammy's

20 Produce, Inc. and make this declaration in response to the Temporary Restraining Order filed on

21 May 23, 2008 and served on May 28, 2008.

22        2.    Attached as Exhibit A is a true and correct accounting which identifies the assets

23 and liabilities and each account receivable of Sammy's Produce according to our most up to date

24 records.

25

26        I declare under penalty of perjury that the foregoing is true and correct to my knowledge,

27 except those matters alleged on the basis of information or belief, and as to those matters, I

28 believe them to be true.

                                              1        Sucasa Produce v. Sammy's Produce
                                                              08 CV 914 JLS (JMA)
                                                            Declaration of Yan Skwara

1 | Executed on June 3, 2008                    By: SAMMY'S PRODUCE, INC.

3

4                                              Yan Skwara
                                               President/CEO

2                        Sucasa Produce v. Sammy's Produce
                                  08 CV 914 JLS (JMA)
                            Declaration of Yan Skwara

# Exhibit A

**Sammy's Produce, Inc.**
**Balance Sheet**
**January - April, 2008**

|  | Mar 31, 08 | Apr 30, 08 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Banco Popular** | 0.00 | 29,466.60 |
| **Checking** | -2,885.61 | 38,727.49 |
| **Expense** | 100.00 | 100.00 |
| **Petty Cash** | 276.00 | 276.00 |
| **Total Checking/Savings** | -2,509.61 | 68,570.09 |
| **Accounts Receivable** | | |
| **Accounts Receivable** | 1,301,295.19 | 1,078,987.02 |
| **Total Accounts Receivable** | 1,301,295.19 | 1,078,987.02 |
| **Other Current Assets** | | |
| **Advance** | 800.00 | 800.00 |
| **Inventory** | 8,781.15 | 8,781.15 |
| **Notes Receivable** | 592,905.22 | 599,184.35 |
| **Undeposited Funds** | 7,621.60 | 7,621.60 |
| **Total Other Current Assets** | 610,107.97 | 616,387.10 |
| **Total Current Assets** | 1,908,893.55 | 1,763,944.21 |
| **Other Assets** | | |
| **Forklift** | 2,103.42 | 2,103.42 |
| **Total Other Assets** | 2,103.42 | 2,103.42 |
| **TOTAL ASSETS** | **1,910,996.97** | **1,766,047.63** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Accounts Payable** | 1,884,799.42 | 1,818,849.28 |
| **Total Accounts Payable** | 1,884,799.42 | 1,818,849.28 |
| **Other Current Liabilities** | | |
| **Loan Payable** | -27,548.00 | -7,548.00 |
| **Total Other Current Liabilities** | -27,548.00 | -7,548.00 |
| **Total Current Liabilities** | 1,857,251.42 | 1,811,301.28 |
| **Long Term Liabilities** | | |
| **Note from Parent Company** | 876,150.00 | 838,850.00 |
| **Total Long Term Liabilities** | 876,150.00 | 838,850.00 |
| **Total Liabilities** | 2,733,401.42 | 2,650,151.28 |
| **Equity** | | |
| **Retained Earnings** | -598,128.61 | -598,128.61 |
| **Net Income** | -224,275.84 | -285,975.04 |
| **Total Equity** | -822,404.45 | -884,103.65 |
| **TOTAL LIABILITIES & EQUITY** | **1,910,996.97** | **1,766,047.63** |

