**PROOF OF SERVICE BY ELECTRONIC FILING**

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
      U.S. District Court Case No.: 08 CV 914 JLS (JMA)

      I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred.  My business address is 302 Washington St. #404, San Diego, CA 92103.

      I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**DECLARATION OF YAN SKWARA**

I served the individuals named on June 3, 2008 by electronic filing:

Patricia Jane Rynn    (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa    (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 3, 2008, San Diego, California.

                                            /s/Bryan W. Pease
                                              Bryan W. Pease