PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:      (949) 752-0953
E-Mail:  Pat@rjlaw.com
E-Mail:  Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE and PDG PRODUCE, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation,<br><br>                         Plaintiffs,<br><br>       vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual,<br><br>                         Defendants. | CASE NO.  08-cv-914 JLS (JMA)<br><br>**PLAINTIFFS' REQUEST TO TAKE JUDICIAL NOTICE**<br>**[FRE § 201]**<br><br>DATE: June 9, 2008<br>TIME: 10 A.M.<br>COURTROOM: 6<br><br>JUDGE JANIS L. SAMMARTINO |

Plaintiffs SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation by and thru their attorneys of record respectfully request the Court to take judicial notice of the following:

1. The definition of the term "Vice President" from The American Heritage Dictionary of the English Language: Fourth Edition, 2000 (a copy of which is attached as **EXHIBIT "A"**) pursuant to FRE § 201.

/ / /

/ / /

/ / /

08-188/Request to Take Judicial Notice.doc                    1

2. The definition of the term "agent" from The American Heritage Dictionary of the English Language: Fourth Edition, 2000 (a copy of which is attached as **EXHIBIT "B"**) pursuant to FRE § 201.

Respectfully Submitted,

RYNN & JANOWSKY, LLP

DATED: June 4, 2008   By:   /s/ Patricia J. Rynn
PATRICIA J. RYNN, attorneys
for Plaintiffs SUCASA PRODUCE and
P.D.G. PRODUCE, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

08-188/Request to Take Judicial Notice.doc    2

# EXHIBIT

# A




Ads by Google

**Self Publish and Sell**

Learn more about the benefits of self-publishing through BookSurge.

www.BookSurge.com



Reference > American Heritage® > Dictionary

‹ Vicenza                                                                                                     viceregal ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# vice president

**PRONUNCIATION:** vīs'prĕz'ĭ-dənt, -dĕnt'

**VARIANT FORMS:** or **vice-pres·i·dent**

**NOUN:** *abbr.* **VP** **1.** An officer ranking next below a president, usually empowered to assume the president's duties under conditions such as absence, illness, or death. **2.** A deputy to a president, especially in a corporation, in charge of a specific department or location: *vice president of sales.*

**OTHER FORMS:** **vice-pres'i·den·cy** (vīs-prĕz'ĭ-dən-sē, -dĕn'-) —NOUN
**vice-pres'i·den'tial** (-dĕn'shəl) —ADJECTIVE

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ Vicenza                                                                                                     viceregal ›



Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com






# EXHIBIT A

# EXHIBIT

# B



Ads by Google

**H Jones VC**

Best Book on Falklands War In depth look at the Darwin Hill's

davidjkenney.com

Reference > American Heritage® > Dictionary

‹ Agenois     agentive ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# agent

SYLLABICATION: a·gent

PRONUNCIATION: ā'jənt

NOUN: **1.** One that acts or has the power or authority to act. **2.** One empowered to act for or represent another: *an author's agent; an insurance agent.* **3.** A means by which something is done or caused; instrument. **4.** A force or substance that causes a change: *a chemical agent; an infectious agent.* **5.** A representative or official of a government or administrative department of a government: *an FBI agent.* **6.** A spy. **7.** *Linguistics* The noun or noun phrase that specifies the person through whom or the means by which an action is effected.

VERB: Inflected forms: **a·gent·ed, a·gent·ing, a·gents**

TRANSITIVE VERB: To act as an agent or representative for: *Who will agent your next book?*

INTRANSITIVE VERB: To act as an agent or representative.

ETYMOLOGY: Middle English, from Latin *agēns, agent-*, present participle of *agere*, to do. See **ag-** in Appendix I.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ Agenois     agentive ›

Google [ Search ]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com

 

## EXHIBIT B

6