PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:     (949) 752-0953
E-Mail:  Pat@rjlaw.com
E-Mail:  Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE and PDG PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation,<br><br>                Plaintiffs,<br><br>       vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual,<br><br>                Defendants. | CASE NO.  08-cv-914 JLS (JMA)<br><br>**CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2008, I electronically transmitted **(1) Plaintiffs' Reply To Defendant Samuel V. Nucci's Opposition To Motion For Preliminary Injunction; and (2) Plaintiffs' Request To Take Judicial Notice**  to the following ECF registrants:

Bryan W Pease                                        bryanpease@gmail.com

Patricia Jane Rynn                                  pat@rjlaw.com, tim@rjlaw.com

Gregory James Testa                              info@testalaw.com

08-188/Certificate of Service.6.4.08.doc                    1

1  I hereby certify that on June 4, 2008, I served the attached document by regular U.S. mail, postage pre-paid, on the following parties:

Mr. Darin Pines
1348 Rainbow Valley Blvd.
Rainbow, CA 92028

Respectfully Submitted,

RYNN & JANOWSKY, LLP

DATED: June 4, 2008        By:    /s/ Patricia J. Rynn
                                  PATRICIA J. RYNN, attorneys
                                  for Plaintiffs SUCASA PRODUCE and
                                  P.D.G. PRODUCE, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953