PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone:     (949) 752-2911
Facsimile:     (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE and PDG PRODUCE, INC.

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation.<br><br>                    Plaintiffs<br><br>          vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual.<br><br>                    Defendants. | CASE NO.  08-cv-914 JLS (JMA)<br><br>**DECLARATION OF PATRICIA J. RYNN IN SUPPORT OF PROPOSED ORDER GRANTING  PRELIMINARY INJUNCTION; EXHIBITS IN SUPPORT THEREOF** |

I, PATRICIA J. RYNN, declare as follows:

1.     I am a partner with the law firm of Rynn & Janowsky, LLP, attorneys of record for Plaintiffs herein, SUCASA PRODUCE. ("Sucasa"), and P.D.G. PRODUCE, INC. ("PDG") (hereinafter referred to collectively as "Plaintiffs"), and I make this declaration in Support of Plaintiffs' Proposed Order Granting Preliminary Injunction.

2.     I have personal knowledge of all matters stated in this declaration and if called as a witness, I would and could competently testify thereto.  Plaintiffs' Proposed Order Granting Preliminary Injunction is based upon the legal authorities, supporting declarations, attached sales documents and related pleadings submitted in support of Plaintiffs Application for TRO which

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

this Court granted May 23, 2008, and upon this Declaration and attached Exhibits filed simultaneously herewith.

3.    Defendants Sammy's Produce, Inc., Yan Skwara and Darin Pines filed no opposition with the court to Plaintiffs' application for the entry of a preliminary Injunction. The only opposition filed to the motion for a preliminary injunction was filed by Defendant Sam Nucci.  The thrust of Nucci's objection was that he has no control of the PACA Trust assets and no access to the financial records of Defendant Sammy's Produce, Inc. ("Sammy's") and therefore he should be exempt from the requirements of the Preliminary Injunction.  Plaintiffs concede that Defendant Nucci should not be compelled to take actions which he lacks the power or authority to take (e.g., the turnover of financial records to which he has no access).  However, Mr. Nucci has articulated no grounds to justify being excused from the terms of the PI Order which merely restrain all defendants from dissipating  PACA Trust assets.  After all, if he has no trust assets, he cannot dissipate them.

4.    On or about May 28, 2008, after service of the Temporary Restraining Order on Mr. Skwara and Sammy's, I received an initial accounting from Defendant's attorney Bryan Pease.  Mr. Pease indicated that the document he forwarded to me was an audited financial statement for Sammy's covering the period through Match 31, 2008, and that he would get me a more current financial statement in a few days.  This document, labeled "Sammy's Balance Sheet As of March 31, 2008," is attached hereto as **Exhibit 1.**   The Balance Sheet appears to establish, among other things., that Sammy's made payments totaling $145,050.00 toward a note from its parent company, which I believe is US Farms, Inc., during the first quarter of 2008; the same time period in which Plaintiff P.D.G Produce was attempting to collect the amounts due it for produce sold to Sammy's.  Consequently, there is reason to believe that Sammy's may have diverted and its parent company received PACA Trust assets belonging to Plaintiffs in breach of the trust.

5.    Yesterday I received a copy of Mr. Skwara's declaration and an updated balance sheet for Sammy's which is attached hereto as **Exhibit 2.**   The two accountings reflected in Exhibits 1 and 2 raise more questions than they answer. Plaintiffs are unable to determine

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

whether and how much cash on hand Sammy's currently has in its possession and bank accounts, where such bank accounts are located and whether any funds subject to this Court's Restraining Order have been removed. According to my review of the newer balance sheet, Sammy's made another payment of $37,300.00 to its parent company on the note in April of 2008. This was at the same time both Plaintiffs were attempting to recover PACA Trust assets from Sammy's which rightfully belong to them. The updated balance sheet in Exhibit 2 also shows that Sammy's made a $20,000 loan payment to an unidentified lender. In addition, it shows that Sammy's accounts receivable figure also dropped from a total of $1,301,295.19 at the end of March to $876,086.67 by the end of May, 2008. The Sammy's Balance Sheet for May refers to a "Banco Popular" checking account with a balance of over $38,000, yet there is no reference to such account in the preceding balance statement attached as Exhibit 1. The updated balance sheet also shows that Sammy's had payroll expenses of $57,431.00 during April, but Plaintiffs cannot determine how many employees remained on Sammy's payroll in April and at present and whether such employees were, and are still working. Lastly, the final two pages of Exhibit 2 list a series of numbers, but Plaintiff is at a total loss as to the significance of these numbers. In short, the abbreviated references on the balance sheets provided by Sammy's provide very little useful information to Plaintiffs. Plaintiffs are therefore requesting that this Court issue a Preliminary Injunction Order which will require Defendants to affirmatively report, at weekly intervals to this Court and to Plaintiffs, the amount of cash on hand, the accounts receivable balances, status of collections, any payments or transfers made to employees and third parties and an explanation for same, and similar financial data.

