1   PATRICIA J. RYNN State Bar No. 092048
    ELISE O'BRIEN, State Bar No. 245967
2   RYNN & JANOWSKY, LLP
3   4100 Newport Place Drive, Suite 700
    Newport Beach, CA  92660
4   Telephone:     (949) 752-2911
    Facsimile:     (949) 752-0953
5   E-Mail:  Pat@rjlaw.com
    E-Mail: Elise@rjlaw.com
6

7   Attorneys for Plaintiffs
    SUCASA PRODUCE and PDG PRODUCE, INC.
8
                            UNITED STATES DISTRICT COURT
9
10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

11  SUCASA PRODUCE, an Arizona                CASE NO.  08-cv-914 JLS (JMA)
    Partnership; and P.D.G. PRODUCE, INC.,
12  an Arizona corporation.

13                    Plaintiffs              **JOINT MOTION TO EXTEND
                                              TEMPORARY RESTRAINING ORDER
14          vs.                               AND TO CONTINUE THE PRELIMINARY
                                              INJUNCTION HEARING**
15  SAMMY'S PRODUCE, INC., a California
    corporation; YAN SKWARA, an individual;
16  SAMUEL V. NUCCI, an individual; and
    DARIN PINES, an individual.
17
18                    Defendants.

19          COME NOW, Plaintiffs, SUCASA PRODUCE and P.D.G. PRODUCE, INC. and

20  Defendants SAMMY'S PRODUCE, INC., YAN SKWARA, SAMUEL V. NUCCI, and DARIN

21  PINES (collectively referred to as the "Parties"), by and through their respective counsel of

22  record, hereby request that the Preliminary Injunction hearing currently scheduled for 10:00 a.m. on

23  June 9, 2008 be continued to a date on or after June 16, 2008 at 10:00 a.m.

24
25          The Parties further respectfully request that the Temporary Restraining Order currently in

26  effect be extended to the new date for the hearing on the preliminary injunction, should the Court

27  grant the Parties' request for a continuance.

28          The reason for this request is that Plaintiffs and Defendants are presently negotiating a

1

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1   agreed preliminary order.  Assuming the parties are able to reach an agreement on the terms of the

2   preliminary injunction order prior to the continued hearing date and time, said order shall be

3   submitted with this Court for review and approval prior to the continued hearing, which may then

4   be taken off calendar.

5

6           Under Federal Rule of Civil Procedure 65(b), the TRO can be in effect for ten (10) days

7   (and can also be extended for an additional ten (10) days for good cause shown), and therefore,

8   the Parties respectfully request that the preliminary injunction hearing be continued and the TRO

9   be extended until June 16, 2008.

10                                                          Respectfully submitted,

11

12                                                          RYNN & JANOWSKY, LLP

13  DATED:  June 6, 2008                   By:      /s/  Patricia J. Rynn
                                                            PATRICIA    J.   RYNN,   attorneys   for
14                                                          Plaintiffs SUCASA PRODUCE and P.D.G.
                                                            PRODUCE, INC.
15

16

17                                                          TESTA & ASSOCIATES, LLP

18  DATED:  June 6, 2008                   By:      /s/  Gregory J. Testa
                                                            GREGORY    J.   TESTA,   attorneys   for
19                                                          Defendant SAMUEL V. NUCCI

20

21

22                                                          BRYAN W. PEASE, INC.

23  DATED:  June 6, 2008                   By:      /s/  Bryan W. Pease
                                                            BRYAN W. PEASE J. TESTA, attorneys
24                                                          for  Defendants  SAMMY'S  PRODUCE,
                                                            INC., YAN SKWARA, and DARIN PINES
25

26

27

28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

2

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I hereby certify that on June 6, 2008, I electronically transmitted **(1) JOINT MOTION**

4    **TO EXTEND TEMPORARY RESTRAINING ORDER AND TO CONTINUE THE**

5    **PRELIMINARY INJUNCTION HEARING** to the following ECF registrants:

6

7    Bryan W Pease                          bryanpease@gmail.com

8    Patricia Jane Rynn                     pat@rjlaw.com, tim@rjlaw.com

9    Gregory James Testa                    info@testalaw.com

10

11

12                                          Respectfully Submitted,

13                                          RYNN & JANOWSKY, LLP

14

15    DATED:  June 6, 2008          By:      /s/  Patricia J. Rynn
                                            PATRICIA J. RYNN, attorneys
16                                          for Plaintiffs SUCASA PRODUCE and
                                            P.D.G. PRODUCE, INC.
17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953