UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation.<br><br>　　　　　　Plaintiffs<br>　vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual.<br><br>　　　　　　Defendants. | CASE NO. 08-cv-914 JLS (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND TO CONTINUE THE PRELIMINARY INJUNCTION HEARING** |

## **O R D E R**

Having read and considered the foregoing request to continue the hearing on the Preliminary Injunction currently scheduled for 10:00 a.m. on June 9, 2008 and good cause appearing therefore,

IT IS HEREBY ORDERED that the Temporary Restraining Order currently in effect be extended to June 16, 2008 and the preliminary injunction hearing currently scheduled for 10:00 a.m. on Monday, June 9, 2008 shall be continued to Monday June 16, 2008 at 10:00 a.m.

IT IS SO ORDERED

THIS ORDER IS ISSUED June 9, 2008 at 9:15 a.m.

_/s/ Janis L. Sammartino_
HON. JANIS L. SAMMARTINO
U.S. DISTRICT COURT JUDGE

1