BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone:  (619) 723-0369
Facsimile:  (619) 923-1001
email: bryanpease@gmail.com

Attorney for Defendant
SAMMY'S PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES,<br><br>Defendants. | Civil Action, No.: 08 CV 914 JLS (JMA)<br><br>DECLARATION OF BRYAN W. PEASE IN RESPONSE TO PLAINTIFF'S EX PARTE MOTION FOR A PRELIMINARY INJUNCTION |

Bryan W. Pease, being duly sworn, deposes and says:

1. I am the attorney of record for defendant SAMMY'S PRODUCE, INC. in the above captioned action. I make this declaration of my own knowledge in response to plaintiff's proposed order granting a preliminary injunction.

2. On June 6, 2008, I emailed the Excel spreadsheet to Patricia Rynn, attorney for plaintiffs, corresponding to the printout referenced as Exhibit 2 to Ms. Rynn's June 4, 2008 declaration (Doc. 17-3). In her declaration, Ms. Rynn stated in paragraph 5 that "the final two pages of Exhibit 2 list a series of numbers, but Plaintiff is at a total loss as to the significance of these numbers." However, the last two pages of Exhibit 2 are clearly the final total column of

the preceding "A/P Aging Summary" that did not fit on the printed page. The Excel spreadsheet provided to plaintiff eliminates the printing problem.

3. Also on June 6, I went out of my way to inform Ms. Rynn that the Washington Mutual bank account for Sammy's Produce, Inc. had stopped being frozen for some reason, but I noted that Sammy's Produce Inc. would continue to place any incoming money into the account and not take any money out of the account due to the TRO. I also explained that this is the only bank account Sammy's Produce, Inc. currently has, and that the Banco Popular account only existed for the purpose of accepting checks from vendors that owed money and who had accounts with that bank, so that the checks could clear immediately, but that the account with that bank is now closed.

4. On June 11, 2008, I provided a current printout of Sammy's Produce, Inc. online bank statement, attached as Exhibit A. The bank statement provided shows that Sammy's Produce, Inc. made its last withdrawal on May 23, 2008, even though the TRO was not served until May 28, 2008, yet the company continued putting money into the account as payments from vendors arrived, even as recently as June 10.

5. I also provided an up to the date accounts receivable aging summary on June 11, attached as Exhibit B.

6. There is no evidence that trust assets are being dissipated. Rather, the evidence is that Sammy's Produce, Inc. is owed large sums of money by other vendors, and this is the reason the company has been unable to pay plaintiffs. Ms. Rynn's declaration contains many hearsay statements about what other parties told her regarding monies they are allegedly owed, as well as rhetorical questions and speculation about the relationship of Sammy's Produce, Inc. to other entities. Counsel respectfully suggests that these statements should not form the basis for expanding the requirements of the TRO that is currently in effect.

I declare under penalty of perjury that the foregoing is true and correct to my knowledge, except those matters alleged on the basis of information or belief, and as to those matters, I believe them to be true.

| | |
|---|---|
| Executed on June 12, 2008 | By: /s/ Bryan W. Pease |
| | Bryan W. Pease |

