PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:      (949) 752-0953
E-Mail:  Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE and PDG PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation.<br><br>          Plaintiffs<br>     vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual.<br><br>          Defendants. | CASE NO.  08-cv-914 JLS (JMA)<br><br>**AMENDED JOINT MOTION TO ENTER STIPULATED PRELIMINARY INJUNCTION ORDER AND VACATE HEARING** |

COME NOW, Plaintiffs, SUCASA PRODUCE and P.D.G. PRODUCE, INC. and Defendants SAMMY'S PRODUCE, INC., YAN SKWARA, SAMUEL V. NUCCI, and DARIN PINES (collectively referred to as the "Parties"), by and through their respective counsel of record, and hereby respectfully request entry of a Stipulated Preliminary Injunction Order as described below, and separately lodged herewith, which shall remain in place through the pendency of this action or until further order of the Court.

The Parties respectfully further request that upon entry of the Preliminary Injunction, separately lodged herewith, the current Temporary Restraining Order shall be dissolved and the

hearing on Plaintiffs' application for a preliminary injunction currently set for 10:00 a.m. on June 16, 2008 be vacated.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: June 16, 2008       By:    /s/ Patricia J. Rynn
                                  PATRICIA J. RYNN, attorneys for Plaintiffs SUCASA PRODUCE and P.D.G. PRODUCE, INC.

TESTA & ASSOCIATES, LLP

DATED: June 16, 2008       By:    /s/ Gregory J. Testa
                                  GREGORY J. TESTA, attorneys for Defendant SAMUEL V. NUCCI

BRYAN W. PEASE, INC.

DATED: June 16, 2008       By:    /s/ Bryan W. Pease
                                  BRYAN W. PEASE J. TESTA, attorneys for Defendants SAMMY'S PRODUCE, INC., YAN SKWARA, and DARIN PINES

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically transmitted **(1) AMENDED JOINT MOTION TO ENTER STIPULATED PRELIMINARY INJUNCTION ORDER AND VACATE HEARING** to the following ECF registrants:

| | |
|---|---|
| Bryan W Pease | bryanpease@gmail.com |
| Patricia Jane Rynn | pat@rjlaw.com, tim@rjlaw.com |
| Gregory James Testa | info@testalaw.com |

Respectfully Submitted,

RYNN & JANOWSKY, LLP

DATED: June 16, 2008            By:     /s/ Patricia J. Rynn
                                        PATRICIA J. RYNN, attorneys
                                        for Plaintiffs SUCASA PRODUCE and
                                        P.D.G. PRODUCE, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953