# DECLARATION OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA-SAN DIEGO DIVISION

CASE NAME:   *Sucasa Produce, et al. v. Sammy's Produce, Inc., et al.*
CASE NO.:   **08 CV914 JLS (JMA)**

JAMES A. TESTA (SB#64660)
GREGORY J. TESTA (SB#176318)
TESTA & ASSOCIATES, LLP
570 Rancheros Drive, Suite 250
San Marcos, California  92069
(760)891-0490 / FAX (760)891-0495

ATTORNEYS FOR:  Defendant, SAMUEL V. NUCCI

I, the undersigned, declare that:  I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 570 Rancheros Drive, Suite 250, San Marcos, CA  92069. On June 17, 2008, I served the following documents:

**DEFENDANT SAMUEL V. NUCCI'S ANSWER TO COMPLAINT**

By Electronic Filing and to be electronically served and sent to the recipients via ECF (Electronic Court Filing System) e-service at the recipient's office as indicated on the Court's e-file Service List for the above entitled case, which will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed this 17th day of June, 2008, at San Marcos, California.

    S/ Gregory J. Testa
    Gregory J. Testa
    Testa & Associates, LLP
    info@testalaw.com

-1-

Declaration of Service by E-File: *Sucasa Produce v. Sammy's Produce, Inc., , et al..*– 08 CV914 JLS (JMA)