BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone:   (619) 723-0369
Facsimile:   (619) 923-1001
email: bryanpease@gmail.com

Attorney for Defendant
SAMMY'S PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES,<br><br>Defendants. | Civil Action, No.:  08 CV 914 JLS (JMA)<br><br>NOTICE REGARDING STATUS OF ACCOUNTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice of the up to date bank statement and aging report attached hereto, pursuant to the preliminary injunction order filed on June 18, 2008.  The following collection actions are being prosecuted by Sammy's:

<u>Sammy's Produce, Inc. v. Hierro's Market & Carniceria, Inc.</u>
Southern District of California Case Number 08 CV 0860 H POR
Status: preliminary injunction in effect pending payment of $96,547.59 plus interest and attorney's fees.  Obtained entry of default.

<u>Sammy's Produce, Inc. v. Rey & Rey Produce, Inc.</u>
Southern District of California Case Number 08 CV 0930 L WMc
Status: Settlement agreement read in open court on June 20. Settlement is for $77,016.70, which reflects the full amount of the debt after applying a setoff owed by Sammy's and includes interest and fees in the amount of $6,000. Payment to be made as follows: $6,000 to be released by bank immediately; $25,000 to be paid by July 1; $25,000 by Aug. 1; balance by Aug. 15.

<u>Sammy's Produce, Inc. v. L.A. Garlic & Spice, Inc.</u>
San Diego Superior Court Case Number 37-2008-00085213-CU-BC-CTL
Status: Complaint filed for breach of contract and common counts totaling $88,963.35.

Dated: June 25, 2008                            By:  /s/ Bryan W. Pease
                                                     Bryan W. Pease


# WaMu

# Transaction History

## Free Business Checking - 2147

**Available Balance :** -$964,281.42

| Date | Description | Check# | Debit(-) | Credit(+) | Running Balance | ? |
|---|---|---|---|---|---|---|
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $35,718.58 | |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$2,882.00 | $25,718.58 | |
| 6/18/2008 | *CUSTOMER DEPOSIT | | | +$100.00 | $22,836.58 | |
| 6/16/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $22,736.58 | |
| 6/10/2008 | *CUSTOMER DEPOSIT | | | +$5,597.10 | $21,236.58 | |
| 6/5/2008 | *CUSTOMER DEPOSIT | | | +$5,000.00 | $15,639.48 | |
| 5/28/2008 | *CUSTOMER DEPOSIT | | | +$3,623.60 | $10,639.48 | |
| 5/27/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $7,015.88 | |
| 5/23/2008 | *CUSTOMER DEPOSIT | | | +$4,000.00 | $5,015.88 | |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | $1,100.00 | | $1,015.88 | |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | $160.00 | | $2,115.88 | |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | $1,051.63 | | $2,275.88 | |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | $5,000.00 | | $3,327.51 | |
| 5/22/2008 | *CUSTOMER DEPOSIT | | | +$1,260.00 | $8,327.51 | |
| 5/22/2008 | Check - *ON-US CHECK WITHDRAWAL | 11123 | $1,200.00 | | $7,067.51 | |
| 5/21/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $8,267.51 | |
| 5/21/2008 | Check - *ON-US CHECK WITHDRAWAL | 11122 | $6,500.00 | | $6,267.51 | |
| 5/20/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $12,767.51 | |
| 5/20/2008 | Check - *ON-US CHECK WITHDRAWAL | 11120 | $3,500.00 | | $2,767.51 | |
| 5/19/2008 | Check - 0000011111 | 11111 | $3,000.00 | | $6,267.51 | |
| 5/19/2008 | *CUSTOMER DEPOSIT | | | +$359.00 | $9,267.51 | |
| 5/16/2008 | Check - 0000011106 | 11106 | $5,000.00 | | $8,908.51 | |
| 5/15/2008 | Check - 0000011108 | 11108 | $5,000.00 | | $13,908.51 | |
| 5/14/2008 | Check - 0000011117 | 11117 | $3,000.00 | | $18,908.51 | |
| 5/14/2008 | Check - 0000011110 | 11110 | $5,000.00 | | $21,908.51 | |
| 5/13/2008 | Check - 0000011118 | 11118 | $2,000.00 | | $26,908.51 | |

