PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone:      (949) 752-2911
Facsimile:      (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE, et al.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; P.D.G. PRODUCE, INC., an Arizona corporation; EXPO FRESH, LLC, a California limited liability company; H.M. DISTRIBUTORS, INC., an Arizona corporation; PRIME TIME SALES, LLC, a California limited liability company; VANAL DISTRIBUTING, INC., an Arizona corporation, DEL CAMPO SUPREME, INC., an Arizona corporation; MEYER, LLC, a California limited liability company, | CASE NO.  08-cv-914 JLS (JMA) **DECLARATION OF LAURA DE LA ROSA IN SUPPORT OF PLAINTIFFS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION; EXHIBITS IN SUPPORT THEREOF** |
| Plaintiffs vs. | |
| SAMMY'S PRODUCE, INC., a California corporation; CALIFORNIA PRODUCE EXCHANGE, INC., a California corporation; US FARMS, INC., a California corporation; WORLD GARLIC & SPICE INC., a California corporation; AMERICAN NURSERY EXCHANGE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual;  DARIN PINES, an individual, | |
| Defendants. | |

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1

I, LAURA DE LA ROSA, declare and depose as follows:

1.     I currently am and during all times mentioned in this declaration have been the Credit Manager of Plaintiff and Moving Party herein, DEL CAMPO SUPREME, INC. ("DEL CAMPO").

2.     DEL CAMPO is a corporation based in Nogales, Arizona which sells wholesale quantities of perishable agricultural commodities ("produce"), including tomatoes, and which is licensed as a dealer under the Perishable Agricultural Commodities Act of 1930, as amended, [7 U.S.C. §499a, *et seq.*] ("PACA").

3.     I am personally familiar with all matters which are the subject of this declaration and the facts stated herein are based upon my own personal knowledge, except as to those matters based upon information and belief, and as to those matters, I believe them to be true. If called as a witness in this proceeding, I would and could competently testify to the matters stated herein.

4.     DEL CAMPO is a produce creditor of Defendant, Sammy's Produce, Inc. ("SAMMY'S"). SAMMY'S is a produce dealer as defined under 7 U.S.C. §499a, and operates subject to and is licensed under the PACA.  SAMMY'S operates as wholesale buyer and seller of perishable agricultural commodities, and in that capacity has purchased perishable agricultural commodities from Plaintiff, through a broker, for resale to SAMMY'S own customers.

5.     Defendants Yan Skwara ("SKWARA"), Samuel V. Nucci ("NUCCI"), and Darin Pines ("PINES") are listed as SAMMY'S President, Vice President of Sales and Vice President of Operations, respectively, with the Blue Book (a credit service for the produce industry).

6.     I make this declaration in support of Plaintiffs' Motion to Expand the Preliminary Injunction, to prevent Defendants' further dissipation of PACA trust assets and to compel turnover of all such trust assets rightfully belonging to Plaintiffs.

7.     As Credit Manager of DEL CAMPO, my responsibilities include monitoring its sales of perishable agricultural commodities, including the sales that are the subject of this dispute, and supervising collection of its accounts receivable for such sales.  I have custody and

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

control of DEL CAMPO'S sales and accounts receivable records as they relate to Defendant SAMMY'S, and I am thoroughly familiar with the manner in which those records are compiled.

8. The sales and accounts receivable records of Plaintiffs, including invoices, billing statements and other related documents, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These sales records are made either by me or under my direction and supervision by DEL CAMPO'S employees whose duty it is to make such documents.

9. The produce that is the subject of this dispute was sold in the course of interstate commerce between the states of Arizona and California.

10. The total balance due to H.M. from Defendants results from a series of nine (9) sales transactions involving tomatoes shipped between January 15, 2008 and February 15, 2008. Between on or about those dates, DEL CAMPO sold and delivered to Defendants truck lots of tomatoes of various varieties and quantities, being perishable agricultural commodities, which Defendant SAMMY'S accepted without objection, for agreed-upon selling prices as reflected on DEL CAMPO'S invoices, of which a total principal amount of $81,926.40 remains outstanding and seriously past due.

11. An invoice for each shipment was prepared and mailed to Defendant SAMMY'S by DEL CAMPO on or about the day of each transaction. True and correct copies of Plaintiff DEL CAMPO'S nine invoices confirming these sales are appended hereto and incorporated herein by reference as **Exhibit 1**. A true and correct copy of Plaintiff DEL CAMPO'S aged statement of account summarizing the outstanding invoices and applying partial payments received to date, (hereafter "Aging Report") is appended hereto and incorporated herein by this reference as **Exhibit 2**.

