# EXHIBIT 1



# INVOICE

Del Campo Supreme, Inc
P.O. Box 5550 Nogales, AZ 8562
(520) 281-4733 Fax (520) 281-434
www.delcampo.com.m

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**SHIP TO**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073474 | 01/16/08 | SammOA | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| m.f.g. | t-01060 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1600 | XLG | Romas 25lbs Del Campo Supreme | 6.0000 | 9,600.00 |
| 1600 | | | | 9,600.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of those modities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within urs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum 5 days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Producturns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 9am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our s regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

ment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable rey fees court costs if based on appeal.

TICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a picuous place as legibly, indelibly and permanently as the nature of the article or container will permit in such a manner as to indicate to the ultimate purchaser in the United States, the English name of the try of origin of the articles.

-8-

**TOTAL** 9,600.00

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable

## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

SOLD TO:
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NO. |
|---|
| 072474 |

| PURCHASE ORDER NO. |
|---|
|  |

| VEHICLE LICENSE | MOTOR CARRIER | |
|---|---|---|
| 5-01080 | AZ | m.f.g. |

| LOADED AT |
|---|
|  |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1800 | | Romas 25Lbs XLarge Del Campo Supreme |
| 1800 | | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within 5 days from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of 5 days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 8 and 12:00pm on the business day after shipment. The tomatoes shipped under this Bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ours regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before or judgment including reasonable attorney fees, court costs incurred on appeal.

SALE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

TEMPERATURE RECORDER NO:

PER: Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

01/15/03  03:24 PM

MAINTAIN TEMPERATURE @   Low: 50  High:

HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

Section 7 of the conditions, If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

DRIVER'S SIGNATURE: _____
DRIVER'S LIC #: _____
DRIVER'S NAME: Jose F.

of Consignor: _____

—9—

RECEIVED, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreement by truck broker, named herein, if any, whereby the motor carrier shown above, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject to...



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4348
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095



Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073475 | 01/17/08 | Samm0A | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| m&o rapids | W 74850 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 616 | 45 | Vine Ripe 2layer Big Tom #2 | 6.9500 | 4,281.20 |
| 704 | 55 | Vine Ripe 2layer Big Tom #2 | 6.3500 | 4,470.40 |
| 440 | 56 | Vine Ripe 2layer Big Tom #2 | 6.3500 | 2,794.00 |
| 1760 | | | | 11,545.60 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within hrs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme. In Prod- turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ey fees, court costs incurred on appeal.
ICE to subsequent purchaser or repacker. These articles are imported. The requirement: 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a icuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States the English name of the p of origin of the articles.

TOTAL

MOTOR CARRIER Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable

# del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

SOLD TO:
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

SHIP TO:
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**INVOICE NO.** 678475

**PURCHASE ORDER NO.**

**VEHICLE LICENSE:** W 74850 TX
**MOTOR CARRIER:** m&a rapids

**LOADED AT**

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 616 | | Vine Ripe 2Layer 4x5 Big Tom #2 |
| 704 | | Vine Ripe 2Layer 5x6 Big Tom #2 |
| 440 | | Vine Ripe 2Layer 6x6 Big Tom #2 |
| 1760 | | |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, condition or price will be accepted unless a written notice of claims is faxed to us within rs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspection. A minimum of ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.
perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these odities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before er judgment including reasonable attorney fees, court costs incurred on appeal.
CE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a cuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the y of origin of the articles.

PERATURE RECORDER NO:
PER: Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

01/15/03   07:39 PM

MAINTAIN TEMPERATURE @ Low: 50 High:
HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION

DRIVER'S SIGNATURE: _____
DRIVER'S LIC. #
DRIVER'S NAME: Raul

-11-

D, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreement by truck broker, named herein, if any, whereby the motor carrier shown above, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only t



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

**Bill To:**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To:**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073476 | 01/17/08 | Samm0A | | 01/15/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| | n116670 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1600 | XLG | Romas 25lbs Del Campo Supreme | 6.5000 | 10,400.00 |
| 1600 | | | | 10,400.00 |

Perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

With the exception of the terms of the Tomato Suspension Agreement described herein, any claims related to quality, conditions or price will be accepted unless a written notice of claims is faxed to us within 8 hours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of 5 days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full invoice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Product returns are subject to the Company's return policy. No returns accepted without prior notification to inspection and written acceptance by Company's Quality Assurance. Product must be returned between 8am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection, before and after judgment including reasonable attorney fees, court costs incurred on appeal.

NOTICE to subsequent purchaser or repacker: These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the articles.

