PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:      (949) 752-0953
E-Mail:  Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE, et al.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; P.D.G. PRODUCE, INC., an Arizona corporation; EXPO FRESH, LLC, a California limited liability company; H.M. DISTRIBUTORS, INC., an Arizona corporation; PRIME TIME SALES, LLC, a California limited liability company; VANAL DISTRIBUTING, INC., an Arizona corporation, DEL CAMPO SUPREME, INC., an Arizona corporation; MEYER, LLC, a California limited liability company,<br><br>                    Plaintiffs<br>         vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; CALIFORNIA PRODUCE EXCHANGE, INC., a California corporation; US FARMS, INC., a California corporation; WORLD GARLIC & SPICE INC., a California corporation; AMERICAN NURSERY EXCHANGE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual;  DARIN PINES, an individual,<br><br>                    Defendants. | CASE NO.  08-cv-914 JLS (JMA)<br><br>**DECLARATION OF HECTOR SANCHEZ IN SUPPORT OF PLAINTIFFS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION** |

1

I, HECTOR SANCHEZ, declare and depose as follows:

1. I currently am and during all times mentioned in this declaration have been employed as a Salesman for Moving Party herein, DEL CAMPO SUPREME, INC. ("DEL CAMPO").

2. DEL CAMPO is a corporation based in Nogales, Arizona which sells wholesale quantities of perishable agricultural commodities ("produce"), including tomatoes, and which is licensed as a dealer under the Perishable Agricultural Commodities Act of 1930, as amended, [7 U.S.C. §499a, *et seq.*] ("PACA").

3. I am personally familiar with all matters which are the subject of this declaration and the facts stated herein are based upon my own personal knowledge, except as to those matters based upon information and belief, and as to those matters, I believe them to be true. If called as a witness in this proceeding, I would and could competently testify to the matters stated herein.

4. DEL CAMPO is a produce creditor of Defendant, Sammy's Produce, Inc. ("SAMMY'S"). SAMMY'S is a produce dealer as defined under 7 U.S.C. §499a, and operates subject to and is licensed under the PACA. SAMMY'S operates as wholesale buyer and seller of perishable agricultural commodities, and in that capacity has purchased perishable agricultural commodities from Plaintiff for resale to SAMMY'S own customers.

5. I make this declaration in support of Plaintiffs' Motion to Expand the Preliminary Injunction, to prevent Defendants' further dissipation of PACA trust assets and to compel turnover of all such trust assets rightfully belonging to Plaintiffs.

6. In or about March of 2008 I began placing phone calls to SAMMY'S to collect the sums due to DEL CAMPO. Initially, I spoke with Sam NUCCI, who would repeatedly assure me that SAMMY'S would pay DEL CAMPO and that DEL CAMPO would start receiving checks from SAMMY'S. In mid March, however, Mr. NUCCI informed me that I would need to talk to YAN SKWARA in order to obtain payment of the sums due to DEL CAMPO.

7. In or about late March of 2008, I began speaking with Yan SKWARA on a weekly basis regarding the money SAMMY'S owes to DEL CAMPO. Each time I spoke with Mr. SKWARA, he assured me that he was working on getting the money and that he would make sure that DEL CAMPO was paid. Mr. SKWARA explained to me that SAMMY'S was having trouble collecting money from its own customers, but that DEL CAMPO would be paid as soon as SAMMY'S was paid. At no time did Mr. SKWARA dispute the amounts SAMMY'S owes to DEL CAMPO.

8. Despite frequent attempts at reaching Mr. SKWARA over the past two months Mr. SKWARA has stopped answering my phone calls and none of my messages have been returned.

I declare under penalty of perjury under the laws of the States of Arizona and the United States of America that the foregoing is true and correct.

Executed this ____ day of June 2008 in Nogales, Arizona.

_____
HECTOR SANCHEZ

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953