PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:     (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE, et al.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; P.D.G. PRODUCE, INC., an Arizona corporation; EXPO FRESH, LLC, a California limited liability company; H.M. DISTRIBUTORS, INC., an Arizona corporation; PRIME TIME SALES, LLC, a California limited liability company; VANAL DISTRIBUTING, INC., an Arizona corporation, DEL CAMPO SUPREME, INC., an Arizona corporation; MEYER, LLC, a California limited liability company, <br><br> Plaintiffs <br><br> vs. <br><br> SAMMY'S PRODUCE, INC., a California corporation; CALIFORNIA PRODUCE EXCHANGE, INC., a California corporation; US FARMS, INC., a California corporation; WORLD GARLIC & SPICE INC., a California corporation; AMERICAN NURSERY EXCHANGE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual;  DARIN PINES, an individual, <br><br> Defendants. | CASE NO.  08-cv-914 JLS (JMA) <br><br> **DECLARATION OF ROBERT SCHACHTEL IN SUPPORT OF PLAINTIFFS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION; EXHIBITS IN SUPPORT THEREOF** |

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

I, ROBERT SCHACHTEL, declare and attest as follows:

1.      I currently am and during all times mentioned in this declaration have been the Sales Manager of Plaintiff, EXPO FRESH, LLC. ("EXPO FRESH").

2.      EXPO FRESH is an limited liability company based in San Diego, California operating as a grower and shipper of wholesale quantities of perishable agricultural commodities ("produce"), and is so licensed (PACA License # 20070026) under the Perishable Agricultural Commodities Act of 1930, as amended, [7 U.S.C. §499a, *et seq.*] ("PACA").

3.      I am personally familiar with all matters which are the subject of this declaration and the facts set forth herein are based upon my own personal knowledge.  As to those matters set forth herein based upon information and belief, I believe them to be true. If called as a witness in this proceeding, I would and could competently testify to the matters stated herein.

4.      EXPO FRESH is a creditor of Defendant, Sammy's Produce, Inc. ("SAMMY'S"). SAMMY'S is a produce dealer as defined under 7 U.S.C. §499a, and operates subject to and is licensed (PACA License # 20071275) under the PACA.  The USDA PACA License records list Mr. Yan SKWARA and CALIFORNIA PRODUCE EXCHANGE, INC. as principals of SAMMY'S. SAMMY'S operates as wholesale buyer and seller of perishable agricultural commodities, and in that capacity has purchased perishable agricultural commodities from EXPO FRESH for resale to its own customers.

5.      Defendants Yan Skwara ("SKWARA"), Samuel V. Nucci ("NUCCI"), and Darin Pines ("PINES") are listed as SAMMY'S President, Vice President of Sales and Vice President of Operations, respectively, with the Blue Book (a credit service for the produce industry). Based upon this listing and upon my telephone conversations with representatives of SAMMY'S, I believe that the named individual Defendants (SKWARA, NUCCI and PINES) are and were responsible for the day-to-day operations of SAMMY'S during all material times herein, and were in a position to control the PACA Trust assets in SAMMY'S possession which belong to EXPO FRESH.

6.     I make this declaration in support of Plaintiffs' Motion to Expand the Preliminary Injunction, to prevent Defendants' from further dissipating PACA trust assets and to compel turnover of all such trust assets rightfully belonging to Plaintiffs.

7.     As Sales Manager of EXPO FRESH, my responsibilities include supervising collection of its accounts receivable for such sales. I have custody and control of EXPO FRESH's sales and accounts receivable records as they relate to Defendant SAMMY'S and I am thoroughly familiar with the manner in which those records are compiled.

8.     The sales and accounts receivable records of EXPO FRESH, including invoices, billing statements and other related documents, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These sales records are made either by me or under my direction and supervision by EXPO FRESH's employees whose duty it is to make such documents.

9.     The produce that is the subject of this dispute was sold and shipped in or in contemplation of interstate or foreign commerce.

10.     The amount due to EXPO FRESH from Defendants result from multiple sales transactions involving tomatoes shipped between November 1, 2007 and November 28, 2007. Between on or about those dates, EXPO FRESH sold and delivered to Defendants multiple truck lots of tomatoes of various varieties and quantities all of which Defendant SAMMY'S accepted without objection. The agreed-upon prices for each of these transactions are reflected on EXPO FRESH's invoices, of which the cumulative total principal amount owed by SAMMY'S to EXPO FRESH is $254,441.95, which amount is seriously past due.

