# EXHIBIT 1

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| Invoice No.: | 52550 |
|---|---|
| Invoice Date: | 11/26/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/01/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13257

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Inspection:                     BA 52550
Routing: CORREA

Our Order No.: 52550      Salesman: BOB S.      License No.: 4HX8110      CA
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XX | 1600 | 10.85 | CNT | 17360.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1600 | Please Pay | 17360.00 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8776 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52563 |
| Invoice Date: | 11/26/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/02/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID:SAMP      PO#: 13262

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52563      Salesman: BOB S.      Inspection:      B/L 52563
Broker:      Routing: OS
License No.: 1VY7346      CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XX | 240 | 3.00 | CNT | 720.00 |
| ROMA TOMATO | EXPOFRESH | XXX | 1200 | 5.85 | CNT | 7020.00 |
| ROMA TOMATO | EXPOFRESH | XX | 160 | 5.85 | CNT | 936.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1600 | Please Pay | 8676.00 |
|---|---|---|
| Total Quantity | | Total Amount |

10-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP          PO#: 13265

| Invoice No.: | 52587 |
|---|---|
| Invoice Date: | 11/26/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/04/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52587          Salesman: BOB S.

Broker:

Inspection:                    B/L 52587
Routing: G. S. TRUCKING
License No.: 1VY7346                    CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | X | 400 | 10.85 | CNT | 4340.00 |
| ROMA TOMATO | EXPOFRESH | XX | 640 | 10.85 | CNT | 6944.00 |
| ROMA TOMATO | EXPOFRESH | XXX | 560 | 8.85 | CNT | 4956.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | 1600 | Please Pay | 16240.00 |
|---|---|---|---|
| | Total Quantity | | Total Amount |

# INVOICE



## EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52607 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/05/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13267

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Inspection:                                B/L 52607
Routing: SAMLIS
License No.: 4GJ8002                                CA

Our Order No.: 52607          Salesman: BOB S.
Broker:

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH X | 480 | 14.85 | CNT | 7128.00 |
| ROMA TOMATO | EXPOFRESH XX | 560 | 14.85 | CNT | 8316.00 |
| ROMA TOMATO | EXPOFRESH XXX | 520 | 12.85 | CNT | 6682.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

|  | 1560 | Please Pay | 22126.00 |
|---|---|---|---|
|  | Total Quantity | | Total Amount |

-12-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661-6776

| Invoice No.: | |
|---|---|
| Invoice Date: | 52616 |
| | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/05/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP   PO#: 13268

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52616   Salesman: BOB S.
Broker:

Inspection:   B/L 52616
Routing: GL
License No.: 4HT7243   CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XXXX | 1200 | 8.85 | CNT | 10620.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1200 | Please Pay | 10620.00 |
|---|---|---|
| Total Quantity | | Total Amount |

-13-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| Invoice No.: | 52625 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | Net-21 |
| Shipping Date: | 11/05/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP

PO#: 13269

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA 92085

Ship To:

Inspection:
Routing: SAN DIEGO POINT
License No.: BT                          CA

B/L 52625

Our Order No.: 52625
Broker:

Salesman: BOB S.

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | | 224 | 8.85 | CNT | 1982.40 |
| ROMA TOMATO | EXPOFRESH | XXX | 80 | 12.85 | CNT | 1028.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 304 | Please Pay | 3010.40 |
| Total Quantity | | Total Amount |

-14-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP

PO#: 13277

| Invoice No.: | 52633 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/06/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52633
Broker:

Salesman: BOB S.

Inspection:
Routing: RK
License No.: 4AV9232

B/L 52633

CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | X | 85 | 10.85 | CTN | 922.25 |
| ROMA TOMATO | JANINA | XX | 432 | 8.85 | CTN | 3823.20 |
| ROMA TOMATO | JANINA | XXX | 402 | 6.85 | CTN | 2753.70 |
| ROMA TOMATO | JANINA | XXXX | 216 | 4.85 | CTN | 1047.60 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1135
Total Quantity

Please Pay

8546.75
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550, Fax: 619-661 6776

Buyer ID: SAMP          PO#: 13282

| | | |
|---|---|---|
| Invoice No.: | 52670 | |
| Invoice Date: | 12/03/2007 | |
| Payment Terms: | NET 21 | |
| Shipping Date: | 11/07/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52670          Salesman: BOB S.          Inspection:          B/L 52670
Broker:                                                Routing: GS
                                                       License No.: 1VY7346          CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | X | 216 | 10.85 | CTN | 2343.60 |
| ROMA TOMATO | JANINA | XX | 504 | 10.85 | CTN | 5468.40 |
| ROMA TOMATO | JANINA | XXX | 504 | 6.85 | CTN | 3452.40 |
| ROMA TOMATO | JANINA | XXXX | 288 | 5.85 | CTN | 1684.80 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION."
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
--A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | |
|---|---|
| 1512 | Please Pay          12949.20 |
| Total Quantity | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661-8776

Buyer ID: SAMP          PO#: 13281

| | |
|---|---|
| Invoice No.: | 52675 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/07/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O.BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52675
Broker:

Salesman: BOB S.

