PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:     (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE, et al.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; P.D.G. PRODUCE, INC., an Arizona corporation; EXPO FRESH, LLC, a California limited liability company; H.M. DISTRIBUTORS, INC., an Arizona corporation; PRIME TIME SALES, LLC, a California limited liability company; VANAL DISTRIBUTING, INC., an Arizona corporation, DEL CAMPO SUPREME, INC., an Arizona corporation; MEYER, LLC, a California limited liability company, | CASE NO.  08-cv-914 JLS (JMA) **DECLARATION OF HUMBERTO MONTEVERDE IN SUPPORT OF PLAINTIFFS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION; EXHIBITS IN SUPPORT THEREOF** |
| Plaintiffs | |
| vs. | |
| SAMMY'S PRODUCE, INC., a California corporation; CALIFORNIA PRODUCE EXCHANGE, INC., a California corporation; US FARMS, INC., a California corporation; WORLD GARLIC & SPICE INC., a California corporation; AMERICAN NURSERY EXCHANGE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual;  DARIN PINES, an individual, | |
| Defendants. | |

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

I, HUMBERTO MONTEVERDE, declare and depose as follows:

1.    I currently am and during all times mentioned in this declaration have been the President of Plaintiff and Moving Party herein, H.M. Distributors, Inc. ("H.M.").

2.    H.M. is a corporation based in Nogales, Arizona which sells wholesale quantities of perishable agricultural commodities ("produce"), including tomatoes, and which is licensed as a dealer under the Perishable Agricultural Commodities Act of 1930, as amended, [7 U.S.C. §499a, *et seq.*] ("PACA").

3.    I am personally familiar with all matters which are the subject of this declaration and the facts stated herein are based upon my own personal knowledge, except as to those matters based upon information and belief, and as to those matters, I believe them to be true. If called as a witness in this proceeding, I would and could competently testify to the matters stated herein.

4.    H.M. is a produce creditor of Defendant, Sammy's Produce, Inc. ("SAMMY'S"). SAMMY'S is a produce dealer as defined under 7 U.S.C. §499a, and operates subject to and is licensed under the PACA.   SAMMY'S operates as wholesale buyer and seller of perishable agricultural commodities, and in that capacity has purchased perishable agricultural commodities from Plaintiff, through a broker, for resale to SAMMY'S own customers.

5.    Defendants Yan Skwara ("SKWARA"), Samuel V. Nucci ("NUCCI"), and Darin Pines ("PINES") are listed as SAMMY'S President, Vice President of Sales and Vice President of Operations, respectively, with the Blue Book (a credit service for the produce industry).

6.    I make this declaration in support of Plaintiffs' Motion to Expand the Preliminary Injunction, to prevent Defendants' further dissipation of PACA trust assets and to compel turnover of all such trust assets rightfully belonging to Plaintiffs.

7.    As President of H.M., my responsibilities include monitoring its sales of perishable agricultural commodities, including the sales that are the subject of this dispute, and supervising collection of its accounts receivable for such sales.  I have custody and control of

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

H.M.'S sales and accounts receivable records as they relate to Defendant SAMMY'S, and I am thoroughly familiar with the manner in which those records are compiled.

8.     The sales and accounts receivable records of Plaintiffs, including invoices, billing statements and other related documents, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record.  These sales records are made either by me or under my direction and supervision by H.M.'S employees whose duty it is to make such documents.

9.     The produce that is the subject of this dispute was sold in the course of interstate commerce between the states of Arizona and California.

10.     The total balance due to H.M. from Defendants results from a series of seven (7) sales transactions involving tomatoes shipped between January 17, 2008 and February 6, 2008. Between on or about those dates, H.M. sold and delivered to Defendants truck lots of tomatoes of various varieties and quantities, being  perishable agricultural commodities, which Defendant SAMMY'S accepted without objection, for agreed-upon selling prices as reflected on H.M.'S invoices, of which a total principal amount of  $60,931.80 remains outstanding and seriously past due.

