# EXHIBIT 1



**P.O. Box 548**
Nogales AZ, 85628 USA

| Invoice No. | A01696-01 |
|---|---|

**GROWERS and SHIPPERS**

Fax: (520) 281-9300
Ph.: (520) 281-9534

**SHIP TO**
*** S A M E ***

| Pickup No. | 03108-01 |
|---|---|
| DATE SHIPPED: | 1/17/2008 |
| DATE INVOICED: | 1/18/2008 |
| P.O. NUMBER: | |
| SALES TERMS: | FOB |
| BROKER | P. D. G. PRODUCE, INC. |
| TRUCK BROKER | |
| TRUCK | |
| LICENSE NO.: | AD41095 AZ |

**SOLD TO**
SAMMYS PRODUCE
P.O. BOX 0095

Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,620 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.00 | 9,720.00 |


MAY 14 2008
By 11108

PARTIO
$5,000

| 1,620 | Charges | | Sub Total ▶ | 9,720.00 |
|---|---|---|---|---|
| | 1,620 Less Brokerage | (0.15) | (243.00) | |

Sub total Charges ▶ (243.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.
Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.
With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request
All claims must be supported by USDA Inspection Certificate
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred

PARTIAL
$5,000

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

TOTAL INVOICE ▶ $9,477.00

-8-



**HM DISTRIBUTORS**
P.O. Box 548
Nogales AZ, 85628 USA

**Invoice No.** A01707-01
**GROWERS and SHIPPERS**
Fax: (520) 281-9300
Ph.: (520) 281-9534

**SHIP TO**
*** S A M E ***

**SOLD TO**
SAMMYS PRODUCE
P.O. BOX 0095

Vista, CA 92085-0095 USA

**Pickup No.** 03109-01
DATE SHIPPED: 1/17/2008
DATE INVOICED: 1/18/2008
P.O. NUMBER:
SALES TERMS: FOB
BROKER: P. D. G. PRODUCE, INC.
TRUCK BROKER
TRUCK
LICENSE NO.: S04096 AZ

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,215 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.00 | 7,290.00 |
| 405 | Roma Tomatoes 25 # Carton LARGE | SPV | 6.00 | 2,430.00 |

| 1,620 | Charges | Sub Total ▶ | 9,720.00 |
|---|---|---|---|
| | 1,620 Less Brokerage | (0.15) | (243.00) |

Sub total Charges ▶ (243.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to. 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.

All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees Incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

**TOTAL INVOICE ▶** $9,477.00

—9—



P.O. Box 548
Nogales AZ, 85628 USA

Invoice No.    A02069-01
**GROWERS and SHIPPERS**
Fax:    (520) 281-9300
Ph.:    (520) 281-9534

| SHIP TO |
|---|
| *** S A M E *** |

| Pickup No. | 03315-01 |
|---|---|
| DATE SHIPPED: | 1/29/2008 |
| DATE INVOICED: | 1/30/2008 |
| P.O. NUMBER: | |
| SALES TERMS: | FOB |
| BROKER | P. D. G. PRODUCE, INC. |
| TRUCK BROKER | |
| TRUCK | |
| LICENSE NO.: | UP96085 CA |

| SOLD TO |
|---|
| SAMMYS PRODUCE |
| P.O. BOX 0095 |

Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 953 | Tomatoes Vine Ripe 2 Layer 4x4 | Paris | 5.35 | 5,098.55 |
| 806 | Tomatoes Vine Ripe 2 Layer 4x5 | Paris | 5.35 | 4,312.10 |

| 1,759 | Charges | Sub Total ▶ | 9,410.65 |
|---|---|---|---|
| | 1,759  Less Brokerage | (0.15)  (263.85) | |

Sub total Charges ▶    (263.85)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.
   Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.
   With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.
   The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request
   All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

TOTAL INVOICE ▶    $9,146.80

-10-



P.O. Box 548
Nogales AZ, 85628 USA

Invoice No.    A02124-01
**GROWERS and SHIPPERS**

Fax:    (520) 281-9300
Ph.:    (520) 281-9534

| SHIP TO |
|---|
| ***S A M E*** |

| | |
|---|---|
| Pickup No. | 03366-01 |
| DATE SHIPPED: | 1/31/2008 |
| DATE INVOICED: | 2/1/2008 |
| P.O. NUMBER: | |
| SALES TERMS: | FOB |
| BROKER | P. D. G. PRODUCE, INC. |
| TRUCK BROKER | |
| TRUCK | |
| LICENSE NO.: | 15621LT WA |

| SOLD TO |
|---|
| SAMMYS PRODUCE |
| P.O. BOX 0095 |
| |
| Vista, CA 92085-0095 USA |

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,583 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.10 | 9,656.30 |

| 1,583 | Charges | Sub Total ▶ | 9,656.30 |
|---|---|---|---|
| | 1,583  Less Brokerage | (0.15)  (237.45) | |

Sub total Charges ▶    (237.45)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.

