# EXHIBIT 1



# INVOICE



**MEYER, LLC**
Phone: (520) 281-9754 • Fax: (520) 761-4202

**Remit To:** Meyer, LLC - Account# 0315000588
200 Broadway Suite 78
King City, CA 93930

| Invoice No.: | 136678 |
|---|---|
| Invoice Date: | 02/15/2008 |
| Ship Date: | 02/14/2008 |
| Pay Terms: | Net 10 days |

**Sold To:** SAMMYS PRODUCE
P.O. BOX 0095
VISTA, CA 92085-0095

**Ship To:** SAMMYS PRODUCE
P.O. BOX 0095
VISTA, CA 92085-0095

Page 1 of 1

| Sale Terms: FOB | Salesperson: John McDaniel | Carrier: BELLSTON | |
|---|---|---|---|
| Order Date: 02/13/2008 | Via: Truck | Trailer lic: S-04096 | St: AZ |
| Buyer ID: 1584    PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Roma Tomato Medium 25# ctn Midgets Prod of Mexico - Mexico | 1520 | ctn | 5.85 | 8,892.00 |
| **INVOICE TOTAL:** | 1520 | | | **8,892.00** |

All items sold as organic, are organically grown in accordance with the California Organic Foods Act of 1990.
For organic products, our CDFA registration # is 27-0406

---

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

---

**CREDIT TERMS:**

21 days from shipment date with signed 21 day letter on file, otherwise payment is required within 10 Days. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law.

All Sales F.O.B. No Grade Contract. Good Delivery Standards Apply Excluding Bruising and/or Discoloration following bruising, Enlarged and Open Bud Clusters on Broccoli, and Blistering and/or Pealing due to Lettuce field freeze. In no event shall the price for any tomatoes accepted fall below the reference price of $0.2169 per pound FOB Nogales ("reference price") established by the December 4, 2002 Suspension Agreement signed by the grower/exporter of these tomatoes.

—8—