# EXHIBIT 1



# INVOICE

Prime Time Sales, LLC

**86-705 AVE. 54, STE A**
**COACHELLA, CA 92236**
**(760) 399-4166**

**Invoice #:** 145320
**Invoice:** Jan 11, 2008
**Ship:** Jan 10, 2008
**Pay Terms:** Net 10

**Customer Id:** SAMMYS

**Sold To:** Sammy's Produce
(A d/b/a of Samlis, Inc)
P.O. Box 0095
Vista CA 92085-0095
US

**Ship To:** Sammy's Produce
(A d/b/a of Samlis, Inc)
P.O. Box 0095
Vista CA 92085-0095
US

| Sale Terms: FOB | Salesperson: Jeff Taylor | Carrier: SAMMY'S | |
|---|---|---|---|
| Order: Jan 10, 2008 | Via: | Trailer lic: 8L12533 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description / Warehouse | | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| Beefsteak Tomato 2 Layer 5x5 Prime Time | BCS Produce | 880 | ctn | 14.95 | $13,156.00 |
| INVOICE TOTAL: | | 880 | | | $13,156.00 |

*File Copy*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.