# EXHIBIT 1



**P.O. Box 6071**
**Nogales, AZ 85628**
**520-377-2401   Fax #520-281-4639   vanal@qwestoffice.net**

# Invoice / Balance Due

| Date | Invoice # |
|---|---|
| 1/15/08 | 10305 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| P.O. No. | Terms | Ship Date | Due Date | Rep | Truck |
|---|---|---|---|---|---|
| | PACA Prompt | 1/14/08 | 2/5/08 | CMP | Fat Boy |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 880 | Flats VR Toms 4x4 | Lances | Vanal 6976 | 7.00 | 6,160.00 |
| 792 | Flats VR Toms 4x5 | Lances | Vanal 6976 | 7.00 | 5,544.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

*PAST DUE*

| | |
|---|---|
| **Invoice Total** | $11,704.00 |
| **Payments/Credits** | $-10,004.30 |
| **Balance Due** | $1,699.70 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.



**Vanal** Distributing Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401   Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/22/08 | 10372 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|-----------|----------|-------|----------|-----|-----------|---------|
| 9289 | | PACA Prompt | 2/12/08 | CMP | 1/21/08 | Meyer |

| Qty | Description | Label | Shipper | Price | Amount |
|-----|-------------|-------|---------|-------|--------|
| 1,520 | Ctns Mature Green Tom's XL | Meyer | Vanal 6800 | 7.00 | 10,640.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

**PAST DUE**

**Invoice Total**    $10,640.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.

-10-



**Vanal** Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
520-377-2401     Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

Invoice No: 10445
Invoice Date: 1/31/08
Ship Date: 1/30/08
Terms: PACA Prompt
Due Date: 2/21/08

Bill To:

Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

Ship To:

Sammy's Produce

Order No: 9353     P.O. No:     Rep: CMP     Carrier Name: Red Line

| Qty | Description | Label | Shipper | Price | L/C | Amount |
|---|---|---|---|---|---|---|
| 1,760 | Flats VR Toms 5x5 | Del Greco | Delta 1886 | | 0.25 | 440.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**     $440.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.



**Vanal** Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
520-377-2401   Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

Invoice No: 10448
Invoice Date: 1/31/08
Ship Date: 1/30/08
Terms: PACA Prompt
Due Date: 2/21/08

**Bill To:**

Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**Ship To:**

Sammy's Produce

Order No: 9356    P.O. No:     Rep: CMP    Carrier Name: Villegas

| Qty | Description | Label | Shipper | Price | L/C | Amount |
|---|---|---|---|---|---|---|
| 1,760 | Flats VR Toms 5x5 | Del Greco | Delta 1903 | 5.00 | 0.25 | 440.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**  $440.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.

—12—



**Vanal Distributing, Inc.**

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401     Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/08 | 10864 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9720 | | PACA Prompt | 4/4/08 | CMP | 3/13/08 | JB & Son |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 1,520 | Ctns Roma Tom's XL | Wilson | Vanal 6599 | 6.20 | 9,424.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**  $9,424.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.

—13—



# Vanal Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401   Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/15/08 | 10879 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9729 | | PACA Prompt | 4/5/08 | CMP | 3/14/08 | Villegas |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 1,520 | Ctns Roma Tom's XL | Wilson (Inspection) | Vanal 6397 | 1.00 | 1,520.00 |
| 1 | Freight | | | 0.00 | 0.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**  $1,520.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.

—14—



# Vanal Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401    Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/08 | 11196 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9956 | | PACA Prompt | 4/8/08 | CMP | 3/17/08 | Salas |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 1,520 | Ctns Roma Tom's XL | Wilson | Vanal 5638 | 7.00 | 10,640.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**    $10,640.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.

-15-



# Vanal Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401    Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/26/08 | 10948 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9792 | | PACA Prompt | 4/16/08 | CMP | 3/25/08 | J&D |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 320 | Ctns Roma Tom's Small | Kaliroy | Vanal 5664 | 10.20 | 3,264.00 |
| 80 | Ctns VR Tom's VF 6x6 25# | Kaliroy | Vanal 5664 | 11.20 | 896.00 |
| 176 | Flats VR Toms 4x5 | Kaliroy | Vanal 5664 | 11.20 | 1,971.20 |
| 528 | Flats VR Toms 5x5 | Kaliroy | Vanal 5664 | 9.20 | 4,857.60 |
| 88 | Flats VR Toms 5x6 | Kaliroy | Vanal 5664 | 9.20 | 809.60 |
| 480 | Ctns Roma Tom's Small | Paloma | Vanal 5664 | 11.20 | 5,376.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**  $17,174.40

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.



