08cv914-JLS(JMA)

**Sucasa Produce et al.**

**-v-**

**Sammy's Produce, Inc. et al.**

**STRICKEN PER ORDER [45]**

**41**