**Sammy's Produce, Inc.**
**Profit & Loss**
**January - April, 2008**

| | Jan - Mar 08 | Apr 08 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Sales** | 1,056,091.47 | 79,498.77 | 1,135,590.24 |
| **Total Income** | 1,056,091.47 | 79,498.77 | 1,135,590.24 |
| **Cost of Goods Sold** | | | |
| **Cost of Labor - COS** | 2,410.50 | 0.00 | 2,410.50 |
| **Equipment Repairs- COS** | 3,234.60 | 0.00 | 3,234.60 |
| **Fuel Expense - COS** | 6,980.69 | 150.00 | 7,130.69 |
| **Inventory Adjustment - COGS** | 3,125.73 | 0.00 | 3,125.73 |
| **Produce Buy In- COS** | 882,313.04 | 67,703.52 | 950,016.56 |
| **Rent- COS** | 21,595.38 | 7,738.67 | 29,334.05 |
| **Shipping, Freight & Delivery -** | 111,671.85 | 4,230.05 | 115,901.90 |
| **Total COGS** | 1,031,331.79 | 79,822.24 | 1,111,154.03 |
| **Gross Profit** | 24,759.68 | -323.47 | 24,436.21 |
| **Expense** | | | |
| **Consulting** | 950.00 | 0.00 | 950.00 |
| **Contract Labor** | 175.00 | 0.00 | 175.00 |
| **Dues & Subscriptions** | 1,985.80 | 88.00 | 2,073.80 |
| **Equipment Rental** | 495.14 | 61.75 | 556.89 |
| **Fuel Expense** | 3,435.95 | 1,824.74 | 5,260.69 |
| **Inspection Fees** | 593.07 | 0.00 | 593.07 |
| **Meals and Entertainment** | 10,511.60 | 1,331.75 | 11,843.35 |
| **Office Expenses** | 693.31 | 348.52 | 1,041.83 |
| **Payroll Expenses** | 208,402.32 | 57,431.27 | 265,833.59 |
| **Payroll Expenses*OE** | 9,981.27 | 0.00 | 9,981.27 |
| **Payroll Taxes** | 950.00 | 0.00 | 950.00 |
| **Supplies** | 5,135.56 | 210.50 | 5,346.06 |
| **Travel** | 99.25 | 0.00 | 99.25 |
| **Utilities** | 5,627.25 | 79.20 | 5,706.45 |
| **Total Expense** | 249,035.52 | 61,375.73 | 310,411.25 |
| **Net Ordinary Income** | -224,275.84 | -61,699.20 | -285,975.04 |
| **Net Income** | **-224,275.84** | **-61,699.20** | **-285,975.04** |

# Sammy's Produce, Inc.
## A/R Aging Summary
### As of May 31, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **AG Produce** | 0.00 | 0.00 | 6,777.90 | 14,794.25 | 0.00 | 21,572.15 |
| **Alfredo Produce** | 0.00 | 0.00 | 0.00 | 13,560.60 | 16,204.95 | 29,765.55 |
| **Angelitas Foods Service** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Arroyo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| **B.G.F. Quality Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 24,800.00 | 24,800.00 |
| **California Creative Foods** | 0.00 | 0.00 | 0.00 | 0.00 | -4,198.18 | -4,198.18 |
| **Casa Linda** | 0.00 | 0.00 | 0.00 | 0.00 | 826.37 | 826.37 |
| **Coyote Bar & Grill** | 0.00 | 0.00 | 0.00 | 0.00 | -1,137.00 | -1,137.00 |
| **Crazy Burro** | 0.00 | 0.00 | 0.00 | 0.00 | 2,929.45 | 2,929.45 |
| **Direct Fresh** | 0.00 | 0.00 | 0.00 | 0.00 | 12,442.60 | 12,442.60 |
| **Double D Produce** | 0.00 | 0.00 | 2,437.60 | 1,408.00 | 5,148.00 | 8,993.60 |
| **Eduardo Produce** | 0.00 | 0.00 | 0.00 | 26,861.75 | 1,828.75 | 28,690.50 |
| **El Sol Market** | 0.00 | 0.00 | 0.00 | 1,482.80 | -97.50 | 1,385.30 |
| **El Sol Market #2 - Birch St.** | 0.00 | 0.00 | 340.00 | 0.00 | 0.00 | 340.00 |
| **Fruit Distributing Corp. of Californi** | 0.00 | 0.00 | 0.00 | 0.00 | 16,402.70 | 16,402.70 |
| **Hierro's Market** | 0.00 | 0.00 | 0.00 | 0.00 | 6,171.39 | 6,171.39 |
| **Hierro's Market - L.A.** | 0.00 | 0.00 | 0.00 | 0.00 | 87,704.20 | 87,704.20 |
| **Junior's Taco Shop** | 0.00 | 0.00 | 0.00 | 0.00 | 344.30 | 344.30 |
| **L.A. Garlic & Spice, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 335,183.15 | 335,183.15 |
| **La Siesta Resturant** | 0.00 | 0.00 | 0.00 | 0.00 | 9,925.80 | 9,925.80 |
| **Max Dist** | 0.00 | 0.00 | 0.00 | 1,978.80 | 10,203.80 | 12,182.60 |
| **Mi Pueblo Market** | 0.00 | 0.00 | 0.00 | 2,572.50 | 0.00 | 2,572.50 |
| **Misc Customer** | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -60,000.00 |
| **Nucci's Cafe** | 0.00 | 0.00 | 0.00 | 0.00 | 13,427.75 | 13,427.75 |
| **Olympic Friut & Veg** | 0.00 | 0.00 | 7,524.00 | 0.00 | 106,271.50 | 113,795.50 |
| **Otay Mesa Repackers** | 0.00 | 0.00 | 0.00 | 0.00 | -94.20 | -94.20 |
| **R&K  Trucking** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Rey & Rey Produce, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 85,064.00 | 85,064.00 |
| **Rio Plata Farms** | 0.00 | 0.00 | 0.00 | 0.00 | 16,942.50 | 16,942.50 |
| **Rodeos Market - Vista** | 0.00 | 0.00 | 543.00 | 0.00 | 0.00 | 543.00 |
| **Royal Liquor** | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 49.00 |
| **San Diego Point Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 56,645.50 | 56,645.50 |
| **Seaside Market** | 0.00 | 0.00 | 0.00 | 0.00 | -285.00 | -285.00 |
| **Spokane Produce, Inc.** | 0.00 | 0.00 | 6,620.40 | 0.00 | 0.00 | 6,620.40 |
| **Team Tomato** | 0.00 | 0.00 | 0.00 | 0.00 | 18,140.00 | 18,140.00 |
| **Ursich Egg Ranch** | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.45 | 1,120.45 |
| **Vanal Distributing, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 105.60 | 105.60 |
| **Vera's Tamale** | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.19 | 1,306.19 |
| **World Garlic & Spice** | 0.00 | 0.00 | 0.00 | 0.00 | 22,735.00 | 22,735.00 |
| **Total** | **0.00** | **0.00** | **24,242.90** | **62,658.70** | **789,185.07** | **876,086.67** |