6.     In gathering information regarding Defendants in this proceeding, I reviewed the website for US Farms, Inc. Attached as **Exhibit 3** is a true and correct printout from the US Farms, Inc. official website, (www.usfarmsinc.com ) which contains information and news about US Farms, Inc. as well as its subsidiaries, and the Defendants herein. Ostensibly, such information is disseminated by US Farms, Inc. Under "Company Information" for US Farms, Inc., the website lists Defendant Skwara as the 'Chief Executive Officer, President and Chairman of the Board; Sam Nucci as "Vice President of Sales & Marketing Tomatoes and Food Service,"

and Defendant Pines as Chief Operating Officer and Director.  Elsewhere on the site, under the category, "News", there are two recent articles  (April 15, 2008 and April 22, 2008) in which US Farms, Inc. touts its financial successes, and in which Defendant Yan Skwara, its CEO, is quoted extensively.  The April 15, 2008 news release announces "record revenues of $9.5 Million" for 2007. Further, US Farms, Inc. CEO Skwara is quoted as saying, "[i]n 2006, we planted the seed; in 2007, we started to grow; in 2008 and beyond, we should begin to bear fruit."  One wonders whether Mr. Skwara's rosy financial projections are due, at least in part, to the fact that  one of its subsidiaries simply chooses not to pay for the tomatoes it bought and accepted.  Similarly, an April 22, 2008 news release included in Exhibit 3 trumpets a "42% increase" in revenues for US Farms, Inc. in the first quarter of 2008. Again Skwara sounds exuberant as he cites new "milestones" the Company reached in 2008, and predicts even better results for the future. *See,* Exhibit 3.  How can a Company with such a robust business be unable or unwilling to pay its produce creditors?

7.    The US Farms, Inc. news article of April 15, 2008 included in the US Farms, Inc. website documents attached as Exhibit 3 also identifies and provides revenue data about the wholly owned subsidiaries of US Farms, Inc. The identified subsidiaries include: American Nursery Exchange, Inc., Sammy's Produce Exchange, Inc., Sammy's Produce, Inc., US Ag Transportation, Inc., World Garlic and Spice, Inc., US Trading Group, Inc., California Produce, Inc., American Aloe Vera Growers, Inc.,   California Management Solutions, Inc., Imperial Ethanol, Inc., US Produce, Inc., and Texas Garlic and Spice, Inc.

8.    On or about May 29, 2008, I was contacted by Cesar Parada, who identified himself as a co-owner of Vanal Distributing, Inc. Mr. Parada advised me that Sammy's Produce owed his Company $136,839.30 for tomatoes sold and delivered to Sammy's.  Mr. Parada also informed me during the course of our conversation that Vanal Distributing, Inc. received two payments on Sammy's account in April of 2008. One was a payment of $20,000 by cashier's check from Banco Popular, and the other was a $20,000.00 check received from American Nursery Exchange, Inc. on an American Nursery Exchange, Inc. check..

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

9.  On June 4, 2008 I was contacted by Jim Detty of Prime Time Sales, LLC, who requested our assistance in collecting a $13,156.00 invoice for tomatoes due from Sammy's Produce which he indicated has been outstanding since January of 2008.   In light of these additional claims, counsel for Plaintiffs will be amending its Complaint in the next few days to include Vanal Distributing, Inc. and  Prime Time Sales, LLC as new PACA creditors and Plaintiffs in the instant proceeding.

10..    For all of the foregoing reasons, and those set forth in the pleadings and declarations submitted in support of Plaintiffs' earlier Application for Temporary Restraining Order, I respectfully urge the Court to require Defendants to provide Plaintiffs with access to the financial records of Sammy's Produce, Inc. and if need be, to those of its parent and related corporations, to ensure that PACA assets are not being diverted to and from the companies affiliated with Sammy's.  Only if the Court grants Plaintiffs the type of injunctive relief set forth in its Proposed Preliminary Injunction Order submitted herewith, and only if the Court does so without delay, will these Plaintiffs and the prospective Intervening Plaintiffs have a realistic chance at recovering the substantial amounts due them from Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 4th day of June 2008 at Newport Beach, California.


    /s/  Patricia J. Rynn
PATRICIA J. RYNN

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2008, I electronically transmitted **(1) Declaration of Patricia J. Rynn In Support of Proposed Order Granting Preliminary Injunction; Exhibits In Support Thereof** to the following ECF registrants:

Bryan W Pease                                    bryanpease@gmail.com

Patricia Jane Rynn                              pat@rjlaw.com, tim@rjlaw.com

Gregory James Testa                          info@testalaw.com

I hereby certify that on June 5, 2008, I will serve the attached document by regular U.S. mail, postage pre-paid, on the following parties:

Mr. Darin Pines
1348 Rainbow Valley Blvd.
Rainbow, CA  92028

Respectfully Submitted,

RYNN & JANOWSKY, LLP

DATED:  June 4, 2008                    By:      /s/  Patricia J. Rynn
                                                              PATRICIA J. RYNN, attorneys
                                                              for Plaintiffs SUCASA PRODUCE and
                                                              P.D.G. PRODUCE, INC.