# Exhibit A



# Transaction History

## Free Business Checking - 2147

▸ Available Balance : -$978,763.42

| Date | Description | Check# | Debit(-) | Credit(+) | Running Balance | ? |
|---|---|---|---|---|---|---|
| 6/10/2008 | *CUSTOMER DEPOSIT | | | +$5,597.10 | $21,236.58 | ✉ |
| 6/5/2008 | *CUSTOMER DEPOSIT | | | +$5,000.00 | $15,639.48 | ✉ |
| 5/28/2008 | *CUSTOMER DEPOSIT | | | +$3,623.60 | $10,639.48 | ✉ |
| 5/27/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $7,015.88 | ✉ |
| 5/23/2008 | *CUSTOMER DEPOSIT | | | +$4,000.00 | $5,015.88 | ✉ |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | $1,100.00 | | $1,015.88 | ✉ |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | $160.00 | | $2,115.88 | ✉ |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | $1,051.63 | | $2,275.88 | ✉ |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | $5,000.00 | | $3,327.51 | ✉ |
| 5/22/2008 | *CUSTOMER DEPOSIT | | | +$1,260.00 | $8,327.51 | ✉ |
| 5/22/2008 | Check - *ON-US CHECK WITHDRAWAL | 11123 | $1,200.00 | | $7,067.51 | ✉ |
| 5/21/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $8,267.51 | ✉ |
| 5/21/2008 | Check - *ON-US CHECK WITHDRAWAL | 11122 | $6,500.00 | | $6,267.51 | ✉ |
| 5/20/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $12,767.51 | ✉ |
| 5/20/2008 | Check - *ON-US CHECK WITHDRAWAL | 11120 | $3,500.00 | | $2,767.51 | ✉ |
| 5/19/2008 | Check - 0000011111 | 11111 | $3,000.00 | | $6,267.51 | ✉ |
| 5/19/2008 | *CUSTOMER DEPOSIT | | | +$359.00 | $9,267.51 | ✉ |
| 5/16/2008 | Check - 0000011106 | 11106 | $5,000.00 | | $8,908.51 | ✉ |
| 5/15/2008 | Check - 0000011108 | 11108 | $5,000.00 | | $13,908.51 | ✉ |
| 5/14/2008 | Check - 0000011117 | 11117 | $3,000.00 | | $18,908.51 | ✉ |
| 5/14/2008 | Check - 0000011110 | 11110 | $5,000.00 | | $21,908.51 | ✉ |
| 5/13/2008 | Check - 0000011118 | 11118 | $2,000.00 | | $26,908.51 | ✉ |
| 5/13/2008 | Check - 0000011113 | 11113 | $2,000.00 | | $28,908.51 | ✉ |
| 5/13/2008 | Check - 0000011112 | 11112 | $2,162.00 | | $30,908.51 | ✉ |
| 5/13/2008 | Check - 0000011109 | 11109 | $3,000.00 | | $33,070.51 | ✉ |
| 5/12/2008 | Check - 0000011116 | 11116 | $5,000.00 | | $36,070.51 | ✉ |

# Exhibit B

# AR Report

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Sammy's Produce, Inc.** | | | | | | |
| 2 | **A/R Aging Summary** | | | | | | |
| 3 | As of June 11, 2008 | | | | | | |
| 4 | | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
| 5 | AG Produce | 0.00 | 0.00 | 4,155.71 | 17,416.44 | 0.00 | 21,572.15 |
| 6 | Alfredo Produce | 0.00 | 0.00 | 0.00 | 12,360.60 | 17,404.95 | 29,765.55 |
| 7 | Angelitas Foods Service | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| 8 | Arroyo Produce | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| 9 | B.G.F. Quality Produce | 0.00 | 0.00 | 0.00 | 0.00 | 24,800.00 | 24,800.00 |
| 10 | California Creative Foods | 0.00 | 0.00 | 0.00 | 0.00 | -4,198.18 | -4,198.18 |
| 11 | Casa Linda | 0.00 | 0.00 | 0.00 | 0.00 | 826.37 | 826.37 |
| 12 | Coyote Bar & Grill | 0.00 | 0.00 | 0.00 | 0.00 | -1,137.00 | -1,137.00 |
| 13 | Crazy Burro | 0.00 | 0.00 | 0.00 | 0.00 | 2,929.45 | 2,929.45 |
| 14 | Direct Fresh | 0.00 | 0.00 | 0.00 | 0.00 | 12,442.60 | 12,442.60 |
| 15 | Double D Produce | 0.00 | 0.00 | 0.00 | 2,437.60 | 6,556.00 | 8,993.60 |
| 16 | Eduardo Produce | 0.00 | 0.00 | 0.00 | 14,175.50 | 4,515.00 | 18,690.50 |
| 17 | El Sol Market | 0.00 | 0.00 | 0.00 | 1,482.80 | -97.50 | 1,385.30 |
| 18 | Fruit Distributing Corp. of California | 0.00 | 0.00 | 0.00 | 0.00 | 16,402.70 | 16,402.70 |
| 19 | Hierro's Market | 0.00 | 0.00 | 0.00 | 0.00 | 4,171.39 | 4,171.39 |
| 20 | Hierro's Market - L.A. | 0.00 | 0.00 | 0.00 | 0.00 | 87,704.20 | 87,704.20 |
| 21 | Junior's Taco Shop | 0.00 | 0.00 | 0.00 | 0.00 | 187.20 | 187.20 |
| 22 | L.A. Garlic & Spice, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 335,183.15 | 335,183.15 |
| 23 | La Siesta Resturant | 0.00 | 0.00 | 0.00 | 0.00 | 9,925.80 | 9,925.80 |
| 24 | Max Dist | 0.00 | 0.00 | 0.00 | 1,218.80 | 10,963.80 | 12,182.60 |
| 25 | Mi Pueblo Market | 0.00 | 0.00 | 0.00 | 2,572.50 | 0.00 | 2,572.50 |
| 26 | Misc Customer | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -60,000.00 |
| 27 | Nucci's Cafe | 0.00 | 0.00 | 0.00 | 0.00 | 13,427.75 | 13,427.75 |
| 28 | Olympic Friut & Veg | 0.00 | 0.00 | 7,524.00 | 0.00 | 106,271.50 | 113,795.50 |
| 29 | Otay Mesa Repackers | 0.00 | 0.00 | 0.00 | 0.00 | -94.20 | -94.20 |
| 30 | R&K Trucking | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| 31 | Rey & Rey Produce, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 85,064.00 | 85,064.00 |
| 32 | Rio Plata Farms | 0.00 | 0.00 | 0.00 | 0.00 | 16,942.50 | 16,942.50 |
| 33 | Rodeos Market - Vista | 0.00 | 0.00 | 0.00 | 543.00 | 0.00 | 543.00 |
| 34 | Royal Liquor | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 49.00 |
| 35 | San Diego Point Produce | 0.00 | 0.00 | 0.00 | 0.00 | 56,645.50 | 56,645.50 |
| 36 | Seaside Market | 0.00 | 0.00 | 0.00 | 0.00 | -285.00 | -285.00 |
| 37 | Spokane Produce, Inc. | 0.00 | 0.00 | 6,620.40 | 0.00 | 0.00 | 6,620.40 |
| 38 | Team Tomato | 0.00 | 0.00 | 0.00 | 0.00 | 18,140.00 | 18,140.00 |
| 39 | Ursich Egg Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 1,020.45 | 1,020.45 |
| 40 | Vanal Distributing, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 105.60 | 105.60 |
| 41 | Vera's Tamale | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.19 | 1,306.19 |
| 42 | World Garlic & Spice | 0.00 | 0.00 | 0.00 | 0.00 | 22,735.00 | 22,735.00 |
| 43 | **Total** | **0.00** | **0.00** | **18,300.11** | **52,207.24** | **792,982.22** | **863,489.57** |