# AR Report

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Sammy's Produce, Inc.** | | | | | | |
| 2 | **A/R Aging Summary** | | | | | | |
| 3 | As of June 25, 2008 | | | | | | |
| 4 | | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
| 5 | **AG Produce** | 0.00 | 0.00 | 0.00 | 14,636.17 | 6,935.98 | 21,572.15 |
| 6 | **Alfredo Produce** | 0.00 | 0.00 | 0.00 | 4,467.00 | 25,298.55 | 29,765.55 |
| 7 | **Angelitas Foods Service** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| 8 | **Arroyo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| 9 | **B.G.F. Quality Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 24,800.00 | 24,800.00 |
| 10 | **California Creative Foods** | 0.00 | 0.00 | 0.00 | 0.00 | -4,198.18 | -4,198.18 |
| 11 | **Casa Linda** | 0.00 | 0.00 | 0.00 | 0.00 | 826.37 | 826.37 |
| 12 | **Coyote Bar & Grill** | 0.00 | 0.00 | 0.00 | 0.00 | -1,137.00 | -1,137.00 |
| 13 | **Crazy Burro** | 0.00 | 0.00 | 0.00 | 0.00 | 2,929.45 | 2,929.45 |
| 14 | **Direct Fresh** | 0.00 | 0.00 | 0.00 | 0.00 | 12,442.60 | 12,442.60 |
| 15 | **Double D Produce** | 0.00 | 0.00 | 0.00 | 2,437.60 | 6,556.00 | 8,993.60 |
| 16 | **Eduardo Produce** | 0.00 | 0.00 | 0.00 | 4,075.50 | 4,615.00 | 8,690.50 |
| 17 | **El Sol Market** | 0.00 | 0.00 | 0.00 | 1,482.80 | -97.50 | 1,385.30 |
| 18 | **Fruit Distributing Corp. of California** | 0.00 | 0.00 | 0.00 | 0.00 | 16,402.70 | 16,402.70 |
| 19 | **Hierro's Market** | 0.00 | 0.00 | 0.00 | 0.00 | 2,671.39 | 2,671.39 |
| 20 | **Hierro's Market - L.A.** | 0.00 | 0.00 | 0.00 | 0.00 | 87,704.20 | 87,704.20 |
| 21 | **Junior's Taco Shop** | 0.00 | 0.00 | 0.00 | 0.00 | 187.20 | 187.20 |
| 22 | **L.A. Garlic & Spice, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 335,183.15 | 335,183.15 |
| 23 | **La Siesta Resturant** | 0.00 | 0.00 | 0.00 | 0.00 | 7,143.80 | 7,143.80 |
| 24 | **Max Dist** | 0.00 | 0.00 | 0.00 | 1,218.80 | 10,963.80 | 12,182.60 |
| 25 | **Mi Pueblo Market** | 0.00 | 0.00 | 0.00 | 0.00 | 2,572.50 | 2,572.50 |
| 26 | **Misc Customer** | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -60,000.00 |
| 27 | **Nucci's Cafe** | 0.00 | 0.00 | 0.00 | 0.00 | 13,427.75 | 13,427.75 |
| 28 | **Olympic Friut & Veg** | 0.00 | 0.00 | 0.00 | 7,524.00 | 106,271.50 | 113,795.50 |
| 29 | **Otay Mesa Repackers** | 0.00 | 0.00 | 0.00 | 0.00 | -94.20 | -94.20 |
| 30 | **R&K Trucking** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| 31 | **Rey & Rey Produce, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 85,064.00 | 85,064.00 |
| 32 | **Rio Plata Farms** | 0.00 | 0.00 | 0.00 | 0.00 | 16,942.50 | 16,942.50 |
| 33 | **Rodeos Market - Vista** | 0.00 | 0.00 | 0.00 | 543.00 | 0.00 | 543.00 |
| 34 | **Royal Liquor** | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 49.00 |
| 35 | **San Diego Point Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 56,645.50 | 56,645.50 |
| 36 | **Seaside Market** | 0.00 | 0.00 | 0.00 | 0.00 | -285.00 | -285.00 |
| 37 | **Spokane Produce, Inc.** | 0.00 | 0.00 | 0.00 | 6,620.40 | 0.00 | 6,620.40 |
| 38 | **Team Tomato** | 0.00 | 0.00 | 0.00 | 0.00 | 18,140.00 | 18,140.00 |
| 39 | **Ursich Egg Ranch** | 0.00 | 0.00 | 0.00 | 0.00 | 820.45 | 820.45 |
| 40 | **Vanal Distributing, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 105.60 | 105.60 |
| 41 | **Vera's Tamale** | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.19 | 1,306.19 |
| 42 | **World Garlic & Spice** | 0.00 | 0.00 | 0.00 | 0.00 | 22,735.00 | 22,735.00 |
| 43 | **Total** | **0.00** | **0.00** | **0.00** | **43,005.27** | **806,002.30** | **849,007.57** |