12. Although Defendant SAMMY'S received and accepted the produce shipments *without objection*, Defendant SAMMY'S has failed to pay for the produce that it purchased from DEL CAMPO.

13. As the Credit Manager of Plaintiff DEL CAMPO, I review and approve any price adjustments, credits or discounts issued by DEL CAMPO in connection with the sales that are

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

the subject of this dispute. As of the date of this Declaration, no price adjustments of any amount have been issued to Defendants. Moreover, except for the $5,000.00 payment on account received from SAMMY'S on May 13, 2008, no other payments have been received toward any of the outstanding invoices reflected in Exhibit 1 or Exhibit 2, and the cumulative balance due for all amounts reflected on those invoices and the Aging Report is therefore correct.

14. Further, as the Credit Manager of DEL CAMPO, it is my responsibility to make certain that DEL CAMPO complies with all requirements necessary to preserve its trust rights under PACA for all unpaid shipments of produce, including the shipments that are the subject of this dispute. DEL CAMPO is now, and during all times herein has been a PACA licensee, operating under PACA license no. 19920258. In compliance with the statutory filing requirements, I made certain that each of DEL CAMPO'S invoices set forth the following statutory language required by PACA to preserve DEL CAMPO'S PACA trust benefits:

> *"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."*

*See,* Exhibit 1, which shows that the above-quoted language appears on the face of each invoice sent to Defendants concerning the transactions that are the subject of this dispute.

15. For the above-stated reasons, I am confident that DEL CAMPO has taken all steps necessary to preserve its PACA trust rights in connection with its outstanding invoices in this proceeding.

16. As of the date of this declaration, the entire principal balance of $81,926.40 due to DEL CAMPO from Defendants remains delinquent. Because of Defendants' failure to make payments when promised, and the seriously delinquent status of its account with our Company, and SAMMY'S admitted lack of sufficient funds to pay the amount it owes DEL CAMPO, I believe that there is a great risk that DEL CAMPO will not recover the balance due to it without

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1    this Court's intervention and issuance of an injunction restraining Defendants from further

2    dissipation of PACA trust assets.

3         17.    At no time have any of the Defendants, or anyone acting on behalf of Defendants,

4    ever denied owing Plaintiff DEL CAMPO money for the produce it received, nor have they

5    disputed that the cumulative principal balance of $81,926.40 remains due to DEL CAMPO from

6    SAMMY'S.

7         18.    In or about March 2008, I began contacting Yan SKWARA on a regular basis to

8    request payments of the amount due to DEL CAMPO from SAMMY'S.  Mr. SKWARA always

9    assured me that DEL CAMPO would be paid, however, Mr. SKWARA explained to me that

10   SAMMY'S was owed a lot of money from its customers and was struggling to get paid.  I

11   advised Mr. SKWARA that DEL CAMPO would have to file a complaint with PACA if we were

12   not paid immediately.  After this conversation, DEL CAMPO received a check from SAMMY'S

13   dated March 19, 2008 in the amount of $10,400 for invoice number 073487.

14        19.    In or about May, 2008, Mr. SKWARA stopped answering my phone calls and

15   emails.  I had to resort to leaving voicemails on his cell phone, although sometimes I couldn't

16   even leave voicemails because his mailbox was full.  DEL CAMPO received one more payment

17   from SAMMY'S, a check dated May 8, 2008 in the amount of $5,000 which was applied to

18   invoice number 073486.  After applying this payment, the cumulative principal balance of

19   $81,926.40 remains due to DEL CAMPO from SAMMY'S.

20        20.    Because Defendants have (a) admitted that they cannot promptly and fully pay the

21   PACA trust debt to DEL CAMPO and (b) repeatedly failed to remit payments as promised, I am

22   quite certain that Defendants have dissipated the PACA trust assets they control in violation of

23   PACA.  Absent immediate intervention from this Court, I believe those trust assets, which

24   rightfully belong to the Plaintiffs in this action, will continue to be dissipated and will remain

25   beyond the reach of the Plaintiffs herein.

26        21.    DEL CAMPO relies upon its customers' prompt payment for produce sales so

27   that it can effectively and adequately manage its current payables to its own vendors, monitor its

28   cash flow, and make informed business decisions.  The failure of Defendants to adequately

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1    preserve Plaintiffs' PACA trust assets and to pay the amounts due has jeopardized and will

2    continue to jeopardize the ability of DEL CAMPO to properly operate its business, to make

3    informed business decisions, to make necessary purchases and acquisitions, and to pay some of

4    its own suppliers.