**TOTAL** $10,400.00

# MOTOR CARRIER Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable

## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

SOLD TO:
Sammy's Produce
P.O. Box 0095
Vista CA 92085-0095

SHIP TO:
Sammy's Produce
P.O. Box 0095
Vista CA 92085-0095

**INVOICE NO.** 073476

**PURCHASE ORDER NO.**

**VEHICLE LICENSE:** n118570
**MOTOR CARRIER:** az

**LOADED AT**

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1600 | | Romas 25Lbs XLarge Del Campo Supreme |
| 1600 | | |

MAINTAIN TEMPERATURE @ Low: 60 High:

HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
01/15/08   12:37 AM

PERATURE RECORDER NO:
PER: Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

DRIVER'S SIGNATURE:
DRIVER'S LIC #
DRIVER'S NAME

-13-



# INVOICE

Del Campo Supreme, Inc
P.O Box 6550 Nogales, AZ 85621
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

SHIP TO

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 073486 | 01/16/09 | Samm0A | | 01/15/09 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| ho's trucking | 4jp2335 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1520 | XXL | Romas 25lbs Del Campo Supreme | 6.0000 | 9,120.00 |
| 1520 | | | | 9,120.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. 499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these offices until full payment is received."

he exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within its from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between m and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

nt of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or tion is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection, before and after judgment including reasonable y fees, court costs incurred on appeal.

CE to a subsequent purchaser or reseller. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a uous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the of origin of the articles.

-14-

TOTAL AMOUNT $9,120.00

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES **Original -- Not Negotiable**

del campo
*excellence you can taste!*

**Del Campo Supremo, Inc.**
P.O. Box 5550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

| INVOICE NO. |
|---|
| 073486 |

S O L D T O

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista CA 92085-0095

| PURCHASE ORDER NO. | |
|---|---|
| | |

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| 4jp2335 | CA hd's trucking |

| LOADED AT |
|---|
| |

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1520 | | Romas 25Lbs XXLarge Del Campo Supreme |
| 1520 | | |
| | | Came overweight |

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within ... ms from arrival. **Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of ... ys from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supremo, Inc. will close the claim, liquidate the grower for the full ... e amount and hold the receiver responsible for payment of the invoice in full.** Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supremo, Inc. Prod... turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between ... am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ... ited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our... regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.

...erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The ... of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these ...odities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per ... until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before ... or judgment including reasonable attorney fees, court costs incurred on appeal.

...CE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a ...uous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the ... of origin of the articles.

...PERATURE RECORDER NO:

MAINTAIN TEMPERATURE @ Low: 50 High:

...PER: Del Campo Supremo, Inc.
P.O. Box 5560, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE

01/15/09. 04:38 PM

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the ... shall sign the following statement:
...er shall not make delivery of this shipment without payment of freight and all other lawful charges.

...of Consignor ______

DRIVER'S SIGNATURE: ______

DRIVER'S LIC. #: ______

DRIVER'S NAME: ______

...D, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreement ...



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales, AZ 85621
(520) 281-4733 Fax (520) 281-4349
www.delcampo.com.m

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

SHIP TO

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074580 | 01/31/08 | Samm0A | | 01/29/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| cat logistics | a68497g | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1760 | 55 | Vine Ripe 2Layer Del Campo Supreme | 5.9500 | 10,472.00 |
| 1760 | | | | 10,472.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within urs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod- turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 1am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our s regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ey fees court costs incurred on appeal.
ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a icuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the ry of origin of the articles.

TOTAL AMOUNT $10,472.00

# MOTOR CARRIER Straight Bill of Lading FOR EXEMPT COMMODITIES Original – Not Negotiable

## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NO. |
|---|
| 074580 |

| PURCHASE ORDER NO. |
|---|
| |

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| a824975 | CA  cst logistics |

| LOADED AT |
|---|
| |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| | 1780 | Vine-Ripe 2Layer 5x5 Del Campo Supreme |
| | 1780 | |

MAINTAIN TEMPERATURE @   Low:   60   High:
HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

01/22/08   12:23 AM

DRIVER'S SIGNATURE:
DRIVER'S LIC. # N6849746
DRIVER'S NAME:

-17-



# INVOICE

Del Campo Supreme, Inc
P.O Box 6550 Nogales AZ 85621
(520) 281-4733 Fax (520) 281-434?
www.delcampo.com.mx

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**SHIP TO**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074681 | 02/06/08 | Samm0A | | 02/05/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| Go-Fish trucking | 1e14747 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1600 | XXL | Romas 25lbs Del Campo Supreme | 6.0000 | 9,600.00 |
| 1600 | | | | 9,600.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The ? of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these ?odities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, condition or price will be accepted unless a written notice of claims is faxed to us within ?urs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ?e amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod-?turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between ?am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between ?nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our-? regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

?ent of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum, until paid. In the event a legal or ?action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ?ey fees, court costs incurred on appeal.