11.     An invoice for each shipment was prepared and mailed to Defendant SAMMY'S by EXPO FRESH on or about the day of each transaction. True and correct copies of Plaintiff EXPO FRESH's invoices confirming these sales are appended hereto and incorporated herein by reference as **Exhibit 1**. In addition, a true and correct copy of Plaintiff EXPO FRESH's aged statement of account summarizing the outstanding invoices and applying partial payments received to date, (hereafter "Aging Report") is appended hereto and incorporated herein by this reference as **Exhibit 2**.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

12.    Although Defendant SAMMY'S received and accepted the produce shipments *without objection*, Defendant SAMMY'S has failed to pay EXPO FRESH the amounts invoiced in connection with these produce transactions.

13.    As the Sales Manager of Plaintiff EXPO FRESH, I review and approve any price adjustments, credits or discounts issued by EXPO FRESH in connection with the sales that are the subject of this dispute.  As of the date of this Declaration, I have not agreed to modify any prices from the prices reflected on Exhibit 2.  Indeed, in my numerous conversations with Defendants Sam NUCCI, Daren PINES and Yan SKWARA, in which I was attempting to get them to pay me, never once did either of them object to the amounts invoiced by EXPO FRESH or the cumulative amount for which I was seeking payment.  Moreover, there have been no payments received since we generated the attached Aging Report attached as Exhibit 2, and therefore all invoice balances listed thereon, as well as the cumulative principal balance due is correct.

14. As the Sales Manager of Plaintiff EXPO FRESH, it is my responsibility to make certain that EXPO FRESH complies with all requirements necessary to preserve its trust rights under PACA for all unpaid shipments of produce, including the shipments that are the subject of this dispute.  Plaintiff is now, and during all times herein has been a PACA licensee, operating under PACA license no. 20070026.  In compliance with all statutory filing requirements, I made certain that each invoice for EXPO FRESH set forth on its face the following statutory language which is required under PACA to preserve our PACA trust benefits:

> "*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.*"

*See,* Exhibit 1 confirming that the above-quoted language appears on the face of each invoice sent to Defendants concerning the transactions that are the subject of this dispute.  I am therefore confident that EXPO FRESH has taken all steps necessary to preserve its PACA trust rights in connection with the amounts due under the invoices appended hereto under Exhibit 1.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

15.     As of the date of this declaration, the entire outstanding principal of $254,441.95 due EXPO FRESH from Defendants remains seriously delinquent. Despite my repeated efforts to secure the payment from SAMMY'S to which EXPO FRESH is entitled, Defendants have refused to remit payments when promised, and have repeatedly acknowledged that SAMMY'S lacks sufficient funds to pay EXPO FRESH the amounts it is owed and are hard at work trying to locate other sources of capital with which to pay produce creditors like EXPO FRESH.  In light of SAMMY'S admitted lack of sufficient funds to pay the amount it owes EXPO FRESH, I believe that there is a great risk that EXPO FRESH may never recover the balance due to it unless this Court intervenes to restrain Defendants from further dissipation of PACA trust assets.

16.     In or about July of 2007, EXPO FRESH began selling perishable agricultural commodities to SAMMY'S.  In September of 2007, SAMMY'S started to have trouble paying on time.  When I asked Sam NUCCI if SAMMY'S was having problems, he told me that SAMMY'S had two accounts which were very slow paying them, but that SAMMY'S would be catching up and staying current with EXPO FRESH.

17.     We continued to ship to SAMMY'S until the end of November 2007, at which time the payments became extremely slow.  I was constantly calling Mr. NUCCI, as there were many outstanding invoices from September and October, in addition to the outstanding invoices for November.  When I would speak with Mr. NUCCI, he would call Mr. PINES to find out the amount of the next payment and then MR. NUCCI would call me back with that information, which never turned out to be the correct amount.

18.     In the middle of December, I began to speak with Mr. PINES twice a week about the money SAMMY'S owed to EXPO FRESH.  Mr. PINES gave me several excuses as to why the payments were slow, but always assured me that EXPO FRESH would receive payment.