Inspection:
Routing: SAMMYS
License No.: ET

B/L 52675

CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 8.85 | CNT | 991.20 |
| ROMA TOMATO | EXPOFRESH X | 400 | 14.85 | CNT | 5940.00 |
| ROMA TOMATO | EXPOFRESH XX | 400 | 14.85 | CNT | 5940.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 912 | Please Pay | 12871.20 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52692 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/00/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13288

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52692          Salesman: BOB S.
Broker:

Inspection:                          B/L 52692
Routing: CORREA
License No.: 4HX8110                  CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH X | 322 | 18.85 | CNT | 6069.70 |
| ROMA TOMATO | EXPOFRESH XX | 411 | 18.85 | CNT | 7747.35 |
| ROMA TOMATO | EXPOFRESH XXX | 457 | 16.85 | CNT | 7700.45 |
| ROMA TOMATO | EXPOFRESH XXXX | 410 | 12.85 | CNT | 5268.50 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1600
Total Quantity

Please Pay

26786.00
Total Amount
18

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road.
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP

PO#: 13292

| | | |
|---|---|---|
| Invoice No.: | 52705 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52705
Broker:

Salesman: BOB S.

Inspection:                    B/L 52705
Routing: GS
License No.: 1UY7346                    CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XX | 1525 | 10.85 | CTN | 16546.25 |
| ROMA TOMATO | JANINA | XXX | 21 | 8.85 | CTN | 185.85 |
| ROMA TOMATO | JANINA | XXXX | 46 | 6.85 | CTN | 315.10 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1592 | Please Pay | 17047.20 |
|---|---|---|
| Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52719 |
| Invoice Date: | 12/03/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP      PO#: 13290

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA  92085

Ship To:

Inspection:                     B/L 52719
Routing: CORREA
License No.: 4HX8110                     CF

Our Order No.: 52719      Salesman: BOB S.
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXX | 1584 | 8.00 | CTN | 12672.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1584 | Please Pay | 12672.00 |
|---|---|---|
| Total Quantity | | Total Amount |

-20-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| | | |
|---|---|---|
| Invoice No.: | 52720 | |
| Invoice Date: | 12/03/2007 | |
| Payment Terms: | NET 21 | |
| Shipping Date: | 11/09/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Buyer ID: SAMP     PO#: 13291

Sold To: SAMMYS PRODUCE     Ship To:
P. O. BOX 0095
VISTA CA  92085

Our Order No.: 52720     Salesman: BOB S.     Inspection:     B/L 52720
Broker:     Routing: SAMLIS
License No.: 4GJ8002     CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXX | 576 | 8.00 | CTN | 4608.00 |
| ROMA TOMATO | JANINA | XXXX | 864 | 6.00 | CTN | 5184.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1440 | Please Pay | 9792.00 |
|---|---|---|
| Total Quantity | | Total Amount |

-21-

# INVOICE



**EXPO FRESH**

EXPO FRESH, LLC.
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52727 |
| Invoice Date: | 11/14/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/09/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE          Ship To:
P.O. BOX 0095
VISTA CA  92085

Our Order No.: 52727          Salesman: EXPO FRESH          Inspection:          B/L 52727
Broker:                                                      Routing: SAN DIEGO POINT
                                                             License No.: BT                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 8.85 | CNT | 991.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section. 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C, 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

112          Please Pay          991.20
Total Quantity                          Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Invoice No.: 52748
Invoice Date: 12/07/2007
Payment Terms: NET 21
Shipping Date: 11/12/2007
Shipped From: SAN DIEGO
Freight Terms: FOB

Buyer ID: SAMP          PO#: 13297

Sold To: SAMMYS PRODUCE          Ship To:
P.O. BOX 0095
VISTA CA 92085

Our Order No.: 52748          Salesman: EXPO FRESH
Broker:

Inspection:
Routing: SAMLIS          B/L 52748
License No.: 46J8002          CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | X | 79 | 3.00 | CTN | 237.00 |
| ROMA TOMATO | JANINA | XX | 658 | 3.00 | CTN | 1974.00 |
| ROMA TOMATO | JANINA | XXX | 648 | 3.00 | CTN | 1944.00 |
| ROMA TOMATO | JANINA | XXXX | 31 | 3.00 | CTN | 93.00 |
| CHERRY TOMATO | EXPOFRESH | | 224 | 8.85 | CNT | 1982.40 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1640          Please Pay          6230.40
Total Quantity                    Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP          PO#: 13308

| Invoice No.: | 52768 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/15/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52768          Salesman: BOB S.
Broker:

Inspection:                B/L 52768
Routing: GL
License No.: 4HT7743               CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XX | 432 | 6.00 | CTN | 2592.00 |
| ROMA TOMATO | JANINA | XXX | 504 | 5.00 | CTN | 2520.00 |
| ROMA TOMATO | JANINA | XXXX | 613 | 4.00 | CTN | 2452.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1549          Please Pay          7564.00
Total Quantity                     Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52771 |
| Invoice Date: | 11/15/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/14/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52771          Salesman: BOB S.
Broker:

Inspection:
Routing: U.S. FARMS          B/L 52771
License No.: 81-12532          CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 10.85 | CNT | 1215.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF
ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN
AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable
Agricultural Commodities Act, 1930 (7 U.S.C. 499s(c). The seller of these commodities retains a trust claim over these commodities, all Inventories of food
or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be
commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this
contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and
cost in bringing such action/or enforcing any judgment granted therein.

112                    Please Pay              1215.20
Total Quantity                                 Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52796 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/16/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13309

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Inspection:                                    B/L 52796
Routing: SAMLIS
License No.: 4GJ8002                           CA

Our Order No.: 52796
Broker:
Salesman: BOB S.

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXXX | 1255 | 6.00 | CTN | 7530.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received -.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | | | |
|---|---|---|---|
| 1255 | | Please Pay | 7530.00 |
| Total Quantity | | | Total Amount |

-26-

# INVOICE



**EXPO FRESH**

EXPO FRESH, LLC.
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52829 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/19/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP

PO#: 13315

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52829           Salesman: BOB S.
Broker:

Inspection:                                    BA 52829
Routing: GL
License No.: 4GJ8002                           CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XX | 171 | 6.00 | CTN | 1026.00 |
| ROMA TOMATO | JANINA | XXXX | 188 | 4.00 | CTN | 752.00 |
| ROMA TOMATO | EXPOFRESH | XXXX | 1017 | 5.00 | CNT | 5085.00 |
| ROMA TOMATO | JANINA | XXX | 258 | 5.00 | CTN | 1290.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-,The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1634
Total Quantity

Please Pay

8153.00
Total Amount

-27-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661-6776

| | | |
|---|---|---|
| Invoice No.: | 52869 | |
| Invoice Date: | 12/07/2007 | |
| Payment Terms: | NET 21 | |
| Shipping Date: | 11/21/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Buyer ID: SAMP          PO#: 13325

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52869          Salesman: BOB S.
Broker:

Inspection:
Routing: SAMLIS          B/L 52869
License No.: 4GJ8002          CA

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | | 88 | 12.85 | CNT | 1130.80 |
| ROMA TOMATO | EXPOFRESH | XXX | 1600 | 4.00 | CNT | 6400.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1688          Please Pay          7530.80
Total Quantity                    Total Amount

-28-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52897 |
| Invoice Date: | 11/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/24/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

SAMP
**Buyer ID:**

PO#: 13327

SAMMYS PRODUCE
Sold To: P. O. BOX 0095
VISTA CA  92085

Ship To:

| | | | |
|---|---|---|---|
| **Our Order No.:** 52897 | **Salesman:** BOB S. | **Inspection:** GL TRUCKING B/L | 52897 |
| **Broker:** | | **Routing:** 4HT7743 | CF |
| | | **License No.:** | |

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| | JANINA | X | 112 | 8.00 | CTN | 912.00 |
| ROMA TOMATO | JANINA | XX | 938 | 6.00 | CTN | 5628.00 |
| ROMA TOMATO | JANINA | XXX | 520 | 5.00 | CTN | 2600.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS C
ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTE
AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishab
Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of foc
or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is receive
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action I
commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of th
contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees a
cost in bringing such action/or enforcing any judgment granted therein.