11.     An invoice for each shipment was prepared and mailed to Defendant SAMMY'S by H.M. on or about the day of each transaction.  True and correct copies of Plaintiff H.M.'S seven invoices confirming these sales are appended hereto and incorporated herein by reference as **Exhibit 1**.  A true and correct copy of Plaintiff H.M.'S aged statement of account summarizing the outstanding invoices and applying partial payments received to date, (hereafter "Aging Report") is appended hereto and incorporated herein by this reference as **Exhibit 2**.

12.     Although Defendant SAMMY'S received and accepted the produce shipments *without objection*, Defendant SAMMY'S has failed to pay for the produce that it purchased from H.M.

13. As the President of Plaintiff H.M., I review and approve any price adjustments, credits or discounts issued by H.M. in connection with the sales that are the subject of this dispute.  As of the date of this Declaration, no price adjustments of any amount have been issued

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

to Defendants.    Moreover, except for the $5,000.00 payment on account received from SAMMY'S on May 8, 2008, no other payments have been received toward any of the outstanding invoices reflected in Exhibit 1 or Exhibit 2, and the cumulative balance due for all amounts reflected on those invoices and the Aging Report is therefore correct.

14.    Further, as the President of H.M., it is my responsibility to make certain that H.M. complies with all requirements necessary to preserve its trust rights under PACA for all unpaid shipments of produce, including the shipments that are the subject of this dispute.    H.M. is now, and during all times herein has been a PACA licensee, operating under PACA license no. 19940376.    In compliance with the statutory filing requirements, I made certain that each of H.M.'S invoices set forth the following statutory language required by PACA to preserve H.M.'S PACA trust benefits:

> *"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."*

*See,* Exhibit 1, which shows that the above-quoted language appears on the face of each invoice sent to Defendants concerning the transactions that are the subject of this dispute.

15.    For the above-stated reasons, I am confident that H.M. has taken all steps necessary to preserve its PACA trust rights in connection with its outstanding invoices in this proceeding.

16.    Plaintiffs' invoices issued to Defendant SAMMY'S contain PACA Prompt payment terms, or terms of net 10 days.    However, as of the date of this declaration, the entire principal balance of $60,931.80 due to H.M. from Defendants remains delinquent. Because of Defendants' failure to make payments when promised, and the seriously delinquent status of its account with our Company, and SAMMY'S admitted lack of sufficient funds to pay the amount it owes H.M., I believe that there is a great risk that H.M. will not recover the balance due to it

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

without this Court's intervention and issuance of an order restraining Defendants from further dissipation of PACA trust assets.

17.    At no time have any of the Defendants, or anyone acting on behalf of Defendants, ever denied owing Plaintiff H.M. money for the produce it received, nor have they disputed that the cumulative principal balance of $60,931.80 remains due to H.M. from SAMMY'S.

18.    Because Defendants have (a) admitted that they cannot promptly and fully pay the PACA trust debt to H.M. and (b) repeatedly failed to remit payments as promised, I am quite certain that Defendants have dissipated the PACA trust assets they control in violation of PACA. Absent immediate intervention from this Court, I believe those trust assets, which rightfully belong to the Plaintiffs in this action, will continue to be dissipated and will remain beyond the reach of the Plaintiffs herein.

19.    H.M. relies upon its customers' prompt payment for produce sales so that it can effectively and adequately manage its current payables to its own vendors, monitor its cash flow, and make informed business decisions.  The failure of Defendants to adequately preserve Plaintiffs' PACA trust assets and to pay the amounts due has jeopardized and will continue to jeopardize the ability of H.M. to properly operate its business, to make informed business decisions, to make necessary purchases and acquisitions, and to pay some of its own suppliers.