All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

TOTAL INVOICE ▶    $9,418.85

—11—

| | P.O. Box 548 | | Invoice No. | A02141-01 |
|---|---|---|---|---|
| | Nogales AZ, 85628 USA | | **GROWERS and SHIPPERS** | |
| | | | Fax: (520) 281-9300 | |
| | | | Ph.: (520) 281-9534 | |

| | | |
|---|---|---|
| **SHIP TO** | **Pickup No.** | 03365-01 |
| *** S A M E *** | DATE SHIPPED: | 1/31/2008 |
| | DATE INVOICED: | 2/1/2008 |
| | P.O. NUMBER: | |
| | SALES TERMS: | FOB |
| | BROKER | P. D. G. PRODUCE, INC. |
| **SOLD TO** | TRUCK BROKER | |
| SAMMYS PRODUCE | TRUCK | |
| P.O. BOX 0095 | LICENSE NO.: | 1TL087 AZ |

Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,620 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.10 | 9,882.00 |

| 1,620 | Charges | Sub Total ▶ | 9,882.00 |
|---|---|---|---|
| | 1,620 Less Brokerage | (0.15) (243.00) | |

Sub total Charges ▶ (243.00)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa))
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

TOTAL INVOICE ▶ $9,639.00

—12—

P.O. Box 548
Nogales AZ, 85628

Invoice No. A02189-01

**GROWERS and SHIPPERS**

Fax: (520) 281-9300
Ph.: (520) 281-9534

| | |
|---|---|
| SHIP TO | |
| ***SAME*** | |

| | |
|---|---|
| Pickup No. | 03385-01 |
| DATE SHIPPED: | 2/1/2008 |
| DATE INVOICED: | 2/5/2008 |
| P.O. NUMBER: | |
| SALES TERMS: | FOB |
| BROKER | P. D. G. PRODUCE, INC. |
| TRUCK BROKER | |
| TRUCK | FAT BOY |
| LICENSE NO.: | S65382 AZ |

SOLD TO
SAMMYS PRODUCE
P.O. BOX 0095
Vista, CA 92085-0095 USA

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 1,617 | Roma Tomatoes 25 # Carton EXTRA LARGE | SPV | 6.10 | 9,863.70 |

| 1,617 | **Charges** | | Sub Total ▶ | 9,863.70 |
|---|---|---|---|---|
| | 1,617 Less Brokerage | (0.15) | (242.55) | |

Sub total Charges ▶ (242.55)

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa))
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)

TOTAL INVOICE ▶ $9,621.15

—13—



| | P.O. Box 548<br>Nogales AZ, 85628 | | Invoice No. | A02370-01 |
|---|---|---|---|---|
| | | | **GROWERS and SHIPPERS** | |
| | | | Fax: (520) 281-9300 | |
| | | | Ph.: (520) 281-9534 | |

| | | **Pickup No.** | 03489-01 |
|---|---|---|---|
| SHIP TO | | DATE SHIPPED: | 2/6/2008 |
| *** S A M E *** | | DATE INVOICED: | 2/21/2008 |
| | | P.O. NUMBER: | |
| | | SALES TERMS: | FOB |
| | | BROKER | P. D. G. PRODUCE, INC. |
| SOLD TO | | TRUCK BROKER | |
| SAMMYS PRODUCE | | TRUCK | MND RAPIDS |
| P.O. BOX 0095 | | LICENSE NO.: | R3361-70 AZ |
| Vista, CA 92085-0095 USA | | | |

| QTY | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | Tomatoes Vine Ripe 2 Layer 4x4 | SPV | 5.35 | 4,708.00 |
| 880 | Tomatoes Vine Ripe 2 Layer 4x5 | SPV | 5.35 | 4,708.00 |

| 1,760 | **Charges** | | Sub Total ▶ | 9,416.00 |
|---|---|---|---|---|
| | 1,760 Less Brokerage | | (0.15) | (264.00) |

| | | Sub total Charges ▶ | (264.00) |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to; 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

PAYMENT TERMS: PACA PROMPT (SEE 7 CFR SECTION 46.2 (aa)
(PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE)   TOTAL INVOICE ▶   $9,152.00   —14—