**Vanal** Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401    Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/08 | 11005 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA  92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9796 | | PACA Prompt | 4/17/08 | CMP | 3/26/08 | Bazua |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 1,600 | Ctns Roma Tom's Small | Paloma | Vanal 5672 | 11.20 | 17,920.00 |

We are reminding you that our
terms are PACA prompt.
You are currently in default.
Any questions, please call
Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**    $17,920.00



**Vanal** Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401   Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/08 | 11006 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9797 | | PACA Prompt | 4/17/08 | CMP | 3/26/08 | Bellston |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 720 | Ctns Roma Tom's Small | DJ | Vanal 5673 | 12.20 | 8,784.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**  $8,784.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.

-18-



**Vanal**
*Distributing, Inc.*

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401    Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/28/08 | 11018 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9808 | | PACA Prompt | 4/18/08 | CMP | 3/27/08 | Bellston |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 80 | Ctns Roma Tom's Small | Paloma | Vanal 5675 | 11.20 | 896.00 |
| 560 | Ctns Roma Tom's Small | Double G | Vanal 5675 | 11.20 | 6,272.00 |
| 320 | Ctns Roma Tom's Small | Paloma | Vanal 5675 | 11.20 | 3,584.00 |
| 480 | Ctns Roma Tom's Small | Tepeyac | Vanal 5675 | 11.20 | 5,376.00 |

We are reminding you that our
terms are PACA prompt.
You are currently in default.
Any questions, please call
Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**    $16,128.00



**Vanal Distributing, Inc.**

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401   Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/08 | 11069 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9851 | 13585 | PACA Prompt | 4/23/08 | CMP | 4/1/08 | Redline |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 440 | Flats VR Toms 5x5 | Chiquita | Vanal 5684 | 15.45 | 6,798.00 |
| 88 | Flats VR Toms 5x6 | Chiquita | Vanal 5684 | 13.45 | 1,183.60 |
| 160 | Ctns Roma Tom's Small | Paloma | Vanal 5684 | 13.20 | 2,112.00 |
| 880 | Ctns Roma Tom's Small | Double G | Vanal 5684 | 13.20 | 11,616.00 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total**   $21,709.60

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.



**Vanal** Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401
vanal@qwestoffice.net   Fax # 520-281-4639

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/08 | 11073 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9854 | 13584 | PACA Prompt | 4/23/08 | CMP | 4/1/08 | Sammy's |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 88 | Flats VR Toms 4x4 | DF | Vanal 5687 | 13.20 | 1,161.60 |
| 88 | Flats VR Toms 5x5 | DF | Vanal 5687 | 11.20 | 985.60 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

We appreciate your business! Thank you.

**Invoice Total** $2,147.20



# Vanal Distributing, Inc.

P.O. Box 6071
Nogales, AZ 85628
Tel # 520-377-2401    Fax # 520-281-4639
vanal@qwestoffice.net

# Invoice

| Date | Invoice # |
|---|---|
| 4/3/08 | 11078 |

**Bill To**
Sammy's Produce
P.O. Box 0095
Vista, CA 92085-0095

**Ship To**
Sammy's Produce

| Order No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Carrier |
|---|---|---|---|---|---|---|
| 9859 | 13588 | PACA Prompt | 4/24/08 | CMP | 4/2/08 | Trans Express |

| Qty | Description | Label | Shipper | Price | Amount |
|---|---|---|---|---|---|
| 220 | Ctns Roma Tom's Med | Alfred | Vanal 5639 | 13.20 | 2,904.00 |
| 1,355 | Ctns Roma Tom's Small | Wildcat | Vanal 5639 | 11.20 | 15,176.00 |
| 7 | Ctns Roma Toms Lge | Wildcat | Vanal 5639 | 13.20 | 92.40 |

We are reminding you that our terms are PACA prompt. You are currently in default. Any questions, please call Diana at 520-377-2401.

**Price Adjustment**

**Invoice Total** $18,172.40

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (C) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. No claims accepted unless supported by USDA inspection within 24 hours from arrival.