## Sammy's Produce, Inc.
## A/P Aging Summary
### As of May 31, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| A.F.A.P. Truck Brokerage, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 |
| Aduardo's Produce Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -759.00 |
| AG Produce. | 0.00 | 0.00 | 41,461.00 | 7,392.00 | 0.00 |
| Arrowhead | 0.00 | 0.00 | 0.00 | 0.00 | 55.78 |
| AT&T | 0.00 | 0.00 | 0.00 | 0.00 | 531.24 |
| Aviara Farms, Inc. | 0.00 | 0.00 | 10,695.95 | 3,268.70 | 0.00 |
| BGF Quality Produce | 0.00 | 0.00 | 0.00 | 0.00 | 12,957.00 |
| Blue Book Services | 0.00 | 0.00 | 0.00 | 0.00 | 77.50 |
| CDFA 90295 | 0.00 | 0.00 | 610.00 | 0.00 | 610.00 |
| Citi Capital | 0.00 | 0.00 | 0.00 | 712.45 | 373.19 |
| Custom Ripe | 0.00 | 0.00 | 0.00 | 4,250.00 | 3,950.00 |
| Del Campo | 0.00 | 0.00 | 0.00 | 17,388.80 | 64,537.60 |
| Dell Business Credit | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 |
| Delta Fresh, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 5,800.00 |
| Edco Waste & Recycling Service | 0.00 | 0.00 | 0.00 | 825.10 | 412.55 |
| Eduardo's Produce Inc. | 0.00 | 0.00 | 729.57 | 4,621.58 | 0.00 |
| Expo Fresh, LLC. | 0.00 | 0.00 | -3,000.00 | 0.00 | 265,093.75 |
| Fallbrook Waste & Recycling | 0.00 | 0.00 | 0.00 | 0.00 | 759.60 |
| Farmers Link, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 5,600.00 |
| Fleet Services | 0.00 | 0.00 | 0.00 | 0.00 | 6,392.08 |
| Hawthorne Lift Systems | 0.00 | 61.75 | 85.00 | 207.13 | 15,172.09 |
| Henry Avocado | 0.00 | 0.00 | 0.00 | -1,920.00 | 0.00 |
| Hill Ranch LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 5,886.00 |
| HM Distributors | 0.00 | 0.00 | 0.00 | 0.00 | 57,059.80 |
| L.A. Garlic & Spice Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 223,934.05 |
| Marcus Duran | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| Meyer, LLC | 0.00 | 0.00 | 0.00 | 5,892.00 | 0.00 |
| MP Produce | 0.00 | 0.00 | 0.00 | 0.00 | 713.00 |
| Nuccis Cafe | 0.00 | 0.00 | 0.00 | 0.00 | 988.27 |
| Olympic Fruit & Vegetable | 0.00 | 0.00 | 0.00 | 0.00 | 223,730.00 |
| P.D.G. Produce Inc. | 0.00 | 0.00 | -3,000.00 | 0.00 | 113,908.40 |
| PBM Freight Solutions | 0.00 | 0.00 | 2,112.00 | 0.00 | 1,800.00 |
| Performance Produce | 0.00 | 0.00 | 0.00 | 0.00 | 17,660.00 |
| Pitney Bowes | 0.00 | 0.00 | 210.50 | 0.00 | 121.91 |
| Premier Cylinder Exchange | 0.00 | 79.20 | 72.73 | 0.00 | 96.98 |
| Premier Produce | 0.00 | 0.00 | 0.00 | 6,670.60 | 0.00 |
| Prime Time | 0.00 | 0.00 | 0.00 | 0.00 | 10,156.00 |
| Purchase Power | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Quality Experience Produce, Inc | 0.00 | 0.00 | 432.96 | -1,480.00 | 58,584.00 |
| Quality Laser Source, Inc. | 0.00 | 0.00 | 348.52 | 0.00 | 353.99 |
| Receivable Management Services | 0.00 | 0.00 | 28.00 | 0.00 | 0.00 |
| Red Line Truck Brokerage | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Rene Produce, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 12,337.00 |
| Rey & Rey Produce Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 14,274.50 |
| Rio Plata Farms. | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| Rose Gonzales Plants Inc | 0.00 | 0.00 | 7,468.46 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sam Nucci | 0.00 | 0.00 | 1,956.49 | 0.00 | 0.00 |
| Sign & Press | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sucasa Produce | 0.00 | 0.00 | 71,996.25 | 95,156.25 | 0.00 |
| Team Tomato. | 0.00 | 0.00 | 0.00 | 0.00 | 8,740.00 |
| The Giumarra Companies | 0.00 | 0.00 | 0.00 | 0.00 | 18,128.00 |
| US AG Transportation, Inc. | 0.00 | 175.00 | 12,292.00 | 25,804.39 | 30,387.52 |
| Vanal Distributing, Inc. | 0.00 | 0.00 | 42,588.40 | 0.00 | 53,219.70 |
| Wind L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 | 6,823.90 |
| World Garlic & Spice Inc | 0.00 | 0.00 | 0.00 | 0.00 | 3,696.75 |
| Zinn Packing Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 7,210.50 |
| **Total** | **0.00** | **315.95** | **187,087.83** | **168,789.00** | **1,254,008.65** |