# EXHIBIT  1

### USFI, Inc.SPI FS SPI_Detail(4)(1).xls

| | Mar 31, 07 | Jun 30, 07 | Sep 30, 07 | Dec 31, 07 | Mar 31, 08 | |
|---|---|---|---|---|---|---|
| | **Sammy's Produce, Inc.** | | | | | |
| | **Balance Sheet** | | | | | |
| | **As of March, 2008** | | | | | |
| | | | | | | |
| | **Mar 31, 07** | **Jun 30, 07** | **Sep 30, 07** | **Dec 31, 07** | **Mar 31, 08** | |
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Checking/Savings** | | | | | | |
| Checking | 0.00 | 154,427.45 | 36,086.76 | -500.94 | -2,885.61 | |
| Expense | 0.00 | 100.00 | 100.00 | 100.00 | 100.00 | |
| Petty Cash | 0.00 | 276.00 | 276.00 | 276.00 | 276.00 | |
| **Total Checking/Savings** | 0.00 | 154,803.45 | 36,462.76 | -124.94 | -2,509.61 | |
| **Accounts Receivable** | | | | | | |
| Accounts Receivable | 0.00 | 1,117,909.82 | 1,222,777.99 | 1,436,666.57 | 1,301,295.19 | |
| **Total Accounts Receivable** | 0.00 | 1,117,909.82 | 1,222,777.99 | 1,436,666.57 | 1,301,295.19 | |
| **Other Current Assets** | | | | | | |
| Advance | 0.00 | 800.00 | 800.00 | 800.00 | 800.00 | |
| Inventory | 0.00 | 41,109.80 | 59,079.05 | 11,906.88 | 8,781.15 | |
| Notes Receivable | 0.00 | 297,376.70 | 501,376.70 | 565,435.83 | 592,905.22 | |
| Undeposited Funds | 0.00 | 21,855.98 | 36,579.68 | 7,621.60 | 7,621.60 | |
| **Total Other Current Assets** | 0.00 | 361,142.48 | 597,835.43 | 585,764.31 | 610,107.97 | |
| **Total Current Assets** | 0.00 | 1,633,855.75 | 1,857,076.18 | 2,022,305.94 | 1,908,893.55 | |
| **Other Assets** | | | | | | |
| Forklift | 0.00 | 0.00 | 0.00 | 678.52 | 2,103.42 | |
| **Total Other Assets** | 0.00 | 0.00 | 0.00 | 678.52 | 2,103.42 | |
| **TOTAL ASSETS** | **0.00** | **1,633,855.75** | **1,857,076.18** | **2,022,984.46** | **1,910,996.97** | |
| **LIABILITIES & EQUITY** | | | | | | |
| **Liabilities** | | | | | | |
| **Current Liabilities** | | | | | | |
| **Accounts Payable** | | | | | | |
| Accounts Payable | 0.00 | 619,946.55 | 1,139,472.37 | 1,627,461.07 | 1,884,799.42 | |
| **Total Accounts Payable** | 0.00 | 619,946.55 | 1,139,472.37 | 1,627,461.07 | 1,884,799.42 | |
| **Other Current Liabilities** | | | | | | |
| Accrued Expenses | 0.00 | 54,208.42 | 0.00 | 0.00 | 0.00 | |
| Loan Payable | 0.00 | 0.00 | 0.00 | -27,548.00 | -27,548.00 | |
| **Total Other Current Liabilities** | 0.00 | 54,208.42 | 0.00 | -27,548.00 | -27,548.00 | |
| **Total Current Liabilities** | 0.00 | 674,154.97 | 1,139,472.37 | 1,599,913.07 | 1,857,251.42 | |
| **Long Term Liabilities** | | | | | | |
| Note from Parent Company | 0.00 | 1,000,200.00 | 1,000,200.00 | 1,021,200.00 | 876,150.00 | |
| **Total Long Term Liabilities** | 0.00 | 1,000,200.00 | 1,000,200.00 | 1,021,200.00 | 876,150.00 | |
| **Total Liabilities** | 0.00 | 1,674,354.97 | 2,139,672.37 | 2,621,113.07 | 2,733,401.42 | |
| **Equity** | | | | | | |
| Opening Balance Equity | 0.00 | 89.00 | 0.00 | 0.00 | 0.00 | |
| Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 | -598,128.61 | |
| Net Income | 0.00 | -40,588.22 | -282,596.19 | -598,128.61 | -224,275.84 | |
| **Total Equity** | 0.00 | -40,499.22 | -282,596.19 | -598,128.61 | -822,404.45 | |
| **TOTAL LIABILITIES & EQUITY** | **0.00** | **1,633,855.75** | **1,857,076.18** | **2,022,984.46** | **1,910,996.97** | |

# EXHIBIT  2

**Sammy's Produce, Inc.**
**Balance Sheet**
**January - April, 2008**

|  | Mar 31, 08 | Apr 30, 08 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Banco Popular** | 0.00 | 29,466.60 |
| **Checking** | -2,885.61 | 38,727.49 |
| **Expense** | 100.00 | 100.00 |
| **Petty Cash** | 276.00 | 276.00 |
| **Total Checking/Savings** | -2,509.61 | 68,570.09 |
| **Accounts Receivable** | | |
| **Accounts Receivable** | 1,301,295.19 | 1,078,987.02 |
| **Total Accounts Receivable** | 1,301,295.19 | 1,078,987.02 |
| **Other Current Assets** | | |
| **Advance** | 800.00 | 800.00 |
| **Inventory** | 8,781.15 | 8,781.15 |
| **Notes Receivable** | 592,905.22 | 599,184.35 |
| **Undeposited Funds** | 7,621.60 | 7,621.60 |
| **Total Other Current Assets** | 610,107.97 | 616,387.10 |
| **Total Current Assets** | 1,908,893.55 | 1,763,944.21 |
| **Other Assets** | | |
| **Forklift** | 2,103.42 | 2,103.42 |
| **Total Other Assets** | 2,103.42 | 2,103.42 |
| **TOTAL ASSETS** | 1,910,996.97 | 1,766,047.63 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Accounts Payable** | 1,884,799.42 | 1,818,849.28 |
| **Total Accounts Payable** | 1,884,799.42 | 1,818,849.28 |
| **Other Current Liabilities** | | |
| **Loan Payable** | -27,548.00 | -7,548.00 |
| **Total Other Current Liabilities** | -27,548.00 | -7,548.00 |
| **Total Current Liabilities** | 1,857,251.42 | 1,811,301.28 |
| **Long Term Liabilities** | | |
| **Note from Parent Company** | 876,150.00 | 838,850.00 |
| **Total Long Term Liabilities** | 876,150.00 | 838,850.00 |
| **Total Liabilities** | 2,733,401.42 | 2,650,151.28 |
| **Equity** | | |
| **Retained Earnings** | -598,128.61 | -598,128.61 |
| **Net Income** | -224,275.84 | -285,975.04 |
| **Total Equity** | -822,404.45 | -884,103.65 |
| **TOTAL LIABILITIES & EQUITY** | 1,910,996.97 | 1,766,047.63 |