# Detail

**Sammy's Produce, Inc.**
**Payments Received**
**As of June 11, 2008**

| Type | Date | Num | Name | Account | Credit | |
|---|---|---|---|---|---:|---|
| Payment | 05/15/2008 | 15858 | El Mariachi Restaurant | Accounts Receivable | 359.00 | Deposit on 5/19/08 for 359.00 |
| Payment | 05/19/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 10,000.00 | Deposit on 05/20/2008 for 10,000 |
| Payment | 05/21/2008 | | Hierro's Market | Accounts Receivable | 2,000.00 | Deposit on 5/21/08 for 5,000 |
| Payment | 05/22/2008 | 0033479 | Frazier Farms | Accounts Receivable | 1,260.00 | Deposit on 5/22/08 for 1260.00 |
| Payment | 05/27/2008 | | Hierro's Market | Accounts Receivable | 2,000.00 | Deposit on 5/27/08 for 2000.00 |
| Payment | 05/28/2008 | 10057 | Rio Plata Farms | Accounts Receivable | 1,096.75 | Deposit on 5/28/08 for 2305.75 |
| Payment | 05/28/2008 | | Ursich Egg Ranch | Accounts Receivable | 100.00 | this deposit also includes a 1,317.85 |
| Payment | 05/28/2008 | 1142 | Casa Linda | Accounts Receivable | 200.00 | transfer |
| Payment | 05/28/2008 | 6847 | Crazy Burro | Accounts Receivable | 403.50 | |
| Payment | 05/28/2008 | 022971 | California Mayoreo y Menudo | Accounts Receivable | 505.50 | |
| Payment | 06/05/2008 | 4066 | Eduardo Produce | Accounts Receivable | 5,000.00 | Deposit on 6/05/08 for 5,000 |
| Payment | 06/06/2008 | | Ursich Egg Ranch | Accounts Receivable | 100.00 | Deposit on 6/10/08 for 5,597.10 |
| Payment | 06/06/2008 | | El Sol Market #2 - Birch St. | Accounts Receivable | 340.00 | |
| Payment | 06/06/2008 | 0000333760 | Junior's Taco Shop | Accounts Receivable | 157.10 | |
| Payment | 06/06/2008 | 4067 | Eduardo Produce | Accounts Receivable | 5,000.00 | |
| | | | | | **28,521.85** | |

**PROOF OF SERVICE BY ELECTRONIC FILING**

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
U.S. District Court Case No.: 08 CV 914 JLS (JMA)

I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**DECLARATION OF BRYAN W. PEASE**

I served the individuals named on June 12, 2008 by electronic filing:

Patricia Jane Rynn     (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa     (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2008, San Diego, California.

                                                   /s/Bryan W. Pease
                                                     Bryan W. Pease