# Detail

**Sammy's Produce, Inc.**
**Payments Received**
As of June 25, 2008

| Type | Date | Num | Name | Account | Credit | |
|---|---|---|---|---|---|---|
| Payment | 05/15/2008 | 15858 | El Mariachi Restaurant | Accounts Receivable | 359.00 | Deposit on 5/19/08 for 359.00 |
| Payment | 05/19/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 10,000.00 | Deposit on 05/20/2008 for 10,000 |
| Payment | 05/21/2008 | | Hierro's Market | Accounts Receivable | 2,000.00 | Deposit on 5/21/08 for 5,000 |
| Payment | 05/22/2008 | 0033479 | Frazier Farms | Accounts Receivable | 1,260.00 | Deposit on 5/22/08 for 1260.00 |
| Payment | 05/27/2008 | | Hierro's Market | Accounts Receivable | 2,000.00 | Deposit on 5/27/08 for 2000.00 |
| Payment | 05/28/2008 | 10057 | Rio Plata Farms | Accounts Receivable | 1,096.75 | Deposit on 5/28/08 for 2305.75 |
| Payment | 05/28/2008 | | Ursich Egg Ranch | Accounts Receivable | 100.00 | this deposit also includes a 1,317.85 |
| Payment | 05/28/2008 | 1142 | Casa Linda | Accounts Receivable | 200.00 | transfer |
| Payment | 05/28/2008 | 6847 | Crazy Burro | Accounts Receivable | 403.50 | |
| Payment | 05/28/2008 | 022971 | California Mayoreo y Menudo | Accounts Receivable | 505.50 | |
| Payment | 06/05/2008 | 4066 | Eduardo Produce | Accounts Receivable | 5,000.00 | Deposit on 6/05/08 for 5,000 |
| Payment | 06/06/2008 | | Ursich Egg Ranch | Accounts Receivable | 100.00 | Deposit on 6/10/08 for 5,597.10 |
| Payment | 06/06/2008 | | El Sol Market #2 - Birch St. | Accounts Receivable | 340.00 | |
| Payment | 06/06/2008 | 0000333760 | Junior's Taco Shop | Accounts Receivable | 157.10 | |
| Payment | 06/06/2008 | 4067 | Eduardo Produce | Accounts Receivable | 5,000.00 | |
| Payment | 06/16/2008 | | Hierro's Market | Accounts Receivable | 1,500.00 | |
| Payment | 06/18/2008 | Cash | Ursich Egg Ranch | Accounts Receivable | 100.00 | |
| Payment | 06/24/2008 | Cash | Ursich Egg Ranch | Accounts Receivable | 100.00 | Deposit on 06/24/08 for 2,882.00 |
| Payment | 06/24/2008 | 1864 | La Siesta Resturant | Accounts Receivable | 2,782.00 | |
| Payment | 06/24/2008 | 4068 | Eduardo Produce | Accounts Receivable | 5,000.00 | Deposit on 6/24/08 for 10,000 |
| Payment | 06/24/2008 | 4069 | Eduardo Produce | Accounts Receivable | 5,000.00 | |

## PROOF OF SERVICE BY ELECTRONIC FILING

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
      U.S. District Court Case No.: 08 CV 914 JLS (JMA)

      I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred.  My business address is 302 Washington St. #404, San Diego, CA 92103.

      I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**NOTICE REGARDING STATUS OF ACCOUNTS**

I served the individuals named on June 25, 2008 by electronic filing:

Patricia Jane Rynn    (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa    (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 25, 2008, San Diego, California.

                                                         /s/Bryan W. Pease
                                                            Bryan W. Pease