5       22.    For the above reasons, DEL CAMPO has been economically harmed and will

6    likely be irreparably harmed if the PACA trust assets in Defendants' possession are allowed to

7    continue being dissipated and diverted to other uses. The PACA assets which Defendants now

8    possess rightfully belong to Plaintiffs. These trust assets, including inventory and accounts

9    receivable, must be preserved for the benefit of and remitted to Plaintiffs.

10      23.    Unless this Court issues the Preliminary Injunction requested by Plaintiffs, in my

11   view the remaining PACA trust assets being held by Defendants will be further dissipated and

12   DEL CAMPO'S chances of recovering the amounts due it for the produce sold to SAMMY'S

13   will have been thereby effectively undermined. For these reasons, I respectfully urge this Court

14   to issue the requested relief.

15      I declare under penalty of perjury under the laws of the States of Arizona and the United

16   States of America that the foregoing is true and correct.

17      Executed this $\underline{26}$ day of June 2008 in Nogales, Arizona.

18

19                                      _Laura de la Rosa_

20                                      LAURA DE LA ROSA

21

22

23

24

25

26

27

28

6

# EXHIBIT 1



**del campo**
*excellence you can taste!*

# INVOICE

Del Campo Supreme, Inc
P.O. Box 8550  Nogales, AZ 8562
(520) 281-4733 Fax (520) 281-434
www.delcampo.com m

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**S H I P T O**

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYERS CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073474 | 01/16/08 | SammOA | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| m.f.g. | t-01060 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1600 | XLG | Romas 25lbs Del Campo Supreme | 6.0000 | 9,600.00 |
| 1600 | | | | 9,600.00 |

: perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The r of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of those modities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within curs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum 5 days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod- cturns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 0am and 12:00pm on the business day after ships out. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between Inited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our- rs regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
nent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ey fees court costs incurred on appeal.
ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.I.R. Part 134 provide that the articles or their containers must be marked in a picture place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to the ultimate purchaser in the United States, the English name of the try of origin of the articles.

| TOTAL AMOUNT | $9,600.00 |
|---|---|

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable

# del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6650 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 8095
Vista  CA  92085-0095

Sammy's Produce
P.O. Box 8095
Vista, CA  92085-0095

| INVOICE NO. |
|---|
| 073474 |

| PURCHASE ORDER NO. |
|---|
| |

| VEHICLE LICENSE | MOTOR CARRIER | |
|---|---|---|
| 1-01080 | AZ | m.fg. |

| LOADED AT |
|---|
| |

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1800 | | Romas 25Lbs XLarge Del Campo Supreme |
| 1800 | | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within urs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. inspections. A maximum of ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-tems are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between on and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our-regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.
erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these dities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before er judgment including reasonable attorney fees, court costs and interest on appeal.
SE to subsequent purchaser or disposition. These articles are imported. The requirements 19 U.S.C. §1304 and 19 CFR Part 134 provide that the articles or their containers must be marked in a tivous place as legibly, indelibly and perm. nently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the of origin of the articles..

| | MAINTAIN TEMPERATURE  @ | | Low: | 50 | High: | |
|---|---|---|---|---|---|---|
| PERATURE RECORDER NO: | | | | | | |

PER:  Del Campo Supreme, Inc.
P.O. Box 6650, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

04/15/09     03.24 PM

**HOUR & DATE OF DEPARTURE FROM SHIPPER S WAREHOUSE**
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE
ABOVE DESCRIBED LOAD IN GOOD CONDITION.

Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse of the consignor the shall sign the following statement:
he shall not make delivery of this shipment without payment of freight and all other lawful charges

of Co signor _____

DRIVER S SIGNATURE: _____
DRIVER S LIC #: _____
DRIVER S NAME: _____ jose f

-9-

D. from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreement by truck broker, named herein, if any), whereby the motor carrier shown above, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, unless noted



# del campo
## excellence you can taste!

# INVOICE

**Del Campo Supreme, Inc**
P.O. Box 8550  Nogales, AZ 85621
(520) 281-4733 Fax (520) 281-4348
www.delcampo.com.mx

| Sammy's Produce |  | Sammy's Produce |
|---|---|---|
| P.O. Box 0095 | S H I P T O | P.O. Box 0095 |
| Vista, CA  92085-0095 | | Vista, CA  92085-0095 |

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073475 | 01/17/08 | Samm0A | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| m&o rapids | W 74850 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 616 | 45 | Vine Ripe 2Layer Big Tom #2 | 6.9500 | 4,281.20 |
| 704 | 55 | Vine Ripe 2Layer Big Tom #2 | 6.3500 | 4,470.40 |
| 440 | 56 | Vine Ripe 2Layer Big Tom #2 | 6.3500 | 2,794.00 |
| 1760 | | | | 11,545.60 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). "The title of these commodities remains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within hours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers, 2) any subsequent amendments, clarifications or modifications thereof, and 3) certain letter agreements between yourselves and our regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment such disgorsement be ay fees court costs incurred on appeal.