ICE to subsequent purchasers or repackers. These articles are imported. The requirement 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a ?ous place as legibly, indelibly and permanently as the nature of the article or container will permit in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the ?ry of origin of the articles.

**TOTAL AMOUNT** $9,600.00

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES **Original -- Not Negotiable**

**del campo**
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 5550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

**INVOICE NO.** 074881

**PURCHASE ORDER NO.**

SOLD TO:
Sammy's Produce
P.O. Box 0095
Vista CA 92085-0095

SHIP TO:
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| la14747 | ga Go-Fish trucking |

**LOADED AT**

| O. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1600 | | Romas 25Lbs XXLarge Del Campo Supreme |
| ================ | | |
| 1600 | | |

h the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within ours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of ays from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod- turns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between nited States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our- s regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.
perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these odities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per e until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before her judgment including reasonable attorney fees, court costs incurred on appeal.
ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a ious place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the y of origin of the articles.

PERATURE RECORDER NO: MAINTAIN TEMPERATURE @ Low: 50 High:

PER: Del Campo Supreme, Inc.
P.O. Box 5553, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE 02/05/08 11:34 AM

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

o Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the r shall sign the following statement:
fer shall not make delivery of this shipment without payment of freight and all other lawful charges.

s of Consignor: ____________

DRIVER'S SIGNATURE: ____________

DRIVER'S LIC. # ____________

DRIVER'S NAME: ____________

ED from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreemen



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales, AZ 8562(
(520) 281-4733 Fax (520) 281-434(
www.delcampo.com.m;

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**SHIP TO**

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074582 | 02/06/08 | Samm0A | | 02/05/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| Galvez & Herrera | 4je7494 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1760 | 55 | Vine Ripe 2Layer Del Campo Supreme | 5.0000 | 8,800.00 |
| 1760 | | | | 8,800.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The : of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these nodities until full payment is received."

the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within ars from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ce amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Prod- aucts are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between niled States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and our- ; regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

ient of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable ey fees, court costs incurred on appeal.

ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their container must be marked in a icuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the y of origin of the articles.

—20—

**TOTAL**

MOTOR CARRIER Straight Bill of Lading FOR EXEMPT COMMODITIES Original – Not Negotiable



Del Campo Supreme, Inc.
P.O. Box 6550 Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

SOLD TO:
Sammy's Produce
P.O. Box 0085
Vista, CA 92085-0085

SHIP TO:
Sammy's Produce
P.O. Box 0085
Vista, CA 92085-0085

| INVOICE NO. | |
|---|---|
| 074892 | |
| PURCHASE ORDER NO. | |
|  | |
| VEHICLE LICENSE | MOTOR CARRIER |
| 4je7424 | Galvez & Herrera |
| LOADED AT | |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
|  | 1785 | Vine Ripe 2Layer 5x5 Del Campo Supreme |
|  | 1785 | |

[fine print paragraphs regarding Tomato Suspension Agreement, USDA inspection claims, PACA trust, payment terms, country of origin marking requirements]

TEMPERATURE RECORDER NO:

SHIPPER: Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

MAINTAIN TEMPERATURE @  Low: 50  High:

HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

02/05/08    11:09 AM

DRIVER'S SIGNATURE: _____
DRIVER'S LIC. # _____
DRIVER'S NAME: _____



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales, AZ 8562(
(520) 281-4733 Fax (520) 281-434(
www.delcampo.com.m(

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095



Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074803 | 02/13/08 | Samm0A | | 02/12/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| m.s. logistic | neb 73303 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1760 | 55 | Vine Ripe 2layer Del Campo Supreme | 5.0000 | 8,800.00 |
| 1760 | | | | 8,800.00 |

perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930 (7U.S.C.499e(c)). The r of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these modities until full payment is received."
the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within turs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Products are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 8am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ours regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
ment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection, before and after judgment including sensible ney fees court costs incurred on appeal.
ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a vious a place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to ultimate purchaser in the United States the English name of the ry of origin of the article.

**TOTAL** $8,800.00

H-S

# MOTOR CARRIER Straight Bill of Lading FOR EXEMPT COMMODITIES Original -- Not Negotiable

## del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

**INVOICE NO.** 074903

S
O
L
D
T
O

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**PURCHASE ORDER NO.**

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

| VEHICLE LICENSE | MOTOR CARRIER |
|---|---|
| neb 73303 | az m s. logistic |

**LOADED AT**

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1720 | | Vine Ripe 2Layer 6x6 Del Campo Supreme |
| 1720 | | |

TEMPERATURE RECORDER NO:
PER: Del Campo Supremo, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

MAINTAIN TEMPERATURE @
HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
22/12/08  03:07 PM