19.     In February 2008, Mr. PINES informed me that they were going to "sell their garlic deal in Los Angeles" and that it would bring in more money for their accounts payables, and that EXPO FRESH would be paid up because EXPO FRESH was the oldest on their list.

20.     During April and May we received two checks which were returned for insufficient funds: check number 11095 dated April 13, 2008 in the amount of $4,809.00, and

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1  check number 11104 dated  May 2, 2008 in the amount of $3,000.00.  These checks were later

2  covered by sending cashier's checks.

3       21.     On or about April 1, 2008, Mr. PINES informed me that I should speak with Yan

4  SKWARA regarding the outstanding balance due to EXPO FRESH from SAMMY'S.  I called

5  Mr. SKWARA at that time, and Mr SKWARA informed me that EXPO FRESH would be paid

6  because he was working hard to obtain more investment money  for U.S. FARMS, INC.  Mr.

7  SKWARA told me that he was going to New York to speak with investment bankers and going

8  to the "Money Show" in Las Vegas to speak with investors.  Mr. SKWARA also informed me

9  that he had a nursery stock of palm trees and other plants with an approximate value of

10 $200,000.00 to $300,000.00 which they were trying to sell.  During all my subsequent

11 conversations with Mr. SKWARA, he has continued to assure me that he is still working on

12 obtaining money to pay EXPO FRESH.

13      22.     At no time have any of the Defendants, or anyone acting on behalf of Defendants,

14 ever denied owing Plaintiff EXPO FRESH money for the produce it received, nor have they

15 disputed that the cumulative sum of  $254,441.95 remains past due to EXPO FRESH.

16      23.     Because Defendants have (a) admitted that they cannot promptly and fully pay

17 their PACA trust obligation to EXPO FRESH; (b) repeatedly failed to remit payments as

18 promised; and (c) advised me that they are attempting to secure new sources of financing to

19 enable them to pay the balance owed to EXPO FRESH, I am convinced that Defendants have

20 dissipated the PACA trust assets under their control, in violation of PACA.  Unless we are able

21 to obtain an immediate injunction against Defendants from this Court, I fear that the remaining

22 PACA trust assets now in the hands of Defendants will continue to be dissipated until there is

23 nothing left to satisfy the balances due to Plaintiff EXPO FRESH.

24      24.     EXPO FRESH relies upon its customers' prompt payment for produce sales so

25 that it can effectively and adequately manage its current payables to its own vendors, monitor its

26 cash flow, and make informed business decisions.  The failure of Defendants to pay the amounts

27 due EXPO FRESH in a timely fashion has jeopardized and will continue to jeopardize the ability

28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1 of EXPO FRESH to properly operate its business, to make informed business decisions, to make

2 necessary purchases and acquisitions, and to pay its own suppliers.

3     25.    For all of the forgoing reasons, EXPO FRESH has been and will continue to be

4 irreparably harmed if the Defendants are allowed to continue to divert PACA assets, which are

5 supposed to be held in trust for unpaid produce suppliers like EXPO FRESH, to other uses. The

6 PACA trust assets held by Defendants rightfully belong to Plaintiffs, and such assets, including

7 inventory and accounts receivable, must be preserved for the benefit of PACA trust creditors

8 until full payment has been made. Defendants are not only breaching the Trust by failing to

9 maintain a sufficient asset pool freely available to timely and fully pay its PACA creditors, they

10 also appear to be dissipating and diverting these assets in total disregard of their obligations

11 under the PACA. Accordingly, unless this Court expands the Preliminary Injunction, I do not

12 believe that EXPO FRESH will realistically be able to recover the amounts owed to it from

13 SAMMY'S once a judgment is obtained against the Defendants, because the assets will have

14 been completely dissipated by then. For these reasons, I respectfully and urgently request this

15 Court to issue the requested relief.

16     I declare under penalty of perjury under the laws of the States of California and the

17 United States of America that the foregoing is true and correct.

18     Executed this 23rd day of June 2008 in San Diego, California.

20

21 ROBERT SCHACHTEL

7

# EXHIBIT 1

# INVOICE

# EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | | |
|---|---|---|
| Invoice No.: | 52550 |
| Invoice Date: | 11/26/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/01/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13257