1570                                    8900.00

Total Quantity                 Please Pay              Total Amount

# INVOICE



**EXPO FRESH**

EXPO FRESH, LLC.
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

Buyer ID: SAMP

PO#: 13326

| | |
|---|---|
| Invoice No.: | 52898 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/24/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA 92085

Ship To:

| Our Order No.: | 52898 | Salesman: | BOB S. | Inspection: | SAMLIS | B/L | 52898 |
|---|---|---|---|---|---|---|---|
| Broker: | | | | Routing: | 4GJ8002 | | CA |
| | | | | License No.: | | | |

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | JANINA | XXX | 152 | 5.00 | CTN | 760.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| | | | |
|---|---|---|---|
| | 1635 | Please Pay | 8175.00 |
| | Total Quantity | | Total Amount |

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | | |
|---|---|---|
| Invoice No.: | 52902 | |
| Invoice Date: | 11/27/2007 | |
| Payment Terms: | NET 21 | |
| Shipping Date: | 11/26/2007 | |
| Shipped From: | SAN DIEGO | |
| Freight Terms: | FOB | |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE                    Ship To:
P. O. BOX 0095
VISTA CA  92085

Inspection:                         B/L 52902
Our Order No.: 52902      Salesman: BOB S.      Routing: sammys
Broker:                   License No.: BT                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 14.85 | CNT | 1663.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"
-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

112
Total Quantity

Please Pay

1663.20
Total Amount

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52916 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/27/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP       PO#: 13335

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Our Order No.: 52916       Salesman: BOB S.
Broker:

Inspection: GL       B/L 52916
Routing: 4HD7743       CA
License No.:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XXXX | 1489 | 6.00 | CNT | 8934.00 |
| ROMA TOMATO | JANINA | XXX | 71 | 6.00 | CTN | 426.00 |
| ROMA TOMATO | JANINA | XXXX | 2 | 6.00 | CTN | 12.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

~The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C, 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.
~A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

1562       Please Pay       9372.00

Total Quantity       Total Amount

-32-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550  Fax: 619-661 6776

| | |
|---|---|
| Invoice No.: | 52917 |
| Invoice Date: | 12/07/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/27/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#: 13337

Sold To: SAMMYS PRODUCE
P.O. BOX 0095
VISTA CA 92085

Ship To:

Inspection:                           B/L 52917
Routing: SAMLIS
License No.: 4GJ8002                  CA

Our Order No.: 52917      Salesman: BOB S.
Broker:

| Description | | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|---|
| ROMA TOMATO | EXPOFRESH | XXX | 1519 | 6.00 | CNT | 9114.00 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received. -A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 1519 | Please Pay | 9114.00 |
|---|---|---|
| Total Quantity | | Total Amount |

-33-

# INVOICE



**EXPO FRESH, LLC.**
8775 Airway Road
San Diego, CA 92154-6207
Tel: 619-661-6550   Fax: 619-661 6776

| Invoice No.: | 52925 |
|---|---|
| Invoice Date: | 11/29/2007 |
| Payment Terms: | NET 21 |
| Shipping Date: | 11/28/2007 |
| Shipped From: | SAN DIEGO |
| Freight Terms: | FOB |

Buyer ID: SAMP          PO#:

Sold To: SAMMYS PRODUCE
P. O. BOX 0095
VISTA CA  92085

Ship To:

Our Order No.: 52925          Salesman: BOB S.

Broker:

Inspection:
Routing: SAN DIEGO POINT          B/L 52925
License No.: J.CALDERON                    CA

| Description | | Quantity | Price | Unit | Amount |
|---|---|---|---|---|---|
| CHERRY TOMATO | EXPOFRESH | 112 | 16.85 | CNT | 1887.20 |

"ALL SALES NO GRADE CONTRACT, ALL CLAIMS MUST BE REPORTED BY WRITTEN NOTICE RECEIVED BY SELLER WITHIN 24 HOURS OF ARRIVAL AND SUPPORTED BY ACCEPTABLE U.S.D.A. INSPECTION CERTIFICATES, NO DEDUCTIONS ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION"

-.The perishable agricultural commodities listed on this invoice are sold subject to the statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or Proceeds from the sales of these commodities until full payment is received.

-.A FINANCE CHARGE, calculated at the rate of 1 1/2% PER MONTH (18%ANNUALLY) will applied to all PAST DUE "ACCOUNTS." Should any action be commenced between the parties to this contract concerning the sums due here under or the rights and duties of any party here to or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may granted, an award as and for the actual attorney's fees and cost in bringing such action/or enforcing any judgment granted therein.

| 112 | Please Pay | 1887.20 |
|---|---|---|
| Total Quantity | | Total Amount |

—34—