20.    For the above reasons, H.M. has been economically harmed and will likely be irreparably harmed if the PACA trust assets in Defendants' possession are allowed to continue being dissipated and diverted to other uses.  The PACA assets which Defendants now possess rightfully belong to Plaintiffs. These trust assets, including inventory and accounts receivable, must be preserved for the benefit of and remitted to Plaintiffs.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

5

21.    Unless this Court issues the Preliminary Injunction requested by Plaintiffs, in my view, the remaining PACA trust assets being held by Defendants will be further dissipated, and H.M.'S chances of recovering the amounts due it for the produce sold to SAMMY'S will have been thereby effectively undermined.  For these reasons, I respectfully urge this Court to issue the requested relief.

I declare under penalty of perjury under the laws of the States of Arizona and the United States of America that the foregoing is true and correct.

Executed this 20th day of June 2008 in Nogales, Arizona.

HUMBERTO MONTEVERDE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

6

# EXHIBIT 1

P.O. Box 548
Nogales AZ, 85628 USA

**H M DISTRIBUTORS**

Invoice No.    **A01696-01**

## GROWERS AND SHIPPERS

Fax:    (520) 281-9300
Ph.:    (520) 281-9534

**SHIP TO**
*** S A M E ***

**SOLD TO**
SAMMYS PRODUCE
P.O. BOX 0095

Vista, CA 92085-0095 USA

Pickup No.    **03108-01**
DATE SHIPPED:    1/17/2008
DATE INVOICED:    1/18/2008
P.O. NUMBER:
SALES TERMS:    FOB
BROKER    P. D. G. PRODUCE, INC.
TRUCK BROKER
TRUCK
LICENSE NO.:    AD41095 AZ

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,620 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.00 | 9,720.00 |

PAID
MAY 14 2008
By 11108

*PARTID $5,000*

| 1,620 | **Charges** | | **Sub Total ▶** | 9,720.00 |
|---|---|---|---|---|
| | 1,620   Less Brokerage | (0.15) | (243.00) | |

**Sub total Charges ▶**    (243.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

Notice to subsequent purchaser or repacker. These articles are imported The requirements of 19 U.S.C §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof, and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request

All claims must be supported by USDA Inspection Certificate
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred

*PARTIAL $5,000*

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR  SECTION 46.2  (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)    TOTAL INVOICE ▶    $9,477.00    –8–



P.O. Box 548
Nogales AZ, 85628 USA

**Invoice No.**    **A01707-01**

**GROWERS and SHIPPERS**

Fax:   (520) 281-9300
Ph.:   (520) 281-9534

**SHIP TO**
*** S A M E ***

**Pickup No.**    **03109-01**
DATE SHIPPED:    1/17/2008
DATE INVOICED:   1/18/2008
P.O. NUMBER:
SALES TERMS:    FOB
BROKER    P. D. G. PRODUCE, INC.

**SOLD TO**
SAMMYS PRODUCE
P.O. BOX 0095

TRUCK BROKER
TRUCK
LICENSE NO.:    S04096 AZ

Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,215 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.00 | 7,290.00 |
| 405 | Roma Tomatoes 25 # Carton LARGE | SPV | 6.00 | 2,430.00 |

| 1,620 | **Charges** | | **Sub Total** ▶ | 9,720.00 |
|---|---|---|---|---|
| | 1,620  Less Brokerage | (0.15) | (243.00) | |

**Sub total Charges** ▶    (243.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received

Notice to subsequent purchaser or repacker.  These articles are imported  The requirements of 19 U.S.C  §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise.  No adjustment on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to. 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein.  Copies of said agreement will be sent to you upon request.