| TOTAL |
| ---: |
| 950.00 |
| -759.00 |
| 48,853.00 |
| 55.78 |
| 531.24 |
| 13,964.65 |
| 12,957.00 |
| 77.50 |
| 1,220.00 |
| 1,085.64 |
| 8,200.00 |
| 81,926.40 |
| 130.00 |
| 5,800.00 |
| 1,237.65 |
| 5,351.15 |
| 262,093.75 |
| 759.60 |
| 5,600.00 |
| 6,392.08 |
| 15,525.97 |
| -1,920.00 |
| 5,886.00 |
| 57,059.80 |
| 223,934.05 |
| 175.00 |
| 5,892.00 |
| 713.00 |
| 988.27 |
| 223,730.00 |
| 110,908.40 |
| 3,912.00 |
| 17,660.00 |
| 332.41 |
| 248.91 |
| 6,670.60 |
| 10,156.00 |
| 300.00 |
| 57,536.96 |
| 702.51 |
| 28.00 |
| 900.00 |
| 12,337.00 |
| 14,274.50 |
| 180.00 |
| 7,468.46 |

|                |
|---------------:|
| 1,956.49       |
| 0.00           |
| 167,152.50     |
| 8,740.00       |
| 18,128.00      |
| 68,658.91      |
| 95,808.10      |
| 6,823.90       |
| 3,696.75       |
| 7,210.50       |
| **1,610,201.43** |