**Sammy's Produce, Inc.**
**Profit & Loss**
**January - April, 2008**

|  | Jan - Mar 08 | Apr 08 | TOTAL |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Sales** | 1,056,091.47 | 79,498.77 | 1,135,590.24 |
| **Total Income** | 1,056,091.47 | 79,498.77 | 1,135,590.24 |
| **Cost of Goods Sold** | | | |
| **Cost of Labor - COS** | 2,410.50 | 0.00 | 2,410.50 |
| **Equipment Repairs- COS** | 3,234.60 | 0.00 | 3,234.60 |
| **Fuel Expense - COS** | 6,980.69 | 150.00 | 7,130.69 |
| **Inventory Adjustment - COGS** | 3,125.73 | 0.00 | 3,125.73 |
| **Produce Buy In- COS** | 882,313.04 | 67,703.52 | 950,016.56 |
| **Rent- COS** | 21,595.38 | 7,738.67 | 29,334.05 |
| **Shipping, Freight & Delivery -** | 111,671.85 | 4,230.05 | 115,901.90 |
| **Total COGS** | 1,031,331.79 | 79,822.24 | 1,111,154.03 |
| **Gross Profit** | 24,759.68 | -323.47 | 24,436.21 |
| **Expense** | | | |
| **Consulting** | 950.00 | 0.00 | 950.00 |
| **Contract Labor** | 175.00 | 0.00 | 175.00 |
| **Dues & Subscriptions** | 1,985.80 | 88.00 | 2,073.80 |
| **Equipment Rental** | 495.14 | 61.75 | 556.89 |
| **Fuel Expense** | 3,435.95 | 1,824.74 | 5,260.69 |
| **Inspection Fees** | 593.07 | 0.00 | 593.07 |
| **Meals and Entertainment** | 10,511.60 | 1,331.75 | 11,843.35 |
| **Office Expenses** | 693.31 | 348.52 | 1,041.83 |
| **Payroll Expenses** | 208,402.32 | 57,431.27 | 265,833.59 |
| **Payroll Expenses*OE** | 9,981.27 | 0.00 | 9,981.27 |
| **Payroll Taxes** | 950.00 | 0.00 | 950.00 |
| **Supplies** | 5,135.56 | 210.50 | 5,346.06 |
| **Travel** | 99.25 | 0.00 | 99.25 |
| **Utilities** | 5,627.25 | 79.20 | 5,706.45 |
| **Total Expense** | 249,035.52 | 61,375.73 | 310,411.25 |
| **Net Ordinary Income** | -224,275.84 | -61,699.20 | -285,975.04 |
| **Net Income** | **-224,275.84** | **-61,699.20** | **-285,975.04** |