ICE to subsequent purchasers or repacker. These articles are imported. The requirement, 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a icuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States the English name of the y of origin of the articles.

**TOTAL AMOUNT**  $11,545.60

-10-

**MOTOR CARRIER** Straight Bill of Lading **FOR EXEMPT COMMODITIES** Original -- Not Negotiable



# del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

S
O Sammy's Produce
L P.O. Box 0095
D Vista, CA 92085-0095
T
O

S Sammy's Produce
H P.O. Box 0095
I Vista  CA 92085-0095
P

| INVOICE NO. |
| --- |
| 673475 |

| PURCHASE ORDER NO. |
| --- |

| VEHICLE LICENSE | MOTOR CARRIER |
| --- | --- |
| W 74850 | TX    m&s rapids |

| LOADED AT |
| --- |

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
| --- | --- | --- |
| | 616 | Vine Ripe 2Layer 4x5 Big Tom #2 |
| | 704 | Vine Ripe 2Layer 5x5 Big Tom #2 |
| | 440 | Vine Ripe 2Layer 5x3 Big Tom #2 |
| | 1760 | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within one face arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspection. A maximum of ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full he amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between rec'vd 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these odities until full payment is received. Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per (until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before ex judgment including reasonable attorney fees, court costs incurred on appeal.

CS or subsequent purchaser or reparker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conom place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the y of origin of the articles.

PERATURE RECORDER NO:

PER:    Del Campo Supreme, Inc.
        P.O. Box 6550, Nogales, AZ 85628
        (520) 281-4733 Fax (520) 281-4345
        www.delcampo.com.mx

01/16/08          07:38 PM

Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the shall sign the following statement:
er shall not make delivery of this shipment without payment of freight and all other lawful charges.

MAINTAIN TEMPERATURE  @          Low:        50   High:
HOUR & DATE OF DEPARTURE FROM SHIPPER S WAREHOUSE
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE
ABOVE DESCRIBED LOAD IN GOOD CONDITION

DRIVER S SIGNATURE: _____

DRIVER S LIC. #: _____

DRIVER S NAME: _____            Raul

D, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked consigned and destined as indicated above, pursuant to an agreement by truck broker, named herein, if any, whereby the motor carrier shown above, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, unless otherwise



**del campo**
*excellence you can taste!*

# INVOICE

**Del Campo Suprema, Inc**
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4348
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**S H I P T O**

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073476 | 01/17/08 | SammOA | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| | n116670 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1600 | XLG | Romas 25lbs Del Campo Suprema | 6.5000 | 10,400.00 |
| 1600 | | | | 10,400.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within hours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspection. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Suprema, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Suprema, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between item and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our s regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. nent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection, before and after judgment including reasonable ey fees. court costs incurred on appeal.

ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the articles.

**TOTAL AMOUNT**  $10,400.00

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable

# del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550  Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista  CA  92085-0095

S
O
L
D

T
O

Sammy's Produce
P.O. Box 0095
Vista  CA  92085-0095

S
H
I
P

T
O

| INVOICE NO. |
|---|
| 073478 |

| PURCHASE ORDER NO. |
|---|
| |

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| n1185?0 | az |

| LOADED AT |
|---|
| |

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| | 1600 | Romas 25Lbs XLarge Del Campo Suprema |
| | 1800 | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, condition or price will be accepted unless a written notice of claims is faxed to us within ours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspection. A maximum of ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Suprema, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written memo from Del Campo Suprema, Inc. Prod- rns are subject to the Company's return policy. No returns accepted without prior notification to subinspection and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and cor- regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.
perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these odities until full payment is received.' Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before ter judgment including reasonable attorney fees, and costs incurred on appeal. The perishable agricultural commodities listed on this invoice are sold... These articles are imported. The requirements 19 U.S.C. §1304 and 19 CFR Part 134 provide that the articles or their containers must be marked in a issown place as legibly, indelibly and permanently as the nature of the article or container will permit. In such manner as to indicate to an ultimate purchaser in the United States, the English name of the y of origin of the articles.