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

DRIVER'S SIGNATURE: Vidal Zepeda
DRIVER'S LIC #
DRIVER'S NAME: Vidal Zepeda

—23—



# INVOICE

Del Campo Supreme, Inc
P.O. Box 6550 Nogales AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

| | |
|---|---|
| Sammy's Produce<br>P.O. Box 0095<br>Vista, CA 92085-0095 |  Sammy's Produce<br>P.O. Box 0095<br>Vista, CA 92085-0095 |

| INVOICE NUMBER | INVOICE DATE | CUSTOMER | BUYER'S CONFIRMATION NUMBER | SHIPPING DATE | BROKER | TERMS |
|---|---|---|---|---|---|---|
| 074805 | 02/15/08 | Samm0A | | 02/14/08 | | Net 21 Days / FOB |

| CARRIER | ROUTING / LICENSE NUMBER | ORIGIN |
|---|---|---|
| JJ Transport | 4 GM 8554 | Nogales, AZ |

| QUANTITY | SIZE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1144 | 44 | Vine Ripe 2Layer Del Campo Supreme | 5.2000 | 5,948.80 |
| 528 | 55 | Vine Ripe 2Layer Del Campo Supreme | 5.0000 | 2,640.00 |
| 1672 | | | | 8,588.80 |

Perishable agricultural commodities listed on this invoice are sold pursuant to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

With the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, condition or price will be accepted unless a written notice of claims is faxed to us within 8 hours from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of 2 days from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full invoice amount and hold the receiver responsible for payment of the invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Product returns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between 8am and 12:00pm on the business day after shipment. The tomatoes shipped under this Bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ours regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before and after judgment including reasonable attorney fees, court costs incurred on appeal.

NOTICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

| | TOTAL | $8,748.80 |
|---|---|---|

15

**MOTOR CARRIER** Straight Bill of Lading FOR EXEMPT COMMODITIES **Original -- Not Negotiable**

del campo
*excellence you can taste!*

Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

Sammys Produce
P.O. Box 6095
Vista, CA 92085-6095

Sammy's Produce
P.O. Box 6095
Vista, CA 92085-6095

| INVOICE NO. |
|---|
| 074606 |

| PURCHASE ORDER NO. | | |
|---|---|---|
| | | |
| **VEHICLE LICENSE** | **MOTOR CARRIER** | |
| 4 GM 8554 | CA | JJ Transport |
| **LOADED AT** | | |
| | | |

| NO. OF PKGS. | SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS |
|---|---|---|
| 1144 | | Vine Ripe 2Layer 4x4 Del Campo Supreme |
| 528 | | Vine Ripe 2Layer 5x5 Del Campo Supreme |
| 1672 | | |

With the exception of the terms of the Tomato Suspension Agreement described herein, no claims related to quantity, conditions or price will be accepted unless a written notice of claims is faxed to us within ...urs from arrival. Claims will only be accepted if supported by a U.S.D.A. Inspection taken within 24 hours from arrival and only for the total packages on U.S.D.A. Inspections. A maximum of ...ays from date of shipment will be allowed for a claim to be settled. If no settlement is reached within this time Del Campo Supreme, Inc. will close the claim, liquidate the grower for the full ...ce amount and hold the receiver responsible for payment of the Invoice in full. Any adjustment must be authorized and accompanied by a written credit memo from Del Campo Supreme, Inc. Product returns are subject to the Company's return policy. No returns accepted without prior notification to salesperson and written acceptance by Company's Quality Assurance. Product must be returned between ...am and 12:00pm on the business day after shipment. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth. Copies of said agreements will be sent to you upon request.

...perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499e(c)). The ... of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these ...odities until full payment is received." Payment of all amounts due shall be made within 21 days from ship date. After payment is due, interest will accrue on unpaid balances at the rate of 18% per ...n until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and expenses of collection before ...ter judgment including reasonable attorney fees, court costs incurred on appeal.

...ICE to subsequent purchaser or repacker. These articles are imported. The requirements 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a ...icuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States, the English name of the ...y of origin of the articles..

...PERATURE RECORDER NO:

MAINTAIN TEMPERATURE @ Low: 50 High:

...PPER: Del Campo Supreme, Inc.
P.O. Box 6550, Nogales, AZ 85628
(520) 281-4733 Fax (520) 281-4345
www.delcampo.com.mx

HOUR & DATE OF DEPARTURE FROM SHIPPER'S WAREHOUSE
02/14/08 02:38 PM

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGED RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION.

...to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the ...or shall sign the following statement:
...rier shall not make delivery of this shipment without payment of freight and all other lawful charges.

...e of Consignor: ____________________

DRIVER'S SIGNATURE: Antonio Valenzuela

DRIVER'S LIC. #: D03453688 AZ.

DRIVER'S NAME: Antonio

...ED, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and destined as indicated above, pursuant to an agreeme...