Sold To: SAMMYS PRODUCE          Ship To:
         P. O. BOX 0095
         VISTA CA  92085

Inspection:                    BA 52550
Routing: CORREA
License No.: 4HX8110                    CA

Our Order No.: 52550          Salesman: BOB S.
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XX | 1600 | 10.85 | CNT | 17360.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1600 | Please Pay | 17360.00 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8776 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661-6776

| Invoice No.: | 52563 |
| Invoice Date: | 11/26/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/02/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13262

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

| Our Order No.: 52563 | Salesman: BOB S. | Inspection: | B/L 52563 |
| Broker: | | Routing: GS | |
| | | License No.: 1VY7346 | CA |

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XX | 240 | 3.00 | CNT | 720.00 |
| ROMA TOMATO | EXPOFRESH | XXX | 1200 | 5.85 | CNT | 7020.00 |
| ROMA TOMATO | EXPOFRESH | XX | 160 | 5.85 | CNT | 936.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1600
Total Quantity

Please Pay

8676.00
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP       PO#: 13265

| Invoice No.: | 52587 |
|---|---|
| Invoice Date: | 11/26/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/04/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52587       Salesman: BOB S.
Broker:

Inspection:                     B/L 52587
Routing: G. S. TRUCKING
License No.: 1VY7346                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH  X | 400 | 10.85 | CNT | 4340.00 |
| ROMA TOMATO | EXPOFRESH  XX | 640 | 10.85 | CNT | 6944.00 |
| ROMA TOMATO | EXPOFRESH  XXX | 560 | 8.85 | CNT | 4956.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1600
Total Quantity

Please Pay

16240.00
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52607 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/05/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13267

Sold To: SAMMYS PRODUCE          Ship To:
P. O. BOX 0095
VISTA CA  92085

Inspection:                          B/L 52607
Our Order No.: 52607          Salesman: BOB S.          Routing: SAMLIS
Broker:                                     License No.: 4GJ8002          CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA  TOMATO | EXPOFRESH  X | 480 | 14.85 | CNT | 7128.00 |
| ROMA  TOMATO | EXPOFRESH  XX | 560 | 14.85 | CNT | 8316.00 |
| ROMA  TOMATO | EXPOFRESH  XXX | 520 | 12.85 | CNT | 6682.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1560                    Please Pay                    22126.00
Total Quantity                                        Total Amount
                                                      -12-

## INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661-6776

| Invoice No.: | |
|---|---|
| Invoice Date: | 52616 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/05/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13268

Sold To: SAMMYS PRODUCE          Ship To:
P. O. BOX 0095
VISTA CA  92085

Our Order No.: 52616          Salesman: BOB S.          Inspection:          B/L 52616
Broker:                                                Routing: GL
                                                      License No.: 4HT7243          CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XXXX | 1200 | 8.85 | CNT | 10620.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

- The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
- A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1200
Total Quantity

Please Pay

10620.00
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP          PO#: 13269

| | | |
|---|---|---|
| Invoice No.: | 52625 | |
| Invoice Date: | 12/03/2007 | |
| Payment Terms: | Net-21 | |
| Shipping Date: | 11/05/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Sold To: SAMMYS PRODUCE          Ship To:
P. O. BOX 0095
VISTA CA  92085

Inspection:                                      B/L 52625
Routing: SAN DIEGO POINT
Our Order No.: 52625          Salesman: BOB S.          License No.: BT                    CA
Broker:

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 224 | 8.85 | CNT | 1982.40 |
| ROMA TOMATO | EXPOFRESH  XXX | 80 | 12.85 | CNT | 1028.00 |

**"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"**
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

304
Total Quantity

Please Pay

3010.40
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661-6776

Buyer ID: SAMP          PO#: 13277

| | |
|---|---|
| Invoice No.: | 52633 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/06/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

| | |
|---|---|
| Inspection: | |
| Routing: | RK |
| License No.: | 4AV9232 | CA |
| B/L | 52633 |

Our Order No.: 52633          Salesman: BOB S.
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | X | 85 | 10.85 | CTN | 922.25 |
| ROMA TOMATO | JANINA | XX | 432 | 8.85 | CTN | 3823.20 |
| ROMA TOMATO | JANINA | XXX | 402 | 6.85 | CTN | 2753.70 |
| ROMA TOMATO | JANINA | XXXX | 216 | 4.85 | CTN | 1047.60 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1135
Total Quantity