All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid  In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR  SECTION 46.2  (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

**TOTAL INVOICE** ▶    **$9,477.00**    –9–

**Invoice No.**     **A02069-01**

P.O. Box 548
Nogales AZ, 85628 USA

**GROWERS and SHIPPERS**

Fax:   (520) 281-9300
Ph.:   (520) 281-9534

**SHIP TO**
\*\*\* S A M E \*\*\*

**Pickup No.**     **03315-01**
DATE SHIPPED:   1/29/2008
DATE INVOICED:   1/30/2008
P.O. NUMBER:
SALES TERMS:   FOB
BROKER   P. D. G. PRODUCE, INC.
TRUCK BROKER

**SOLD TO**
SAMMYS PRODUCE
P.O. BOX 0095

TRUCK
LICENSE NO.:   UP96085 CA

Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|-----|-------------|-----|-------|-----------|
| 953 | Tomatoes Vine Ripe 2 Layer 4x4 | Paris | 5.35 | 5,098.55 |
| 806 | Tomatoes Vine Ripe 2 Layer 4x5 | Paris | 5.35 | 4,312.10 |

| 1,759 | | **Charges** | **Sub Total ▶** | 9,410.65 |
|-------|--|-------------|-----------------|----------|
| | 1,759 | Less Brokerage | (0.15) | (263.85) |

**Sub total Charges ▶**    (263.85)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.
   Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.
   With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.
   The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.
   All claims must be supported by USDA Inspection Certificate.
   After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

**TOTAL INVOICE ▶**    $9,146.80

**Invoice No.**    **A02124-01**

P.O. Box 548
Nogales AZ, 85628 USA

**GROWERS and SHIPPERS**

Fax:   (520) 281-9300
Ph.:   (520) 281-9534

| SHIP TO | **Pickup No.** | **03366-01** |
|---|---|---|
| *** S A M E *** | DATE SHIPPED: | 1/31/2008 |
| | DATE INVOICED: | 2/1/2008 |
| | P.O. NUMBER: | |
| | SALES TERMS: | FOB |
| | BROKER | P. D. G. PRODUCE, INC. |
| SOLD TO | TRUCK BROKER | |
| SAMMYS PRODUCE | TRUCK | |
| P.O. BOX 0095 | LICENSE NO.: | 15621LT WA |
| | | |
| Vista, CA 92085-0095 USA | | |

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,583 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.10 | 9,656.30 |

| 1,583 | **Charges** | **Sub Total ▶** | 9,656.30 |
|---|---|---|---|
| | 1,583  Less Brokerage | (0.15)  (237.45) | |

**Sub total Charges ▶**    (237.45)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification. 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

**TOTAL INVOICE ▶**    $9,418.85

**Invoice No.**    A02141-01

P.O. Box 548
Nogales AZ, 85628 USA

**GROWERS and SHIPPERS**

Fax:    (520) 281-9300
Ph.:    (520) 281-9534

| SHIP TO |
| --- |
| *** S A M E *** |

**Pickup No.**    **03365-01**

DATE SHIPPED:    1/31/2008
DATE INVOICED:    2/1/2008
P.O. NUMBER:
SALES TERMS:    FOB
BROKER    P. D. G. PRODUCE, INC.
TRUCK BROKER
TRUCK
LICENSE NO.:    1TL087 AZ

| SOLD TO |
| --- |
| SAMMYS PRODUCE |

P.O. BOX 0095

Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
| --- | --- | --- | --- | --- |
| 1,620 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.10 | 9,882.00 |

| 1,620 | **Charges** | **Sub Total ▶** | 9,882.00 |
| --- | --- | --- | --- |
| | 1,620   Less Brokerage | (0.15)   (243.00) | |

**Sub total Charges ▶**    (243.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.

All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

**TOTAL INVOICE ▶**    $9,639.00

P.O. Box 548
Nogales AZ, 85628

**Invoice No.**    **A02189-01**

**GROWERS and SHIPPERS**

Fax:    (520) 281-9300
Ph.:    (520) 281-9534

| SHIP TO |
|---|
| *** S A M E *** |

| SOLD TO |
|---|
| SAMMYS PRODUCE |

P.O. BOX 0095

Vista,  CA 92085-0095 USA

**Pickup No.**       **03385-01**
DATE SHIPPED:        2/1/2008
DATE INVOICED:       2/5/2008
P.O. NUMBER:
SALES TERMS:         FOB
BROKER               P. D. G. PRODUCE, INC.
TRUCK BROKER
TRUCK                FAT BOY
LICENSE NO.:         S65382 AZ