# Sammy's Produce, Inc.
## A/R Aging Summary
### As of May 31, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **AG Produce** | 0.00 | 0.00 | 6,777.90 | 14,794.25 | 0.00 | 21,572.15 |
| **Alfredo Produce** | 0.00 | 0.00 | 0.00 | 13,560.60 | 16,204.95 | 29,765.55 |
| **Angelitas Foods Service** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Arroyo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| **B.G.F. Quality Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 24,800.00 | 24,800.00 |
| **California Creative Foods** | 0.00 | 0.00 | 0.00 | 0.00 | -4,198.18 | -4,198.18 |
| **Casa Linda** | 0.00 | 0.00 | 0.00 | 0.00 | 826.37 | 826.37 |
| **Coyote Bar & Grill** | 0.00 | 0.00 | 0.00 | 0.00 | -1,137.00 | -1,137.00 |
| **Crazy Burro** | 0.00 | 0.00 | 0.00 | 0.00 | 2,929.45 | 2,929.45 |
| **Direct Fresh** | 0.00 | 0.00 | 0.00 | 0.00 | 12,442.60 | 12,442.60 |
| **Double D Produce** | 0.00 | 0.00 | 2,437.60 | 1,408.00 | 5,148.00 | 8,993.60 |
| **Eduardo Produce** | 0.00 | 0.00 | 0.00 | 26,861.75 | 1,828.75 | 28,690.50 |
| **El Sol Market** | 0.00 | 0.00 | 0.00 | 1,482.80 | -97.50 | 1,385.30 |
| **El Sol Market #2 - Birch St.** | 0.00 | 0.00 | 340.00 | 0.00 | 0.00 | 340.00 |
| **Fruit Distributing Corp. of Californi** | 0.00 | 0.00 | 0.00 | 0.00 | 16,402.70 | 16,402.70 |
| **Hierro's Market** | 0.00 | 0.00 | 0.00 | 0.00 | 6,171.39 | 6,171.39 |
| **Hierro's Market - L.A.** | 0.00 | 0.00 | 0.00 | 0.00 | 87,704.20 | 87,704.20 |
| **Junior's Taco Shop** | 0.00 | 0.00 | 0.00 | 0.00 | 344.30 | 344.30 |
| **L.A. Garlic & Spice, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 335,183.15 | 335,183.15 |
| **La Siesta Resturant** | 0.00 | 0.00 | 0.00 | 0.00 | 9,925.80 | 9,925.80 |
| **Max Dist** | 0.00 | 0.00 | 0.00 | 1,978.80 | 10,203.80 | 12,182.60 |
| **Mi Pueblo Market** | 0.00 | 0.00 | 0.00 | 2,572.50 | 0.00 | 2,572.50 |
| **Misc Customer** | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -60,000.00 |
| **Nucci's Cafe** | 0.00 | 0.00 | 0.00 | 0.00 | 13,427.75 | 13,427.75 |
| **Olympic Friut & Veg** | 0.00 | 0.00 | 7,524.00 | 0.00 | 106,271.50 | 113,795.50 |
| **Otay Mesa Repackers** | 0.00 | 0.00 | 0.00 | 0.00 | -94.20 | -94.20 |
| **R&K Trucking** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Rey & Rey Produce, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 85,064.00 | 85,064.00 |
| **Rio Plata Farms** | 0.00 | 0.00 | 0.00 | 0.00 | 16,942.50 | 16,942.50 |
| **Rodeos Market - Vista** | 0.00 | 0.00 | 543.00 | 0.00 | 0.00 | 543.00 |
| **Royal Liquor** | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 49.00 |
| **San Diego Point Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 56,645.50 | 56,645.50 |
| **Seaside Market** | 0.00 | 0.00 | 0.00 | 0.00 | -285.00 | -285.00 |
| **Spokane Produce, Inc.** | 0.00 | 0.00 | 6,620.40 | 0.00 | 0.00 | 6,620.40 |
| **Team Tomato** | 0.00 | 0.00 | 0.00 | 0.00 | 18,140.00 | 18,140.00 |
| **Ursich Egg Ranch** | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.45 | 1,120.45 |
| **Vanal Distributing, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 105.60 | 105.60 |
| **Vera's Tamale** | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.19 | 1,306.19 |
| **World Garlic & Spice** | 0.00 | 0.00 | 0.00 | 0.00 | 22,735.00 | 22,735.00 |
| **Total** | **0.00** | **0.00** | **24,242.90** | **62,658.70** | **789,185.07** | **876,086.67** |

# Sammy's Produce, Inc.
## A/P Aging Summary
### As of May 31, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| A.F.A.P. Truck Brokerage, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 |
| Aduardo's Produce Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -759.00 |
| AG Produce. | 0.00 | 0.00 | 41,461.00 | 7,392.00 | 0.00 |
| Arrowhead | 0.00 | 0.00 | 0.00 | 0.00 | 55.78 |
| AT&T | 0.00 | 0.00 | 0.00 | 0.00 | 531.24 |
| Aviara Farms, Inc. | 0.00 | 0.00 | 10,695.95 | 3,268.70 | 0.00 |
| BGF Quality Produce | 0.00 | 0.00 | 0.00 | 0.00 | 12,957.00 |
| Blue Book Services | 0.00 | 0.00 | 0.00 | 0.00 | 77.50 |
| CDFA 90295 | 0.00 | 0.00 | 610.00 | 0.00 | 610.00 |
| Citi Capital | 0.00 | 0.00 | 0.00 | 712.45 | 373.19 |
| Custom Ripe | 0.00 | 0.00 | 0.00 | 4,250.00 | 3,950.00 |
| Del Campo | 0.00 | 0.00 | 0.00 | 17,388.80 | 64,537.60 |
| Dell Business Credit | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 |
| Delta Fresh, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 5,800.00 |
| Edco Waste & Recycling Service | 0.00 | 0.00 | 0.00 | 825.10 | 412.55 |
| Eduardo's Produce Inc. | 0.00 | 0.00 | 729.57 | 4,621.58 | 0.00 |
| Expo Fresh, LLC. | 0.00 | 0.00 | -3,000.00 | 0.00 | 265,093.75 |
| Fallbrook Waste & Recycling | 0.00 | 0.00 | 0.00 | 0.00 | 759.60 |
| Farmers Link, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 5,600.00 |
| Fleet Services | 0.00 | 0.00 | 0.00 | 0.00 | 6,392.08 |
| Hawthorne Lift Systems | 0.00 | 61.75 | 85.00 | 207.13 | 15,172.09 |
| Henry Avocado | 0.00 | 0.00 | 0.00 | -1,920.00 | 0.00 |
| Hill Ranch LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 5,886.00 |
| HM Distributors | 0.00 | 0.00 | 0.00 | 0.00 | 57,059.80 |
| L.A. Garlic & Spice Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 223,934.05 |
| Marcus Duran | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| Meyer, LLC | 0.00 | 0.00 | 0.00 | 5,892.00 | 0.00 |
| MP Produce | 0.00 | 0.00 | 0.00 | 0.00 | 713.00 |
| Nuccis Cafe | 0.00 | 0.00 | 0.00 | 0.00 | 988.27 |
| Olympic Fruit & Vegetable | 0.00 | 0.00 | 0.00 | 0.00 | 223,730.00 |
| P.D.G. Produce Inc. | 0.00 | 0.00 | -3,000.00 | 0.00 | 113,908.40 |
| PBM Freight Solutions | 0.00 | 0.00 | 2,112.00 | 0.00 | 1,800.00 |
| Performance Produce | 0.00 | 0.00 | 0.00 | 0.00 | 17,660.00 |
| Pitney Bowes | 0.00 | 0.00 | 210.50 | 0.00 | 121.91 |
| Premier Cylinder Exchange | 0.00 | 79.20 | 72.73 | 0.00 | 96.98 |
| Premier Produce | 0.00 | 0.00 | 0.00 | 6,670.60 | 0.00 |
| Prime Time | 0.00 | 0.00 | 0.00 | 0.00 | 10,156.00 |
| Purchase Power | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Quality Experience Produce, Inc | 0.00 | 0.00 | 432.96 | -1,480.00 | 58,584.00 |
| Quality Laser Source, Inc. | 0.00 | 0.00 | 348.52 | 0.00 | 353.99 |
| Receivable Management Services | 0.00 | 0.00 | 28.00 | 0.00 | 0.00 |
| Red Line Truck Brokerage | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Rene Produce, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 12,337.00 |
| Rey & Rey Produce Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 14,274.50 |
| Rio Plata Farms. | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| Rose Gonzales Plants Inc | 0.00 | 0.00 | 7,468.46 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **Sam Nucci** | 0.00 | 0.00 | 1,956.49 | 0.00 | 0.00 |
| **Sign & Press** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Sucasa Produce** | 0.00 | 0.00 | 71,996.25 | 95,156.25 | 0.00 |
| **Team Tomato.** | 0.00 | 0.00 | 0.00 | 0.00 | 8,740.00 |
| **The Giumarra Companies** | 0.00 | 0.00 | 0.00 | 0.00 | 18,128.00 |
| **US AG Transportation, Inc.** | 0.00 | 175.00 | 12,292.00 | 25,804.39 | 30,387.52 |
| **Vanal Distributing, Inc.** | 0.00 | 0.00 | 42,588.40 | 0.00 | 53,219.70 |
| **Wind L.L.C.** | 0.00 | 0.00 | 0.00 | 0.00 | 6,823.90 |
| **World Garlic & Spice Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 3,696.75 |
| **Zinn Packing Co., Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 7,210.50 |
| **Total** | **0.00** | **315.95** | **187,087.83** | **168,789.00** | **1,254,008.65** |