**PERATURE RECORDER NO:** | **MAINTAIN TEMPERATURE @**  Low:  60  High:
**PER:** Del Campo Supreme, Inc. | **HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE**
P.O. Box 6550, Nogales, AZ 85628 | I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE
(520) 281-4733 Fax (520) 281-4345 | 01/15/08  12:57 AM  ABOVE DESCRIBED LOAD IN GOOD CONDITION.
www.delcampo.com.mx |

DRIVER'S SIGNATURE:

DRIVER'S LIC #

DRIVER'S NAME:



# INVOICE

Del Campo Supreme. Inc
P.O. Box 6550 Nogales, AZ 8562(
(520) 281-4733 Fax (520) 281-434(
www.delcampo.com.m

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**SHIP TO**

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073486 | 01/16/08 | Samm0A | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| ho's trucking | 4jp2335 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1520 | XXL | Romas 25lbs Del Campo Supreme | 6.0000 | 9,120.00 |
| 1520 | | | | 9,120.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. 499e(c)). The
of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these
articles until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within
24 hrs from arrival. Claims will only be accepted if supported by a U.S.D.A. inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. inspection. A maximum
days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full
e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-
ucts are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between
m and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between
United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our-
regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or
ation is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable
y fees, court costs incurred on appeal.
CE to a subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a
nuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the
of origin of the article.

| | **TOTAL AMOUNT** | $9,120.00 |
|---|---|---|

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable



## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550  Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

S
O
L
D

T
O

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NO. |
|---|
| 073496 |

| PURCHASE ORDER NO. |
|---|
| |

| VEHICLE LICENSE | MOTOR CARRIER | |
|---|---|---|
| 4JP2385 | CA | hofa trucking |

| LOADED AT |
|---|
| |

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1520 | | Romas 25Lbs XXLarge Del Campo Supreme |
| 1520 | | |
| | | Cans overweight |

the exception of the terms of the Tomato Suspension Agreement inscribed herein, no claims related to quantity, conditions or prices will be accepted unless a written notice of claims is faxed to us within us from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A minimum of ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo fm m Del Campo Supreme, Inc. Prod- ures are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our- regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request. perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricult and Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these odities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per is still paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before or judgment including reasonable attorney fees, court costs incurred on appeal. CR to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a marks place as legibly, indelibly and perm -nently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the r of origin of the articles.

PERATURE RECORDER NO:

PER: Del Campo Supreme, Inc.
P.O. Box 6560, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

01/15/08    04:38 PM

MAINTAIN TEMPERATURE @    Low:    50    High:
HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE
ABOVE DESCRIBED LOAD IN GOOD CONDITION.

DRIVER'S SIGNATURE:

DRIVER'S LIC. #:

DRIVER'S NAME:

Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor. If shall sign the following statement or shall not make delivery of this shipment without payment of freight and all other lawful charges.

D, from the shipper named herein, the perishable goods described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreement

# del campo
## excellence you can taste!

# INVOICE

Del Campo Supreme, Inc.
P.O. Box 6550  Nogales, AZ 8562
(520) 281-4733 Fax (520) 281-434
www.delcampo.com m

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**S H I P T O**

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074580 | 01/31/08 | SammOA | | 01/29/09 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| cat logistics | a68497g | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1760 | 55 | Vine Ripe 2Layer Del Campo Supreme | 5.9500 | 10,472.00 |
| 1760 | | | | 10,472.00 |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within urs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-ums are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between ium and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between inited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our-regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

lent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect amounts under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ay fees court costs incurred on appeal.

tC6 to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a icou as place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser Unite J States the English name of the ry of origin of the articles..

| TOTAL AMOUNT | $10,472.00 |

**MOTOR CARRIER** Straight Bill of Lading **FOR EXEMPT COMMODITIES** Original -- Not Negotiable

## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NO. |
|---|
| 674580 |

| PURCHASE ORDER NO. |
|---|
| |

| VEHICLE LICENSE | MOTOR CARRIER | |
|---|---|---|
| a88497g | CA | est logistics |

| LOADED AT |
|---|
| |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| | 1760 | Vine-Ripe 2Layer 5x6 Del Campo Supreme |
| | 1760 | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within us from arrival. Claims will only be accepted if supported by a U.S.D.A. inspection taken within 24 hours from arrival and only for the total packages no U.S.D.A. Inspections. A maximum of rs from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-ams are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between m and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof and 3) certain letter agreements between yourselves and our-regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request. rrishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The f these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these nidities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before s judgment including reasonable attorneys fees, court costs incurred on appeal. SE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a nous place as legibly, indelibly and perm, nently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the of origin of the articles...