Please Pay

8546.75
Total Amount

# INVOICE



## EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52670 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/07/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13282

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52670          Salesman: BOB S.          Inspection:          B/L 52670
Broker:          Routing: GS          License No.: 1VY7346          CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | X | 216 | 10.85 | CTN | 2343.60 |
| ROMA TOMATO | JANINA | XX | 504 | 10.85 | CTN | 5468.40 |
| ROMA TOMATO | JANINA | XXX | 504 | 6.85 | CTN | 3452.40 |
| ROMA TOMATO | JANINA | XXXX | 288 | 5.85 | CTN | 1684.80 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. --A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | | |
|---|---|---|
| 1512 | Please Pay | 12949.20 |
| Total Quantity | | Total Amount |

**INVOICE**



# EXPO FRESH

EXPO FRESH, LLC.
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661-8776

Buyer ID: SAMP          PO#: 13281

| Invoice No.: | 52675 |
|---|---|
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/07/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Inspection:                          B/L 52675
Routing: SAMMYS
License No.: BT                           CA

Our Order No.: 52675          Salesman: BOB S.
Broker:

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 8.85 | CNT | 991.20 |
| ROMA TOMATO | EXPOFRESH X | 400 | 14.85 | CNT | 5940.00 |
| ROMA TOMATO | EXPOFRESH XX | 400 | 14.85 | CNT | 5940.00 |

**"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"**
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

912
Total Quantity

Please Pay

12871.20
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| Invoice No.: | 52692 |
|---|---|
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/00/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13288

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52692          Salesman: BOB S.
Broker:

Inspection:                    B/L 52692
Routing: CORREA
License No.: 4HX8110                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH X | 322 | 18.85 | CNT | 6069.70 |
| ROMA TOMATO | EXPOFRESH XX | 411 | 18.85 | CNT | 7747.35 |
| ROMA TOMATO | EXPOFRESH XXX | 457 | 16.85 | CNT | 7700.45 |
| ROMA TOMATO | EXPOFRESH XXXX | 410 | 12.85 | CNT | 5268.50 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1600
Total Quantity

Please Pay

26786.00
Total Amount

-18-

# INVOICE



**EXPO FRESH**

EXPO FRESH, LLC.
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52705 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP        PO#: 13292

Sold To: SAMMYS PRODUCE          Ship To:
P.O. BOX 0095
VISTA CA  92085

Our Order No.: 52705        Salesman: BOB S.        Inspection:            B/L 52705
Broker:                                              Routing: GS
                                                     License No.: 1UY7346            CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XX | 1525 | 10.85 | CTN | 16546.25 |
| ROMA TOMATO | JANINA | XXX | 21 | 8.85 | CTN | 185.85 |
| ROMA TOMATO | JANINA | XXXX | 46 | 6.85 | CTN | 315.10 |

"ALL SALES NO GRADE CONTRACT. ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1592                    Please Pay              17047.20
Total Quantity                                 Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP        PO#: **13290**

| Invoice No.: | 52719 |
|---|---|
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
  P.O. BOX 0095
  VISTA CA  92085

Ship To:

Inspection:                    B/L 52719
Routing: CORREA
License No.: 4HX8110                    CF

Our Order No.: 52719        Salesman: BOB S.
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXX | 1584 | 8.00 | CTN | 12672.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1584                    Please Pay                    12672.00
Total Quantity                                        Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

Buyer ID: SAMP          PO#: 13291

| | |
|---|---|
| Invoice No.: | 52720 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52720      Salesman: BOB S.
Broker:

Inspection:                    B/L 52720
Routing: SAMLIS
License No.: 4GJ8002              CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | JANINA    XXX | 576 | 8.00 | CTN | 4608.00 |
| ROMA TOMATO | JANINA    XXXX | 864 | 6.00 | CTN | 5184.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1440
Total Quantity

Please Pay

9792.00
Total Amount
-21-

# INVOICE




## EXPO FRESH

EXPO FRESH, LLC.
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52727 |
| Invoice Date: | 11/14/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE          Ship To:
P.O. BOX 0095
VISTA CA  92085