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,617 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.10 | 9,863.70 |

| 1,617 | **Charges** | | **Sub Total ▶** | 9,863.70 |
|---|---|---|---|---|
| | 1,617   Less Brokerage | (0.15) | (242.55) | |

**Sub total Charges ▶**    (242.55)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR  SECTION 46.2  (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)    **TOTAL INVOICE ▶**    $9,621.15

P.O. Box 548
Nogales AZ, 85628

DI RIBUTORS

**Invoice No.**    **A02370-01**

**GROWERS and SHIPPERS**

Fax:    (520) 281-9300
Ph.:    (520) 281-9534

| SHIP TO |
| --- |
| *** S A M E *** |

**Pickup No.**        **03489-01**
DATE SHIPPED:        2/6/2008
DATE INVOICED:        2/21/2008
P.O. NUMBER:
SALES TERMS:        FOB
BROKER        P. D. G. PRODUCE, INC.
TRUCK BROKER
TRUCK        MND RAPIDS
LICENSE NO.:        R3361-70 AZ

| SOLD TO |
| --- |
| SAMMYS PRODUCE |

P.O. BOX 0095
Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
| --- | --- | --- | --- | --- |
| 880 | Tomatoes Vine Ripe 2 Layer 4x4 | SPV | 5.35 | 4,708.00 |
| 880 | Tomatoes Vine Ripe 2 Layer 4x5 | SPV | 5.35 | 4,708.00 |

| 1,760 | **Charges** | | **Sub Total ▶** | 9,416.00 |
| --- | --- | --- | --- | --- |
| | 1,760 Less Brokerage | (0.15) | (264.00) | |

**Sub total Charges ▶**        (264.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

**TOTAL INVOICE ▶**        $9,152.00        —14—

# EXHIBIT 2

# H.M. DISTRIBUTORS

# STATEMENT

Thursday, June 05, 2008

Fax: 760 631-4255

SAMMYS PRODUCE
P.O. BOX 0095
Vista, CA 92085-0095 USA

To whom it may concern;

As of 6/5/2008 our records show that the following invoices are outstanding. If there is a discrepency with your records please notify us as soon as possible so that we can rectify the situation and make arrangements to expect payments as they become due. Thank you for your prompt attention to this matter.

Sincerely,

Ana Campos
H.M. Distributors, Inc

## Customer statement as of June 5, 2008

| Shp.Dt | Inv# | PO # | Due Date | Inv. Amt | Adjs. | PPyms | Days | Balance | Ck#Hold | Chk.Amt |
|--------|------|------|----------|----------|-------|-------|------|---------|---------|---------|
| 01/17/08 | A01696-01 | | 02/07/08 | 9,477.00 | | 5,000.00 | 140 | 4,477.00 | | |
| 01/17/08 | A01707-01 | | 02/07/08 | 9,477.00 | | | 140 | 9,477.00 | | |
| 01/29/08 | A02069-01 | | 02/19/08 | 9,146.80 | | | 128 | 9,146.80 | | |
| 01/31/08 | A02124-01 | | 02/21/08 | 9,418.85 | | | 126 | 9,418.85 | | |
| 01/31/08 | A02141-01 | | 02/21/08 | 9,639.00 | | | 126 | 9,639.00 | | |
| 02/01/08 | A02189-01 | | 02/22/08 | 9,621.15 | | | 125 | 9,621.15 | | |
| 02/06/08 | A02370-01 | | 02/27/08 | 9,152.00 | | | 120 | 9,152.00 | | |
| | | | | $65,931.80 | | $5,000.00 | | $60,931.80 | | |

**Remit Payment to:**
**H.M. Distributors, Inc**
P.O. Box 548
Nogales, AZ 85628