| TOTAL |
| ---: |
| 950.00 |
| -759.00 |
| 48,853.00 |
| 55.78 |
| 531.24 |
| 13,964.65 |
| 12,957.00 |
| 77.50 |
| 1,220.00 |
| 1,085.64 |
| 8,200.00 |
| 81,926.40 |
| 130.00 |
| 5,800.00 |
| 1,237.65 |
| 5,351.15 |
| 262,093.75 |
| 759.60 |
| 5,600.00 |
| 6,392.08 |
| 15,525.97 |
| -1,920.00 |
| 5,886.00 |
| 57,059.80 |
| 223,934.05 |
| 175.00 |
| 5,892.00 |
| 713.00 |
| 988.27 |
| 223,730.00 |
| 110,908.40 |
| 3,912.00 |
| 17,660.00 |
| 332.41 |
| 248.91 |
| 6,670.60 |
| 10,156.00 |
| 300.00 |
| 57,536.96 |
| 702.51 |
| 28.00 |
| 900.00 |
| 12,337.00 |
| 14,274.50 |
| 180.00 |
| 7,468.46 |

| |
|---:|
| 1,956.49 |
| 0.00 |
| 167,152.50 |
| 8,740.00 |
| 18,128.00 |
| 68,658.91 |
| 95,808.10 |
| 6,823.90 |
| 3,696.75 |
| 7,210.50 |
| **1,610,201.43** |

# EXHIBIT  3



- **Home**
- **Company Info**
- **Operations**
- **News**
- **Investor Relations**
- **Contact Us**

**- Company Information Home**
**- Management**
**- Board of Directors**

## Company Information

**home** » company info



# Highlights:

- US Farms, Inc. is currently one of the largest commerical growers of Aloe Vera in the United States.
- US Farms, Inc. is currently one of the largest commerical growers of Asparagus in the United States in the first quarter of each year due to favorable climate conditions that allow the company to harvest in the months of December through March.
- US Farms, Inc. is one of a hand full of publicly traded companies that occupy the Farming and Nursery Space. Other examples of public companies in Farming and Nursery space include Chiquita Brands International Inc. (CQB-NYSE, $15.46), Calavo Growers Inc. (CVGW-NASDAQ, $17.77), Fresh Del Monte Produce Inc. (FDP-NYSE, $25.53), Griffin Land & Nurseries Inc. (GRIF-NASDAQ, $35.07).
- Aloe Vera Crops produce three revenue streams. 1. Aloe Vera Produce Sales 2. Aloe Vera Plant Sales 3. Aloe Vera Bulk Leaf Sales.
- US Farms, inc currently brokers over 80 Produce items (Vegetables and Fruits) through multiple wholly owned subsidiary's.
- Total reported value for all agricultural products commodities in San Diego county in 2006 alone topped 1.4 Billion
- US Farms, Inc. grows all its plants and crops in Southern California in the Imperial Valley (2 Hours East of San Diego) where its farming operations are located and up in the North County of San Diego where its Nursery operations are located.