**PERATURE RECORDER NO:**

**PER:** Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

01/22/08    12:23 AM

Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor the shall sign the following statement:

e shall not m ake delivery of this shipment without payment of freight and all other lawful charges.

**MAINTAIN TEMPERATURE @**    Low:    50    High:

**HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE**
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE
ABOVE DESCRIBED LOAD IN GOOD CONDITION.

DRIVER'S SIGNATURE

DRIVER'S LIC. #

DRIVER'S NAME

# del campo
## excellence you can taste!



# INVOICE

**Del Campo Supreme, Inc**
P.O. Box 6550 Nogales AZ 85628
(520) 281-4733 Fax (520) 281-4343
www.delcampo.com.mx

| | |
|---|---|
| Sammy's Produce<br>P.O. Box 0095<br>Vista, CA  92085-0095 | **S H I P T O**  Sammy's Produce<br>P.O. Box 0095<br>Vista, CA  92085-0095 |

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074681 | 02/06/08 | SammOA | | 02/05/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| Go-Fish trucking | 1e14747 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1600 | XXL | Romas 25lbs Del Campo Supreme | 6.0000 | 9,600.00 |
| 1600 | | | | 9,600.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. 499e(c)). The r of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these modities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quality, conditions or price will be accepted unless a written notice of claims is faxed to us within ms from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ce its cost and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod urns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between Inited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our- s regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ey fees, court costs incurred on appeal.

ICE to subsequent purchaser or repacker. These articles are imported. The requirement; 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a diate as place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the ry of origin of the articles.

**TOTAL AMOUNT** $9,600.00

**MOTOR CARRIER** Straight Bill of Lading **FOR EXEMPT COMMODITIES** Original -- Not Negotiable

# del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 5550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

| | INVOICE NO. |
|---|---|
| | 074681 |

Sammy's Produce
P.O. Box 0095
Vista  CA  92085-0095

| PURCHASE ORDER NO. |
|---|
| |

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

| VEHICLE LICENSE | | MOTOR CARRIER |
|---|---|---|
| la14747 | ga | Go-Fish trucking |

| LOADED AT |
|---|
| |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| | 1600 | Romas 25Lbs XXLarge Del Campo Supreme |
| | 1600 | |

With the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, condition or price will be accepted unless a written notice of claims is faxed to us within hours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 6am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the sales, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection including their judgment including reasonable attorney fees, court costs incurred on appeal.

CBP to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §2304 and 19 C.F.R. Part 134 provide that the articles or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

| TEMPERATURE RECORDER NO: | MAINTAIN TEMPERATURE @ | Low: 50 High: |
|---|---|---|
| PER: Del Campo Supreme, Inc. | HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE | |

P.O. Box 5550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

02/05/08.    11.34 AM

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGE RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

Under Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

DRIVER'S SIGNATURE

DRIVER'S LIC. #

DRIVER'S NAME:

Received from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreement

# del campo
## excellence you can taste!

# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales, AZ 8562(
(520) 281-4733 Fax (520) 281-4848
www.delcampo.com.m:

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**S H I P T O**

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074682 | 02/06/08 | Samm0A | | 02/05/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| Galvez & Herrera | 4je7494 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1760 | 55 | Vine Ripe 2Layer Del Campo Supreme | 5.0000 | 8,800.00 |
| 1760 | | | | 8,800.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The : of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within ...ars from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached with in this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ...ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-...ucts are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between ...urs and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ...nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our-...s regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.

...ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or ...action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to recover reasonable attorneys' fees, costs and expenses of collection before and after judgment including reasonable ...cy fees, court costs incurred on appeal.

...ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that these articles or their containers must be marked in a ...uous place as legibly, indelibly and permanently as the nature of the article or container will permit, to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

| | | TOTAL AMOUNT | | $8,800.00 |

**MOTOR CARRIER** Straight Bill of Lading **FOR EXEMPT COMMODITIES** Original – Not Negotiable



## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| | INVOICE NO. |
|---|---|
| | 074882 |

| PURCHASE ORDER NO. | |
|---|---|

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| 4ja7424 | Galvez & Herrera |

| LOADED AT | |
|---|---|

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| | 1780 | Vine Ripe 2Layer 5x5 Del Campo Supreme |
| | 1780 | |

b the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is fixed to us within ours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspection. A maximum of ays from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod- cturns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 0am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our- a regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these modities until full payment is received.' Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per n until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before fore judgment including reasonable attorney fees, court costs incurred on appeal.
ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a onous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the ry of origin of the articles.