Our Order No.: 52727       Salesman: EXPO FRESH       Inspection:       B/L: 52727
Broker:                                     Routing: SAN DIEGO POINT
                                            License No.: BT                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 8.85 | CNT | 991.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section. 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C, 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | | |
|---|---|---|
| 112 | Please Pay | 991.20 |
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52748 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/12/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13297

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52748          Salesman: EXPO FRESH
Broker:

Inspection:
Routing: SAMLIS          B/L 52748
License No.: 46J8002          CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | X | 79 | 3.00 | CTN | 237.00 |
| ROMA TOMATO | JANINA | XX | 658 | 3.00 | CTN | 1974.00 |
| ROMA TOMATO | JANINA | XXX | 648 | 3.00 | CTN | 1944.00 |
| ROMA TOMATO | JANINA | XXXX | 31 | 3.00 | CTN | 93.00 |
| CHERRY TOMATO | EXPOFRESH | | 224 | 8.85 | CNT | 1982.40 |

**"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"**
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1640
Total Quantity

Please Pay

6230.40
Total Amount

23

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP          PO#: 13308

| Invoice No.: | 52768 |
|---|---|
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/15/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52768          Salesman: BOB S.

Broker:

Inspection:

Routing: GL

License No.: 4HT7743

B/L 52768

CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XX | 432 | 6.00 | CTN | 2592.00 |
| ROMA TOMATO | JANINA | XXX | 504 | 5.00 | CTN | 2520.00 |
| ROMA TOMATO | JANINA | XXXX | 613 | 4.00 | CTN | 2452.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1549 | Please Pay | 7564.00 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52771 |
| Invoice Date: | 11/15/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/14/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52771          Salesman: BOB S.          B/L 52771
Broker:

Inspection:
Routing: U.S FARMS
License No.: 8L 12532          CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 10.85 | CNT | 1215.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-:The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-:A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | | | |
|---|---|---|---|
| | 112 | Please Pay | 1215.20 |
| | Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| Invoice No.: | 52796 |
|---|---|
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/16/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP       PO#: 13309

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Inspection:                          B/L 52796
Routing: SAMLIS
License No.: 4GJ8002                 CA

Our Order No.: 52796       Salesman: BOB S.
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXXX | 1255 | 6.00 | CTN | 7530.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1255 | Please Pay | 7530.00 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



# EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | | |
|---|---|---|
| Invoice No.: | 52829 | |
| Invoice Date: | 12/07/2007 | |
| Payment Terms: | NET 21 | |
| Shipping Date: | 11/19/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Buyer ID: SAMP    PO#: 13315

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52829    Salesman: BOB S.
Broker:

Inspection:                        BA 52829
Routing: GL
License No.: 4GJ8002                        CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | JANINA      XX | 171 | 6.00 | CTN | 1026.00 |
| ROMA TOMATO | JANINA      XXXX | 188 | 4.00 | CTN | 752.00 |
| ROMA TOMATO | EXPOFRESH   XXXX | 1017 | 5.00 | CNT | 5085.00 |
| ROMA TOMATO | JANINA      XXX | 258 | 5.00 | CTN | 1290.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1634 | Please Pay | 8153.00 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52869 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/21/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13325

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52869          Salesman: BOB S.
Broker:

Inspection:
Routing: SAMLIS          B/L 52869
License No.: 4GJ8002          CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | | 88 | 12.85 | CNT | 1130.80 |
| ROMA TOMATO | EXPOFRESH | XXX | 1600 | 4.00 | CNT | 6400.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1688 | Please Pay | 7530.80 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52897 |
| Invoice Date: | 11/24/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/24/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

SAMP
Buyer ID:          PO#: 13327

SAMMYS PRODUCE
Sold To: P. O. BOX 0095
VISTA CA  92085

Ship To:

52897

| Our Order No.: | 52897 | Salesman: | BOB S. | Inspection: | GL TRUCKING B/L |
|---|---|---|---|---|---|
| Broker: | | | | Routing: | 4HT7743 |
| | | | | License No.: | |

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | JANINA XX | 938 | 6.00 | CTN | 5628.00 |
| ROMA TOMATO | JANINA XXX | 520 | 5.00 | CTN | 2600.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS C ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTE AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishab Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of foc or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is receive -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action I commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of th contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees an cost in bringing such action/or enforcing any judgment granted therein.