# Senior Management / Consultants

**Yan Skwara** - *Chief Executive Officer / President & Chairman of the Board of Directors*

**Darin Pines** - *Chief Operating Officer & Director*

**Sam Nucci** - *VP Sales & Marketing Tomatoes & Food Service*

**Neal Ford** - *Interim Corporate Controller*



- **Home**
- **Company Info**
- **Operations**
- **News**
- **Investor Relations**
- **Contact Us**

  **- News Home**
  **- 2006 News Archive**
  **- 2007 News Archive**
  **- 2008 News Archive**

# News

---

**home** » news

### US Farms, Inc. Announces Record Revenues of $9.5 Million for the Year Ended December 31, 2007

Tuesday April 15, 2008

SAN DIEGO, CA -- (MARKET WIRE) -- April 15, 2008 -- US Farms, Inc. (OTC BB : **USFI.OB** ) a diversified commercial Farming and Nursery company, today announced its audited financial results for the year ended December 31, 2007. Full details are available on the Form 10-KSB filed at **http://www.sec.gov**.

US Farms, Inc. posted revenue of $9,460,585 for the year ended December 31, 2007 versus $361,414 for 2006. The Company refocused its business activities in the agricultural sector during the second and third quarters of 2007, which provided the framework for this significant growth. The majority of growth was from revenues generated through the California Produce Exchange business segment. California Produce Exchange distributes a variety of bulk vegetables and fruits to brokers, distributors and food converters.

Gross profit for 2007 was $771,701, or 8.2% of revenues, with a net loss for the period of $5,955,327 or ($0.18) loss per basic share. This compares to a gross profit of $36,141, or 10% of gross revenues, and a net loss of $4,471,910, or ($0.33) loss per basic share, for 2006. The increase in the operating loss was due primarily to costs associated with the startup of the Company's Sammy's Produce, Inc. and World Garlic & Spice, Inc., both wholly owned subsidiaries of US Farms, Inc., in addition to business development costs, and general and administrative expenses associated with the implementation of the Company's growth strategies.

Yan Skwara, President and Chief Executive Officer, US Farms, Inc., stated, "In 2006, we planted the seed; in 2007, we started to grow; in 2008 and beyond, we should begin to bear fruit. We have met key milestones in terms of revenue growth and market penetration. We have acquired and began operating wholly owned subsidiaries that broaden our product offering to provide for year-round sustainable growth. We thank our shareholders for their continued support and remain committed to building shareholder value in the future."

### 2007 Company Highlights:

- From January to March of 2007, the Company harvested its first Winter Asparagus crop that generated in excess of $1.4 million in revenues.
- In February 2007, the Company purchased the assets of a San Diego based

nursery and formed American Nursery Exchange, Inc., a wholly owned subsidiary of US Farms.

- In April 2007, the Company hired Sam Nucci as VP Sales for its newly formed Sammy's Produce Exchange, Inc., a wholly owned subsidiary of US Farms.
- Revenues for the nine months in 2007 for Sammy's Produce were in excess of $6.2 million.
- In July 2007, the Company formed and began operating its wholly owned subsidiary US Ag Transportation, Inc., which received a US Department of Transportation license and registration for Refrigerated Produce, Agriculture and Food transportation nationwide.
- In August 2007, the Company formed World Garlic and Spice, Inc., a wholly owned subsidiary of US Farms. Revenues for World Garlic and Spice for 2007 were in excess of $600,000.
- In October of 2007, the Company formed US Trading Group, Inc,. a wholly owned subsidiary, and began importation of Chinese garlic. US Trading Group imported garlic in excess of $450 thousand during 2007.
- In October 2007, the Company appointed Darin Pines, an agricultural industry veteran as Chief Operating Officer.
- During 2007, the Company successfully raised $4,092,049 from private investors as a result of a private placement of common stock and warrants.

**Sales Revenue by operating business segment for the year ended December 31, 2007:**

- California Produce Exchange had sales of $8,628,922. This subsidiary grows and distributes asparagus, fresh market tomatoes, garlic and other bulk produce through retail and wholesale distribution channels in Southern California.
- American Aloe Vera Growers had sales of $677,840. This subsidiary farms and sells domestically grown aloe vera potted plants, aloe vera boxed produce and bulk aloe vera leaves to brokers, re-wholesalers and directly to retailers.
- American Nursery Exchange had sales of $126,409. This subsidiary grows and sells palms, jade, cycads and other potted plants to grocery stores, garden centers, landscapers, home improvement centers and via Internet/mail order.

Cash utilized from operations 2007 was $4,137,669. The cash and marketable securities balance at December 31, 2007 was $24,487. As of September 30, 2007, shareholders' equity improved by $1,202,865 compared with December 31, 2006 mainly due to capital raises.

**About US Farms, Inc.**

US Farms, Inc. (OTCBB: USFI) is a diversified commercial Farming, Nursery and Brokerage company based in Southern California. The Company's principal operations are located in Southern California in the Imperial Valley, North County San Diego and Los Angeles. US Farms, Inc. grows, markets and distributes horticultural products through a number of wholly owned subsidiaries which include: American Nursery Exchange, Inc. (ANE); California Management Solutions, Inc. (CMS); California Produce Exchange, Inc. (CPE); American Aloe Vera Growers, Inc. (AAVG); Imperial Ethanol, Inc. (IE); Sammy's Produce, Inc. (SPI); US Ag Transportation, Inc (USAT); US Produce, Inc. (USPI); Texas Garlic & Spice, Inc. (TGS); US Trading Group, Inc. (USTG); and World Garlic & Spice, Inc. (WGS).