| | | |
|---|---|---|
| PERATURE RECORDER NO: | MAINTAIN TEMPERATURE @ | Low: 50 High: |
| PER: Del Campo Supreme, Inc. | HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE | |
| P.O. Box 6550, Nogales, AZ 85628 | I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE | |
| (520) 281-4733 Fax (520) 281-4345 www.delcampo.com.mx | 02/05/08 11:09 AM ABOVE DESCRIBED LOAD IN GOOD CONDITION. | |

DRIVER'S SIGNATURE:

o Section 7 : if the conditions of this shipment to be delivered to the consignee without recourse to the consignor, the or shall sign the following statement:
rrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

DRIVER'S LIC. #:

DRIVER'S NAME:

ED, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreemen



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550, Nogales, AZ 8562
(520) 281-4733 Fax (520) 281-434
www.delcampo.com.m

Sammy's Produce
P.O. Box 0095
Vista, CA  92095-0095



Sammy's Produce
P.O. Box 0095
Vista, CA  92095-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074803 | 02/13/08 | SammOA | | 02/12/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| m.s. logistic | neb 73303 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1760 | 55 | Vine Ripe 2layer Del Campo Supreme | 5.0000 | 8,800.00 |
| 1760 | | | | 8,800.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930 (7U.S.C.499e(c)). The r of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these modities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quality, conditions or price will be accepted unless a written notice of claims is faxed to us within turns from arrival. Claims will only be accepted if supported by a U.S.D.A. inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between lent and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
cent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal auction is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ney fees 'court costs incurred on appeal.
TCR to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked to a chase as place is legibly, indelibly and permanently as the nature of the article or its container will permit, in such a manner as to inform the ultimate purchaser in the United States the English name of the ry of origin of the articles.

| TOTAL | 8,800.00 |

HS

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES  Original -- Not Negotiable

# del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0096
Vista, CA 92085-0096

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NO. |
|---|
| 074803 |

| PURCHASE ORDER NO. |
|---|
|  |

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| neb 73303     az | m s logistic |

| LOADED AT |
|---|
|  |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1780 | | Vine Ripe 2Layer 6x6 Del Campo Supreme |
| 1780 | | |

the exception of the terms of the Toronto Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within rs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of is from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.
erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The f these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these dities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection, before judgment including reasonable attorney fees, court costs incurred on appeal.
E to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a nous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the of origin of the articles.

PERATURE RECORDER NO:                           MAINTAIN TEMPERATURE  @
                                                HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
PER:  Del Campo Supreme, Inc.                    I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE
      P.O. Box 6550, Nogales, AZ 85628           ABOVE DESCRIBED LOAD IN GOOD CONDITION
      (520) 281-4733 Fax (520) 281-4345
      www.delcampo.com.mx                       02/12/08        03:07 PM
Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor or         DRIVER'S SIGNATURE: Vidal Zepeda
shall sign the following statement
                                                                 DRIVER'S LIC #
of consignor                                                     DRIVER'S NAME
                                                                 Vidal Zepeda          —23—

, from the shipper named herein, the perishable property described above in good order and condition, except as noted at top, marked, consigned and destined as indicated above, pursuant to and

# del campo
## excellence you can taste!

# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales AZ 8562‬
(520) 281-4733 Fax (520) 281-434‬
www.delcampo.com.m

| | |
|---|---|
| Sammy's Produce<br>P.O. Box 0095<br>Vista, CA  92085-0095 |  **S H I P T O**  Sammy's Produce<br>P.O. Box 0095<br>Vista, CA  92085-0095 |

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074895 | 02/15/08 | Samm0A | | 02/14/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| JJ Transport | 4 GM 8554 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1144 | 44 | Vine Ripe 2Layer Del Campo Supreme | 5.2000 | 5,948.80 |
| 528 | 55 | Vine Ripe 2Layer Del Campo Supreme | 5.0000 | 2,640.00 |
| 1672 | | | | 8,588.80 |

perishable agricultural commodities listed in this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The
r of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these
modities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement less listed herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within
ues from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum
days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full
ice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-
turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between
0am and 12:00pm on the business day after shipment. The tomatoes shipped under this Bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between
United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, classifications or modifications thereof; and 3) certain later agreements between yourselves and our-
s regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or
action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable
ey fees, court costs incurred on appeal.