1370          Please Pay          8900.00

Total Quantity                    Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52898 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/24/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID:    SAMP    PO#: 13326

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA 92085

Ship To:

| Our Order No.: | 52898 | Salesman: | BOB S. | Inspection: | SAMLIS | B/L | 52898 |
|---|---|---|---|---|---|---|---|
| Broker: | | | | Routing: | 4GJ8002 | | CA |
| | | | | License No.: | | | |

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXX | 152 | 5.00 | CTN | 760.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
- The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. - A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1635    Please Pay    8175.00

Total Quantity    Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52902 |
| Invoice Date: | 11/27/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/26/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE          Ship To:
P.O. BOX 0095
VISTA CA  92085

Inspection:                          B/L 52902
Our Order No.: 52902    Salesman: BOB S.    Routing: sammys
Broker:                          License No.: BT          CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 14.85 | CNT | 1663.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

|  | Please Pay | |
|---|---|---|
| 112 | | 1663.20 |
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52916 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/27/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP       PO#: 13335

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52916       Salesman: BOB S.       Inspection: GL       B/L 52916
Broker:                                              Routing: 4HD7743       CA
                                                     License No.:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XXXX | 1489 | 6.00 | CNT | 8934.00 |
| ROMA TOMATO | JANINA | XXX | 71 | 6.00 | CTN | 426.00 |
| ROMA TOMATO | JANINA | XXXX | 2 | 6.00 | CTN | 12.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C., 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1562                    Please Pay            9372.00

Total Quantity                                Total Amount

# INVOICE

# EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52917 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/27/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13337

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52917       Salesman: BOB S.
Broker:

Inspection:                    B/L 52917
Routing: SAMLIS
License No.: 4GJ8002              CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH XXX | 1519 | 6.00 | CNT | 9114.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1519 | Please Pay | 9114.00 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



# EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550    Fax: 619-661 6776

| | | |
|---|---|---|
| Invoice No.: | 52925 | |
| Invoice Date: | 11/29/2007 | |
| Payment Terms: | NET 21 | |
| Shipping Date: | 11/28/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52925          Salesman: BOB S.

Broker:

Inspection:                          B/L 52925
Routing: SAN DIEGO POINT
License No.: J.CALDERON                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 16.85 | CNT | 1887.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | | |
|---|---|---|
| 112 | Please Pay | 1887.20 |
| Total Quantity | | Total Amount |

# EXHIBIT 2

N  6/12/2008 14:29                     Age Analysis - Outstanding                                        Page   1
                                            EXPO FRESH LLC.