For more information on US Farms, Inc., please visit **http://www.usfarmsinc.com**. US Farms, Inc. is publicly traded on the Over-the-Counter market under the ticker symbol USFI.

**Safe-Harbor**

Forward-looking statement: Except for historical information, this press release contains forward-looking statements, which reflect the Company's current expectation regarding future events. These forward-looking statements involve risks and uncertainties, which may cause actual results to differ materially from those statements. Those risks and uncertainties include, but are not limited to, changing market conditions and other risks detailed from time to time in the Company's ongoing quarterly filings, annual information form, and annual reports. We undertake no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. In light of these risks, uncertainties and assumptions, the forward-looking events in this press release might not occur.

# Contact:

**US Farms, Inc.**
Tel:  858-488-7775 Ext 101 or 800-845-9133
Fax: 858-488-2828
Email: **info@usfarmsinc.com**
Website: **http://www.usfarmsinc.com**

**Investor Relations:**
Flagler Communications, an affiliate of OTC Financial Network
Jamie Dryer
Tel: 561-837-8057, Ext. 2
**http://www.otcfn.com/usfi**

Source: US Farms, Inc.

---

**Please view this press release and other US Farms, Inc. press releases at other fine sites.**

- **Yahoo Finance - US Farms, Inc. Announces Record Revenues of $9.5 Million for the Year Ended December 31, 2007**

**Home** | **Company Info** | **Operations** | News | **Investor Relations** | **Careers** | **Contact**

© 2008 US Farms, Inc. All rights reserved.
**Copyright** | **Privacy**



- **Home**
- **Company Info**
- **Operations**
- **News**
- **Investor Relations**
- **Contact Us**

   **- News Home**
   **- 2006 News Archive**
   **- 2007 News Archive**
   **- 2008 News Archive**

# News

---

**home** » news

### US Farms, Inc. Announces First Quarter 2008 Sales Increase 42% to $2.4 Million

Tuesday April 22, 2008

SAN DIEGO, CA -- (MARKET WIRE) -- April 22, 2008 -- US Farms, Inc. (OTC BB : **USFI.OB** ) US Farms, Inc. Announces diversified commercial Farming and Nursery company, today announced its unaudited revenues for the first quarter ended March 31, 2008.

US Farms, Inc. reported unaudited revenue of $2,380,294 for the quarter ended March 31, 2008, an increase of 42% compared to $1,673,949 for the same period last year. This increase is primarily attributable to the addition of bulk Tomato and Garlic revenues generated through the Company's California Produce Exchange business segment along with its existing Asparagus and Aloe Vera sales. California Produce Exchange distributes a variety of bulk vegetables and fruits to brokers, distributors, food converters and Retail and Wholesale grocery stores.

Yan Skwara, President and Chief Executive Officer, US Farms, Inc., stated, "In the first quarter, we achieved key milestones that position the Company for continued revenue growth for the remainder of fiscal year 2008 and into 2009."

The Company's first quarter achievements included entering into a fulfillment agreement with Morgan Creek Tropicals, a modern wholesale supplier of indoor Tropical Plants and Nursery Stock. The agreement calls for US Farms, Inc. to immediately establish a fulfillment center at its 100,000 square foot green house facility to effectively house plant inventory and service a large retail Nursery customer of Morgan Creek Tropicals. Shipments have already been initiated and are proceeding accordingly.

**About US Farms, Inc.**
US Farms, Inc. is a diversified commercial Farming and Nursery company. The company grows, markets and distributes horticultural products through a number of wholly owned subsidiaries. The horticultural products are sold through supermarkets, home centers, retail merchandisers, garden centers, re-wholesalers, and landscapers throughout the United States and Canada. Through internal growth and strategic acquisitions the company is expanding its market share in its nursery and specialty produce businesses. Currently the company has subsidiaries which provide a full range of products including Aloe Vera, Cactus, Succulents, Jade, Rare and Exotic Palm Trees and Cycads along with Produce products that

include Aloe Vera, Asparagus, Tomatoes and Garlic.

For more information on US Farms, Inc., please visit http://www.usfarmsinc.com. US Farms, Inc. is publicly traded on the Over-the-Counter market under the ticker symbol USFI.

### Safe-Harbor

Forward-looking statement: Except for historical information, this press release contains forward-looking statements, which reflect the Company's current expectation regarding future events. These forward-looking statements involve risks and uncertainties, which may cause actual results to differ materially from those statements. Those risks and uncertainties include, but are not limited to, changing market conditions and other risks detailed from time to time in the Company's ongoing quarterly filings, annual information form, and annual reports. We undertake no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. In light of these risks, uncertainties and assumptions, the forward-looking events in this press release might not occur.

## Contact:

**US Farms, Inc.**
Tel:  858-488-7775 Ext 101 or 800-845-9133
Fax: 858-488-2828
Email: **info@usfarmsinc.com**
Website: **http://www.usfarmsinc.com**

**Investor Relations:**
Chuck Cibulka
Tel: 619-664-4509

Source: US Farms, Inc.

**Please view this press release and other US Farms, Inc. press releases at other fine sites.**

- **Yahoo Finance - US Farms, Inc. Announces First Quarter 2008 Sales Increase 42% to $2.4 Million**

**Home** | **Company Info** | **Operations** | News | **Investor Relations** | **Careers** | **Contact**

© 2008 US Farms, Inc. All rights reserved.
**Copyright** | **Privacy**