TCE to subsequent purchaser or repacker.  These articles are imported.  The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a
sion as piece as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the
ry of origin of the articles..

| | |
|---|---|
| **TOTAL** | |

**MOTOR CARRIER** Straight Bill of Lading **FOR EXEMPT COMMODITIES** Original -- Not Negotiable



**del campo**
*excellence you can taste!*

Del Campo Suprema, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NO. |
| --- |
| 074895 |

| PURCHASE ORDER NO. |
| --- |
| |

| VEHICLE LICENSE | MOTOR CARRIER |
| --- | --- |
| 4 GM 8554   CA | JJ Transport |

| LOADED AT |
| --- |
| |

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
| --- | --- | --- |
| 1,144 | | Vine Ripe 2Layer 4x4 Del Campo Suprema |
| 528 | | Vine Ripe 2Layer 5x5 Del Campo Suprema |
| 1672 | | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is fixed to us within ... from arrival. Claims will only be accepted if supported by a U.S.D.A. inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. inspections. A maximum of ... ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Suprema, Inc. will close the claim, liquidate the grower for the full ... ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Suprema, Inc. Prod... turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between ... law and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading are sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ... nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our... s regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The ... of these commodities retain a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these ... nodities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per ... n until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before ... ... judgment including reasonable attorney fees, court costs incurred on appeal.

ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a ... icuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the ... y of origin of the articles.

| PERATURE RECORDER NO: | MAINTAIN TEMPERATURE @    Low: 50    High: |
| --- | --- |
| PER: Del Campo Suprema, Inc.<br>P.O. Box 6550, Nogales, AZ 85628<br>(520) 281-4733 Fax (520) 281-4345<br>www.delcampo.com.mx | HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE<br>I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE<br>ABOVE DESCRIBED LOAD IN GOOD CONDITION. |

02/12/08     02:38 PM

to Section 7 of the commodities, I this shipper is to be delivered to the consignee without recourse on the consignor, the or shall sign the following statement.
rier shall not make delivery of the shipment without payment of freight and all other lawful charges.

DRIVER'S SIGNATURE: *Antonio Valencia*

DRIVER'S LIC. #: *D03453688 A2.*

DRIVER'S NAME: _____ Antonio

**—25—**

VED, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as is stated above, pursuant to an agreemen...

# EXHIBIT 2

AR5125 v2.05
06/25/08  11:21:03 AM

Del Campo Supreme, Inc.

# DETAIL AGING BY CUSTOMER

Page: 1

SELECTION:  Customer = SAMM0A; AgeBy = S; AgingDate = 06/25/08; AgingDays1 = 30; AgingDays2 = 45; AgingDays3 = 60; DaysOver = 0; All Invoices

CUSTOMER:  SAMM0A    Sammy's Produce

SALESREP: HS
CREDIT LIMIT: 25,000

ADDRESS: P.O. Box 0095, Vista, CA 92085-0095
RATING: (150)XXX 81
A/R TERMS: Net 21 Days

PHONE: 760-297-4332 A/P6
CONTACT: Sam & Guy

FAX: 760-631-4255

| INVOICE NO | CUST PO | SHIP DATE | INV/PAY DATE | AGE | INV/PAY/ADJ AMOUNT | INVOICE BALANCE | CURRENT | OVER 30 DAYS | OVER 45 DAYS | OVER 60 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|
| 073474 | | 01/15/08 | 01/18/08 FOB | 162 | 9,600.00 | 9,600.00 | | | | 9,600.00 |
| 073475 | | 01/15/08 | 01/17/08 FOB | 162 | 11,545.60 | 11,545.60 | | | | 11,545.60 |
| 073476 | | 01/15/08 | 01/17/08 FOB | 162 | 10,400.00 | 10,400.00 | | | | 10,400.00 |
| 073486 | 1-08-8-CR-23 | 01/15/08 | 01/16/08 FOB | 162 | 9,120.00 | 4,120.00 | | | | 4,120.00 |
| | | | 05/13/08  310 PAYMENT | P | 5,000.00 | | | | | |
| 074580 | | 01/29/08 | 01/31/08 FOB | 148 | 10,472.00 | 10,472.00 | | | | 10,472.00 |
| 074581 | | 02/05/08 | 02/06/08 FOB | 141 | 9,600.00 | 9,600.00 | | | | 9,600.00 |
| 074582 | | 02/05/08 | 02/08/08 FOB | 141 | 8,800.00 | 8,800.00 | | | | 8,800.00 |
| 074803 | | 02/12/08 | 02/13/08 FOB | 134 | 8,800.00 | 8,800.00 | | | | 8,800.00 |
| 074805 | 11106 | 02/14/08 | 02/15/08 FOB | 132 | 8,588.80 | 8,588.80 | | | | 8,588.80 |
| CUSTOMER TOTALS | | | | | 81,926.40 | 81,926.40 | | | | 81,926.40 |
| FINAL TOTALS | | | | | 81,926.40 | 81,926.40 | | | | 81,926.40 |