| st Name | Order# Sub | Invoice# Sub | Invc Date | Stus Op | Sman Se | Dest | Trms Fob | Ship Date | Invc Amt | Rcpt Amt | Adj Amt-Cd | Balance | Rcpt Date | Days Out | Broker |
|----|------|--------|------|----|----|------|------|------|--------|--------|--------|--------|------|------|------|
| MP | SAMMYS PRODUCE | | | | (760) 631-4250 | | VISTA | | CA | | Cr Limit: | 650000 | | | |
| | 51390 1 | 51390 1 | 3/17 4 | U X | 1 | | 1 21 | 9/07/07 | 4150.00 | 4160.00 | | 10.00- | 11/21< | 0 | |
| | 51450 | 51450 | 9/20<4 | U X | 1 | | 1 21 | 9/11/07 | 12560.00 | 23229.80 | | 10669.80- | 11/27< | 0 | |
| | 52547 | 52547 | 11/26<4 | U X | 1 | | 1 21 | 11/01/07 | 14640.00 | 6541.00 | | 8099.00 | 5/12 | 224 | ### |
| | 52550 | 52550 | 11/26<4 | U X | 1 | | 1 21 | 11/01/07 | 17360.00 | | | 17360.00 | | 224 | ### |
| | 52563 | 52563 | 11/26<4 | U X | 1 | | 1 21 | 11/02/07 | 8676.00 | | | 8676.00 | | 223 | ### |
| | 52587 | 52587 | 11/26<4 | U X | 1 | | 1 21 | 11/04/07 | 16240.00 | | | 16240.00 | | 221 | ### |
| | 52607 | 52607 | 12/03<4 | U X | 1 | | 1 21 | 11/05/07 | 22126.00 | | | 22126.00 | | 220 | ### |
| | 52616 | 52616 | 12/03<4 | U X | 1 | | 1 21 | 11/05/07 | 10620.00 | | | 10620.00 | | 220 | ### |
| | 52625 | 52625 | 12/03<4 | U X | 1 | | 1 | 11/05/07 | 3010.40 | | | 3010.40 | | 220 | ### |
| | 52633 | 52633 | 12/03<4 | U X | 1 | | 1 21 | 11/06/07 | 8546.75 | | | 8546.75 | | 219 | ### |
| | 52670 | 52670 | 12/03<4 | U X | 1 | | 1 21 | 11/07/07 | 12949.20 | | | 12949.20 | | 218 | ### |
| | 52675 | 52675 | 12/03<4 | U X | 1 | | 1 21 | 11/07/07 | 12871.20 | | | 12871.20 | | 218 | ### |
| | 52692 | 52692 | 12/03<4 | U X | 1 | | 1 21 | 11/08/07 | 26786.00 | | | 26786.00 | | 217 | ### |
| | 52705 | 52705 | 12/03<4 | U X | 1 | | 1 21 | 11/09/07 | 17047.20 | | | 17047.20 | | 216 | ### |
| | 52719 | 52719 | 12/03<4 | U X | 1 | | 1 21 | 11/09/07 | 12672.00 | | | 12672.00 | | 216 | ### |
| | 52720 | 52720 | 12/03<4 | U X | 1 | | 1 21 | 11/09/07 | 9792.00 | | | 9792.00 | | 216 | ### |
| | 52727 | 52727 | 11/14<4 | U X | 4 | | 1 21 | 11/09/07 | 991.20 | | | 991.20 | | 216 | ### |
| | 52748 | 52748 | 12/07<4 | U X | 4 | | 1 21 | 11/12/07 | 6230.40 | | | 6230.40 | | 213 | ### |
| | 52768 | 52768 | 12/07<4 | U X | 1 | | 1 21 | 11/15/07 | 7564.00 | | | 7564.00 | | 210 | ### |
| | 52771 | 52771 | 11/15<4 | U X | 1 | | 1 21 | 11/14/07 | 1215.20 | | | 1215.20 | | 211 | ### |
| | 52796 | 52796 | 12/07<4 | U X | 1 | | 1 21 | 11/16/07 | 7530.00 | | | 7530.00 | | 209 | ### |
| | 52829 | 52829 | 12/07<4 | U X | 1 | | 1 21 | 11/19/07 | 8153.00 | | | 8153.00 | | 206 | ### |
| | 52869 | 52869 | 12/07<4 | U X | 1 | | 1 21 | 11/21/07 | 7530.80 | | | 7530.80 | | 204 | ### |
| | 52897 | 52897 | 12/07<4 | U X | 1 | | 1 21 | 11/24/07 | 8900.00 | | | 8900.00 | | 201 | ### |
| | 52898 | 52898 | 12/07<4 | U X | 1 | | 1 21 | 11/24/07 | 8175.00 | | | 8175.00 | | 201 | ### |
| | 52902 | 52902 | 11/27<4 | U X | 1 | | 1 21 | 11/26/07 | 1663.20 | | | 1663.20 | | 199 | ### |
| | 52916 | 52916 | 12/07<4 | U X | 1 | | 1 21 | 11/27/07 | 9372.00 | | | 9372.00 | | 198 | ### |
| | 52917 | 52917 | 12/07<4 | U X | 1 | | 1 21 | 11/27/07 | 9114.00 | | | 9114.00 | | 198 | ### |
| | 52925 | 52925 | 11/29<4 | U X | 1 | | 1 21 | 11/28/07 | 1887.20 | | | 1887.20 | | 197 | ### |

            Cartons:    36939.000 *  Cartons/Order:    1273.759 *   288372.75   33930.80      254441.95 *      212 Avg Days

                                                      Totals      :       0.00     0.0%    0- 15

                                                                          0.00     0.0%   16- 30 #

                                                                          0.00     0.0%   31- 45 ##

                                                                     265121.75   100.0%   46-Ovr ###

                                               Aged Total :    265121.75 *       212 Avg Days

                                               Total Crdts:     10679.80 *

                                               Grand Total:    254441.95 *