PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone:    (949) 752-2911
Facsimile:    (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Elise@rjlaw.com


Attorneys for Plaintiffs
SUCASA PRODUCE, et al.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; P.D.G. PRODUCE, INC., an Arizona corporation; EXPO FRESH, LLC, a California limited liability company; H.M. DISTRIBUTORS, INC., an Arizona corporation; PRIME TIME SALES, LLC, a California limited liability company; VANAL DISTRIBUTING, INC., an Arizona corporation, DEL CAMPO SUPREME, INC., an Arizona corporation; MEYER, LLC, a California limited liability company, <br><br> Plaintiffs <br><br> vs. <br><br> SAMMY'S PRODUCE, INC., a California corporation; CALIFORNIA PRODUCE EXCHANGE, INC., a California corporation; US FARMS, INC., a California corporation; WORLD GARLIC & SPICE INC., a California corporation; AMERICAN NURSERY EXCHANGE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; DARIN PINES, an individual, <br><br> Defendants. | CASE NO. 08-cv-914 JLS (JMA) <br><br> **DECLARATION OF PATRICIA J. RYNN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR ORDER SHORTENING TIME FOR LEAVE TO AMEND COMPLAINT AND TO EXPAND THE PRELIMINARY INJUNCTION, AND NOTICE TO OPPOSING COUNSEL** <br><br> **DATE:    Thursday, August 28, 2008** <br> **TIME:    1:30 p.m.** <br> **ROOM:    6** |

1

I, PATRICIA J. RYNN, declare as follows:

1.    I am a partner with the law firm of Rynn & Janowsky, LLP, attorneys of record for Plaintiffs herein, SUCASA PRODUCE. ("Sucasa"), and P.D.G. PRODUCE, INC. ("PDG") (hereinafter referred to collectively as "Plaintiffs"), and I make this declaration in support Plaintiffs' motion for leave to amend complaint and to expand the preliminary injunction.

2.    I have personal knowledge of all matters stated in this declaration and if called as a witness, I would and could competently testify thereto.

3.    Plaintiffs seek leave from the Court to amend their Complaint to add additional Plaintiffs:  EXPO FRESH, LLC, H.M. DISTRIBUTORS, INC., PRIME TIME SALES, LLC, VANAL DISTRIBUTING, INC., DEL CAMPO SUPREME, INC., and MEYER, LLC (collectively "Additional Plaintiffs"); and to add additional Defendants: CALIFORNIA PRODUCE EXCHANGE, INC. ("Cali Pro"), US FARMS, INC. ("US Farms"), WORLD GARLIC & SPICE INC. ("World Garlic"), and AMERICAN NURSERY EXCHANGE, INC. ("American Nursery") (collectively "Additional Defendants").   This amendment is sought because: (1) the Additional Plaintiffs are trust creditors under the Perishable Agricultural Commodities Act, 7 U.S.C. sec. 499a, *et seq.* ("PACA") of Defendants and their claims are nearly identical to the existing Plaintiffs; and (2) the Additional Defendants are alter egos of Defendant SAMMY'S PRODUCE, INC. ("Sammy's").

4.    Subsequent to filing the Complaint in this action, I was contacted by the Additional Plaintiffs to represent their claims against Defendants.

5.    On or about June 17, 2008, Defendants Sammy's, YAN SKWARA ("YS"), SAMUEL V. NUCCI ("SN"), and DARIN PINES ("DP") filed responsive pleadings with the Court and therefore Plaintiffs seek leave to amend the Complaint under Federal Rules of Civil Procedure 15(a)(2).

6.    New information has been discovered leading that the Additional Defendants are alter egos of Defendant Sammy's.  The corporate structure of Defendant Sammy's and the Additional Defendants are incestuous and blur any individuality and separateness between

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

2

Defendants them.  In addition, Defendant Sammy's and the Additional Defendants have commingled their financial affairs making transactions a clear piercing of the corporate veil.

7.    Specifically, Sammy's, Cali Pro, US Farms, World Garlic, and American Nursery conduct business from the same business location of 1635 Rosecrans Street, San Diego, California 92106.  Attached as **Exhibit 1** are copies of the "business search corporations" from the California Secretary of State identifying this business location for each corporate defendant.

8.    World Garlic pays the debts owed by Defendant Sammy's.  For example, World Garlic remitted check number 1100 in the amount of $20,000.00 to Plaintiff Vanal Distributing, Inc. as partial payment for produce purchased by Defendant Sammy's.  Attached as **Exhibit 2** is a copy of World Garlic's check.

9.    American Nursery pays the debts owed by Defendant Sammy's.  For example, American Nursery remitted check number 1498 in the amount of $20,000.00 to Plaintiff Vanal Distributing, Inc., as partial payment for produce purchased by Defendant Sammy's.  Attached as **Exhibit 3** is a copy of American Nursery's check.

10.    Defendant YS is the principal corporate officer for Sammy's, Cali Pro, US Farms, World Garlic, and American Nursery.  Attached as **Exhibit 4** are copies of "People At Work" search research from www.accurint.com (a public records database) that identify Defendant YS as President for each corporation.

11.    In addition, the U.S. Department of Agriculture, Fruit and Vegetable Programs, PACA department confirms that Defendant YS is the principal officer for Sammy's, Cali Pro, and World Garlic.  Attached as **Exhibit 5** are copies of "Search PACA" search results from http://apps.ams.usda.gov/pacasearch that identify Defendant YS as the reported principal officer.

12.    The same "Search PACA" search result attached as Exhibit 5 also identify Cali Pro as having ownership interest in Sammy's and US Farms as having ownership interest in Cali Pro.

13.    American Nursery's website at www.american-nursery-exchange.com identifies American Nursery as a US Farms's company.  Attached as **Exhibit 6** is copy of said webpage.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

3

14.     Defendant YS controls the day-to-day operations of Sammy's, Cali Pro, US Farms, World Garlic, and American Nursery.  For example, Defendant YS has check writing authority for Sammy's, American Nursery and World Garlic.  Attached as **Exhibit 7** are copies of Sammy's check nos. 11108 for $5,000.00 and 11113 for $2,000.00, which bear the signature of Defendant YS and which match the signatures on World Garlic's check (Exhibit 2) and American Nursery's check (Exhibit 3).

15.     Sammy's has made loan payments in amounts at least as great as $182,350.00 to US Farms during the first and second quarters of 2008.  The Balance Sheet provided by Sammy's counsel on May 28, 2008 establishes that Sammy's made payments totaling $145,050.00 toward a note from its parent company, which I believe is US Farms, Inc., during the first quarter of 2008; the same time period in which Plaintiff P.D.G Produce was attempting to collect the amounts due it for produce sold to Sammy's.  Consequently, there is reason to believe that Sammy's may have diverted and its parent company received PACA Trust assets belonging to Plaintiffs in breach of the trust.  Furthermore, according to my review of the Sammy's balance sheet provided to the court by Defendant YS on June 16, 2008, Sammy's made another payment of $37,300.00 to its parent company on the note in April of 2008.  This was at the same time both Plaintiffs were attempting to recover PACA Trust assets from Sammy's which rightfully belong to them.

16.     On June 18, 2008, I sent a written demand to counsel for Sammy's asking that US Farms return to Sammy's the nearly $200,000.00 in loan payments US Farms received in violation of the PACA trust. A true and correct copy of my correspondence to Mr. Pease attached hereto as **Exhibit 8**.  Counsel for Sammy's responded to my demand by telling me that US Farms lost over $3,000,000.00 last year alone, and that US Farms does not have $200,000.00 lying around to reimburse the trust creditors of Sammy's.  Please refer to Mr. Pease's response which is labeled **Exhibit 9** and attached hereto.  Based upon my review of the financial information and my discussions with Mr. Pease, US Farms not only siphoned trust assets from its subsidiary Sammy's to repay itself for the capital it initially loaned to its subsidiary, Sammy's, in violation  of the statutory PACA trust rights of plaintiffs, but US Farms too, has apparently now

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

4

dissipated these "high-jacked" PACA trust assets.  Under PACA, the trust assets misappropriated by US Farms rightfully belong to the plaintiff trust beneficiaries, and must therefore be disgorged.

17.     On June 24, I had a telephone conversation with Mr. Pease wherein he discussed a settlement reached with one of Sammy's accounts, and asked that we release a portion of the funds received per the settlement to him for attorneys' fees for the collection activities.  He said that Defendant YS had been directing him which accounts against which to bring actions on behalf of Sammy's, but that US Farms was without the funds to pay his legal fees, and occasionally, US Farms could not even cover the $350.00 filing fee.  I reiterated that US Farms unlawfully removed cash proceeds and PACA trust assets from Sammy's account over the past several months, and that these funds had to be returned to Sammy's account.  I suggested that he enlist the assistance of Defendant SN to collect the receivables, and advised Mr. Pease that we were willing to discuss a fee arrangement with him for the collection work remaining, provided we could discuss the accounts with Defendant SN, direct him as to which receivables to collect, and could review the underlying documentation.  I added that I found the dire financial condition of US Farms as he described it to be both shocking and of great concern to us, and that we would consequently be compelled to request that the Court to expand the Preliminary Injunction to cover and preserve for PACA creditors any remaining assets of Sammy's parent Company, US Farms, as well as Cali Pro, American Nursery, and World Garlic,  the latter two of which made payments to Sammy's produce creditors for sums Sammy's owed such creditors.  Finally, I assured Mr. Pease that while we appreciated the efforts he was making to collect the receivables of Sammy's, the amounts he was collecting represented an almost imperceptible portion of the total aggregate amount due to all of the PACA Trust creditors [$832,243.55], and that something more needed to be done quickly if the PACA creditors were to have any meaningful chance to recover the sums due them.  Mr. Pease advised that he would discuss this with his client and get back to me.

18.     I did not hear back from Mr. Pease that day or the next day and I called him again on Thursday, June 26 and left a voice mail.  Not having spoken with Mr. Pease since I left the

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

08-188/Dec. of PJR in Support of Motions to Amend and to Expand PI, Notice.doc

voice mail on June 26, I left another voicemail for him on Monday, June 30, notifying him that I would be filing a motion to amend the complaint to include our new plaintiffs and new corporate defendants, and that I would also be filing a Motion for an Order Shortening Time to have our Motion on the Preliminary Injunction heard.  Mr. Pease responded to my voicemail with an e-mail stating that he was preoccupied on another matter but would get back to me.  I also placed calls to Mr. Testa on June 24 and June 30, and left voicemails on both dates, but have not received a return call from him.  Courtesy copies of all pleadings e-filed with the court concerning the Request for Order Shortening Time, the Motion to Amend, and our Motion to Expand the preliminary Injunction have been sent to the offices of Mr. Pease and Mr. Testa via Federal Express for delivery on the morning of Monday, July 7, 2008.

19.     This law firm was retained by Plaintiffs on or about May 16, 2008, to represent them in this matter.  As of June 30, 2008, my firm has expended 80.80 hours on this matter resulting in attorneys' fees in the amount of $21,721.50 (calculated at $350.00 per hour for partners, $250.00 per hour for associates, and $125.00 per hour for paralegals), plus the initial filing fee of $350.00.  Additionally, finance charges have continued to accrue on all past due balances from the time each invoice became due.  As of the date of this filing, finance charges for all Plaintiffs total $60,211.93.  Accordingly, for reasons that are established in the Amended Complaint and Memorandum of Points and Authorities filed concurrently herewith, I am requesting that all Plaintiffs be allowed to recover their attorney's fees, costs, and finance charges in the cumulative amount of $82,283.43.

20.     Clearly, Plaintiffs have shown that Defendants and the Additional Defendants structure and transactions have pierced the corporate veil and Plaintiffs should be allowed to amend their Complaint and have the preliminary injunction order expanded accordingly.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3rd of July 2008 at Newport Beach, California.

_____/s/ Patricia J. Rynn_____
PATRICIA J. RYNN

08-188/Dec. of PJR in Support of Motions to Amend and to Expand PI, Notice.doc

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

# EXHIBIT 1

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JUN 13, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CALIFORNIA PRODUCE EXCHANGE, INC. | | |
| **Number:** C2596822 | **Date Filed:** 8/28/2006 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 1635 ROSECRANS ST | | |
| SUITE D | | |
| SAN DIEGO, CA 92106 | | |
| Agent for Service of Process | | |
| ** RESIGNED ON 04/11/2008 | | |
| | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 13, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| US FARMS, INC. | | |
| **Number:** C2653828 | **Date Filed:** 5/14/2004 | **Status:** active |
| **Jurisdiction:** NEVADA | | |
| **Address** | | |
| 1635 ROSECRANS ST STE D | | |
| SAN DIEGO, CA 92106 | | |
| **Agent for Service of Process** | | |
| LAWRENCE TAGGART | | |
| 1521 KIMBERLY WOODS DR | | |
| EL CAJON, CA 92020 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JUN 13, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WORLD GARLIC & SPICE, INC. | | |
| **Number:** C2990957 | **Date Filed:** 5/29/2007 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1635 ROSECRANS ST STE C | | |
| SAN DIEGO, CA 92106 | | |
| **Agent for Service of Process** | | |
| ** RESIGNED ON 04/11/2008 | | |
| | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 13, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| AMERICAN NURSERY EXCHANGE, INC. | | |
| **Number:** C2884215 | **Date Filed:** 6/12/2006 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1635 ROSECRANS ST SUITE D | | |
| SAN DIEGO, CA 92106 | | |
| **Agent for Service of Process** | | |
| ** RESIGNED ON 04/11/2008 | | |
| | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 13, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| SAMMY'S PRODUCE, INC. | | |
| **Number:** C2599919 | **Date Filed:** 3/21/2007 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1635 ROSECRANS ST STE D | | |
| SAN DIEGO, CA 92106 | | |
| **Agent for Service of Process** | | |
| ** RESIGNED ON 04/11/2008 | | |
| | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT 2

**World Garlic & Spice, Inc.**
1635 Rosecrans, Suite C
San Diego, CA 92106

Washington Mutual Bank, FA
90-7162/3222

1100

5/2/2008

PAY TO THE
ORDER OF    Vanal Distributing

$ *20,000.00

Twenty Thousand and 00/100************************************************************************************    DOLLARS

Vanal Distributing

MEMO

⑆001100⑈ ⑆322271627⑈ 884128333O⑈

# EXHIBIT 3



# EXHIBIT 4

24/7 Search and Technical Assistance 1-800-543-6862
Main Menu | My Account | Print | Contact Us | Log Out



| People | Businesses | Assets | Licenses | Phones | Courts |

Business Search
Corporation Filings
National UCC Filings
Internet Domains
Dun & Bradstreet
Delaware Corporations
Business Credit
Business InstantID
Provider Search
Provider Sanction Search

**Last Name**

**Street Address**

**FEIN**

ie    SSN      Company Name

    State    Zip

CA     SAMMY'S PRODUCE, II

Reference Code:
08-188

**Output Type:** ○ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**SEARCH:** Company: SAMMY'S PRODUCE, INC. State: CA

### Search completed

       1 to 1 of 1

Edit Search | New Search

Click Below for Next Steps

Next Steps

**SEARCH:** Company: SAMMY'S PRODUCE, INC. State: CA

| Person Info | Company Info | Dates | Confidence |
|---|---|---|---|
| All | | | |
| Name - YAN K SKWARA | Company - SAMMY'S PRODUCE, INC. | Jul 07 | HIGH |
| Title - PRESIDENT | Address - 1635 ROSECRANS ST STE D, SAN DIEGO CA 92106-2278 | | |

Click Icons Below To Run a Report

Export to Excel

       1 to 1 of 1

Edit Search | New Search

**SEARCH:** Company: SAMMY'S PRODUCE, INC. State: CA

https://secure.accurint.com/app/bps/main



**People** | **Businesses** | **Assets** | **Licenses** | **Phones** | **Courts**

**Output Type:** ⦿ Formatted HTML    ◯ Cut and Paste / Printer Friendly Text (No Reports)

The Public Records and commercially available data sources used in this system have have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

| | | |
|---|---|---|
| **Last Name** | **First Name** | **Middle Name** | **SSN** | **Company Name** |

california produce excha

| **Street Address** | **City** | **State** | **Zip** |

CA

**FEIN**     **Phone Number**

**Reference Code:**
08-188

**Search completed**

**SEARCH:** Company: california produce exchange, Inc. State: CA

1 to 3 of 3
Edit Search | New Search

**Click Below for Next Steps**

| Person Info | Company Info | Dates | Confidence |
|---|---|---|---|

**All**



Name - YAN K SKWARA
COPY   Title - PRESIDENT

Name - YAN SKWARA
COPY   Title - CONTACT

Company - CALIFORNIA PRODUCE EXCHANGE, INC.
Address - 1635 ROSECRANS ST STE D, SAN DIEGO CA 92106-2278

Company - CALIFORNIA PRODUCE EXCHANGE INC
Address - 1635 ROSECRANS ST STE D, SAN DIEGO CA 92106-2278

Sep 06 - Jul 07

HIGH    Next Steps

HIGH    Next Steps

**Click Icons Below To Run a Report**

24/7 Search and Technical Assistance 1-800-543-6862
Main Menu | My Account | Print | Contact Us | Log Out

https://secure.accurint.com/app/bps/main

**People | Businesses | Assets | Licenses | Phones | Courts**

**Output Type:** ⦿ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

Last Name | First Name | Middle Name | SSN | Company Name

us farms, inc.

Street Address | City | CA | Zip

FEIN | Phone Number

Reference Code:
08-188

The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**

SEARCH: Company: us farms, inc. State: CA

Edit Search | New Search

**1 to 41 of 41**

Click Below for Next Steps

| All | Person Info | Company Info | Dates | Confidence | |
|-----|-------------|--------------|-------|------------|---|
| COPY | Name - IRAJ SHADFAR | Company - US FARMS, INC. | Nov 07 - Apr 08 | HIGH | Next Steps |
| | Title - VP SALES & MKTG | Address - SAN DIEGO CA | | | |
| COPY | Name - IRAJ SHADFAR | Company - US FARMS, INC. | Nov 07 - Apr 08 | HIGH | Next Steps |
| | Title - VP SALES & MARKETING, GARLIC & | Address - SAN DIEGO CA | | | |

Click Icons Below To Run a Report

-20-

6/20/2008 3:16 PM



COPY
Name - DONALD HEJMANOWSKI
Title - DIRECTOR
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 07 - Apr 08    HIGH    Next Steps

COPY
Name - SAM NUCCI
Title - VP SALES
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 07 - Apr 08    HIGH    Next Steps

COPY
Name - DARIN PINES
Title - COO
SSN - 553-35-xxxx
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 07 - Apr 08    HIGH    Next Steps

COPY
Name - YAN K SKWARA
Title - PRES-CFO-CHB-CEO
SSN - 560-55-xxxx
Company - US FARMS, INC.
Address - SAN DIEGO CA
Jun 07 - Apr 08    HIGH    Next Steps

COPY
Name - YAN K SKWARA
Title - PRESIDENT
Email - www.usfarmsinc.com
SSN - 560-55-xxxx
Company - US FARMS INC
Address - 1635 ROSECRANS ST STE C, SAN DIEGO CA 92106-2278
Phone - 858-488-7775
Jul 06 - Apr 08    HIGH    Next Steps

COPY
Name - DARIN A PINES
Title - CHIEF OPERATING OFFICER
SSN - 553-35-xxxx
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Mar 08    HIGH    Next Steps

COPY
Name - YAN K SKWARA
Title - PRESIDENT
SSN - 560-55-xxxx
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
May 07 - Mar 08    HIGH    Next Steps

COPY
Name - SAM NUCCI
Title - VICE PRESIDENT OF SALES AND MARKETI
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Apr 07 - Mar 08    HIGH    Next Steps

COPY
Name - E RANDALL GRUBER
Title - INDEPENDENT AUDITOR
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Apr 07 - Mar 08    HIGH    Next Steps

COPY
Name - DONALD L HEJMANOWSKI
Title - BOARD MEMBER
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Apr 07 - Mar 08    HIGH    Next Steps

COPY
Name - YAN K SKWARA
Title - CHIEF EXECUTIVE OFFICER
Email - Yan.Skwara@usfarmsinc.com
SSN - 560-55-xxxx
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Feb 07 - Mar 08    HIGH    Next Steps

COPY
Name - YAN K SKWARA
Title - CHIEF EXECUTIVE OFFICER
SSN - 560-55-xxxx
Company - US FARMS INC
Address - 3803 MISSION BLVD STE 290, SAN DIEGO CA 92109-7068
Nov 07 - Feb 08    HIGH    Next Steps

COPY
Name - YAN K SKWARA
Title - CHIEF EXECUTIVE OFFICER
Email - Yan.Skwara@usfarmsinc.com
SSN - 560-55-xxxx
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775

Name - NEAL FORD
Title - CORPORATE CONTROLLER
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Nov 07 - Feb 08
HIGH
Next Steps

Name - IRA J SHADFAR
Title - VICE PRESIDENT SALES AND MARKETING
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Nov 07 - Feb 08
HIGH
Next Steps

Name - DONALD L HEJMANOWSKI
Email - dhejmanowski@usfarmsinc.net
Title - BOARD OF DIRECTORS, DIRECTOR
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Apr 07 - Nov 07
HIGH
Next Steps

Name - KEVIN KAZARIAN
Title - PRESIDENT
SSN - 449-75-xxxx
Company - US FARMS, INC.
Address - 16311 VENTURA BLVD STE 1275, ENCINO CA 91436-4365
Oct 01 - Jul 07
HIGH
Next Steps

Name - YAN K SKWARA
Title - PRESIDENT
SSN - 560-55-xxxx
Company - US FARMS INC
Address - 1635 ROSECRANS ST STE C, SAN DIEGO CA 92106-2278
Phone - 858-488-7775
Jul 07
HIGH
Next Steps

Name - YAN K SKWARA
Title - PRES CFO CHB CEO
SSN - 560-55-xxxx
Company - U.S. FARMS, INC.
Address - SAN DIEGO CA
Jun 07
HIGH
Next Steps

Name - YAN K SKWARA
Title - PRES-CHB
Company - US FARMS, INC.
Address - SAN DIEGO CA
Dec 06 - May 07
HIGH
Next Steps

Name - YAN K SKWARA
Title - BOARD MEMBER
SSN - 560-55-xxxx
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Apr 07
HIGH
Next Steps

Name - SAM NUCCI
Email - SNucci@usfarmsinc.net
Title - MEMBER, TEAM
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Apr 07
HIGH
Next Steps

Name - ROBERT GATES
Title - DEFENSE SECRETARY
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Jan 07
HIGH
Next Steps

Name - MIKE G HEAVICAN
Title - ATTORNEY
Company - US FARMS, INC.
Address - 1220 ROSECRANS ST STE 328, SAN DIEGO CA 92106-2674
Phone - 858-488-7775
Dec 06
HIGH
Next Steps

Name - GORDON F LEE
Title - CEO
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 06
HIGH
Next Steps

Name - YAN K SKWARA
Title - CHB
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 06

Name - MANOLO CEVALLOS
Title - PRES
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 06

Name - LONN PAUL
Title - CORP SEC
SSN - 558-59-xxxx
Company - US FARMS, INC.
Address - SAN DIEGO CA
Nov 06

Name - DARREN PINES
Title - DIRECTOR
Email - dpines@usfarmsinc.net
SSN - 476-38-xxxx
Company - US FARMS , INC.
Address - 1220 ROSECRANS ST STE 328, SAN
DIEGO CA 92106-2674
Phone - 858-488-7775
Oct 06

Name - KOFI ANNAN THURSDAY
Title - PRESIDENT
Company - US FARMS , INC.
Address - 1220 ROSECRANS ST STE 328, SAN
DIEGO CA 92106-2674
Phone - 858-488-7775
Nov 06

Name - KOFI ANNAN THURSDAY
Title - SECRETARY-GENERAL
Company - US FARMS , INC.
Address - 1220 ROSECRANS ST STE 328, SAN
DIEGO CA 92106-2674
Phone - 858-488-7775
Sep 06

Name - JOE TRUJILLO
Title - SENIOR FIELD REPRESENTATIVE
Company - US FARMS , INC.
Address - 1220 ROSECRANS ST STE 328, SAN
DIEGO CA 92106-2674
Phone - 858-488-7775
Sep 06

Name - GARY LEAVER
Title - LEADERSHIP TEAM WORKSHOPS
BNI FAIR
Company - US FARMS , INC.
Address - 1220 ROSECRANS ST STE 328, SAN
DIEGO CA 92106-2674
Phone - 858-488-7775
Sep 06

Name - KEVIN KAZARIAN
Title - PRES
SSN - 449-75-xxxx
Company - US FARMS INC
Address - ENCINO CA
Aug 06

Name - SAM NUCCI
Email - www.usfarmsinc.com
Title - VICE PRESIDENT-SALES &
MARKETING, T
Company - US FARMS, INC.
Address - 1635 ROSECRANS ST STE C, SAN
DIEGO CA 92106-2278
Phone - 858-488-7775
Nov 05

Name - YAN K SKWARA
Email - www.usfarmsinc.com
Title - CHAIRMAN, PRESIDENT,
FOUNDER, CHIEF
SSN - 560-55-xxxx
Company - US FARMS, INC.
Address - 1635 ROSECRANS ST STE C, SAN
DIEGO CA 92106-2278
Phone - 858-488-7775

Name - DARIN PINES
Email - www.usfarmsinc.com
Title - CHIEF OPERATING OFFICER
SSN - 553-35-xxxx
Company - US FARMS, INC.
Address - 1635 ROSECRANS ST STE C, SAN
DIEGO CA 92106-2278
Phone - 858-488-7775








**Export to Excel**

COPY

Name - **ERIC SARKSIANS**
SSN - 568-63-xxxx

Company - US FARMS INC
Address -
16311 VENTURA BLVD STE 1275, ENCINO CA 91436-4365

 

HIGH

**Next Steps**

COPY
Name - DONALD HEJMANOWSKI
Email - www.usfarmsinc.com
Title - DIRECTOR

Company - US FARMS, INC.
Address - 1635 ROSECRANS ST STE C, SAN DIEGO CA 92106-2278
Phone - 858-488-7775

HIGH

**Next Steps**

COPY
Name - **ERIC SARKAIAN**

Company - US FARMS INC
Address -
16311 VENTURA BLVD STE 1275, ENCINO CA 91436-4365

HIGH

**Next Steps**

  

**1 to 41 of 41**

Edit Search | New Search

SEARCH: Company: us farms, inc. State: CA

People | Businesses | Assets | Licenses | Phones | Courts

**Last Name**  **First Name**  **Middle Name**  **SSN**  **Company Name**

world garlic & spice

**Street Address**  **City**  **State** CA  **Zip**

**FEIN**  **Phone Number**

**Reference Code:** 08-188

**Output Type:** (•) Formatted HTML    ( ) Cut and Paste / Printer Friendly Text (No Reports)

The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Click Icons Below To Run a Report




**SEARCH:** Company: world garlic & spice State: CA


Export to Excel

**Search completed**

1 to 1 of 1
Edit Search | New Search

| All | Person Info | Company Info | Dates | Confidence |
|---|---|---|---|---|
| Name - YAN SKWARA | Company - WORLD GARLIC & SPICE, INC. | Jan 08 | HIGH |
| Title - PRESIDENT | Address - 1635 ROSECRANS ST STE C, SAN DIEGO CA 92106-2278 | | |
| SSN - 560-55-xxxx | | | |

Click Below for Next Steps
Next Steps

1 to 1 of 1
Edit Search | New Search

**SEARCH:** Company: world garlic & spice State: CA

People | Businesses | Assets | Licenses | Phones | Courts

Last Name | First Name | Middle Name | SSN | Company Name

AMERICAN NURSERY

Street Address | City | State CA | Zip

FEIN | Phone Number

Reference Code: 08-188

Output Type:  ⦿ Formatted HTML.  ◯ Cut and Paste / Printer Friendly Text (No Reports)

The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Search completed

SEARCH: Company: AMERICAN NURSERY EXCHANGE State: CA

Records 1 to 4 of 4

Edit Search | New Search

Click Below for Next Steps

**Click Below To Run a Report**

| | Person Info | Company Info | Dates | Confidence | |
|---|---|---|---|---|---|
| SSN COPY | All | Company - AMERICAN NURSERY EXCHANGE INC. Address - 1348 RAINBOW VALLEY BLVD, FALLBROOK CA 92028-9774 Phone - 760-451-9793 | Jan 08 - Mar 08 | | Next Steps |
| SSN COPY | Name - STEVE CONIBEAR SSN - 616-01-xxxx | Company - AMERICAN NURSERY EXCHANGE INC. Address - 1348 RAINBOW VALLEY BLVD, FALLBROOK CA 92028-9774 Phone - 760-451-9793 | Jan 08 - Mar 08 | LOW | Next Steps |
| SSN COPY | Name - ADELA GARCIA SSN - 731-03-xxxx | Company - AMERICAN NURSERY EXCHANGE INC. Address - 1348 RAINBOW VALLEY BLVD, FALLBROOK CA 92028-9774 Phone - 760-451-9793 | Jan 08 - Mar 08 | LOW | Next Steps |

**Export to Excel**

Name - YAN K SKWARA
COPY  Title - PRESIDENT
Company - AMERICAN NURSERY EXCHANGE, INC.
Address - 1635 ROSECRANS ST STE D, SAN DIEGO CA 92106-2278

Jul 06 - Jul 07    HIGH    **Next Steps**

Name - JASON BERKES
COPY  Title - PRESIDENT
Company - AMERICAN NURSERY EXCHANGE, INC.
Address - 1635 ROSECRANS ST STE D, SAN DIEGO CA 92106-2278

Jul 06    HIGH    **Next Steps**

**1 to 4 of 4**

Edit Search | New Search

SEARCH: Company: AMERICAN NURSERY EXCHANGE State: CA

# EXHIBIT 5

### Fruit and Vegetable Programs

# Search PACA

*Search Again* 🔍    *Go Back to the previous page* ⬅

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 20071275 | 9/10/2007 | 9/10/2008 | Active |
| **Business Name** | | **City** | **State** |
| SAMMYS PRODUCE INC | | VISTA | CA |

**Reported Principal (Last Name, First Name)**

SKWARA, YAN
CALIFORNIA PRODUCE EXCHANGE INC,

**Trade Names**

**Branch Name , Branch City , Branch State**

Return to: Perishable Agricultural Commodities Act (PACA)

## Fruit and Vegetable Programs

# Search PACA

*Search Again*    *Go Back to the previous page*

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 20071274 | 9/10/2007 | 9/10/2008 | Active |
| **Business Name** | | **City** | **State** |
| CALIFORNIA PRODUCE EXCHANGE INC | | SAN DIEGO | CA |

**Reported Principal (Last Name, First Name)**

SKWARA, YAN
US FARMS INC,

**Trade Names**

**Branch Name , Branch City , Branch State**

Return to: Perishable Agricultural Commodities Act (PACA)

Fruit and Vegetable Programs

# Search PACA

*Search Again* 🔍    *Go Back to the previous page* ⬅

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 20080557 | 3/4/2008 | 3/4/2009 | Active |
| **Business Name** | | **City** | **State** |
| WORLD GARLIC & SPICE INC | | LOS ANGELES | CA |

**Reported Principal (Last Name, First Name)**

SKWARA, YAN

**Trade Names**

**Branch Name , Branch City , Branch State**

Return to: Perishable Agricultural Commodities Act (PACA)

# EXHIBIT 6



# AMERICAN NURSERY EXCHANGE, INC.

- **Home**
- **Company Info**
- **Availably**
- **Contact Us**
- **US Farms Info**



Company Info

Our management and sales team has more than 45 years of experience in nursery related fields. We are capable of handling all of your plant needs – quickly and professionally. Just one call or email to American Nursery Exchange, Inc., and our team will promptly and completely manage all of your plant ordering needs.

- Wholesale only
- Freight-ready and load consolidation will help reduce costs
- Fresh, high quality plants
- Year round availability and large variety
- Operates its own trucks throughout United States and Canada

A **USFarms**, INC. Company

We ship to the United States and Canada • All of our packaging is 100% recyclable

# EXHIBIT 7

**Sammy's Produce, Inc.**
P.O. Box 95
Vista, CA 92085

Washington Mutual Bank, FA
90-7182/3222

11113

5/8/2008

PAY TO THE
ORDER OF    Prime Time                                    $2,000.00

Two Thousand and 00/100********************************************************************   DOLLARS

Prime Time
86-705 Ave 54 SteA
Coachella, CA 92236

MEMO
Lot 13420

⑈011113⑈ ⑆322271827⑆ 441212147⑈

11113

Sammy's Produce, Inc.

Prime Time                                                  5/8/2008

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---|---------------|-------------|----------|---------|
| 1/11/2008 | Bill | 145320 | | 12,156.00 | 12,156.00 | | 2,000.00 |
| | | | | | | Check Amount | 2,000.00 |

Checking           Lot 13420                                        2,000.00

**Sammy's Produce, Inc.**
P.O. Box 95
Vista, CA 92085

Washington Mutual Bank, FA
90-7162/3222

11108

5/8/2008

PAY TO THE
ORDER OF   HM Distributors                                    *$5,000.00

Five Thousand and 00/100************************************************************************************* DOLLARS

HM Distributors
PO Box 548
Nogales, AZ 85628

MEMO

Lot 13443

⑈⑉011108⑈⑉ ⑉322271627⑉⑉ 4411212147⑈⑉

**Sammy's Produce, Inc.**                                              11108

HM Distributors                                    5/8/2008
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 1/18/2008 | Bill | A01696-01 | 9,477.00 | 9,477.00 | | 5,000.00 |
| | | | | Check Amount | | 5,000.00 |

Checking                Lot 13443                                    5,000 00

# EXHIBIT 8



Newport Beach Office

4100 Newport Place Drive, Suite 700
Newport Beach, California 92660
Telephone 949.752.2911
Facsimile 949.752.0953
www.rjlaw.com

PATRICIA J. RYNN
Pat@rjlaw.com
Fax: (949) 225-4761

## Via E-Mail and Facsimile

June 18, 2008

Mr. Brian Pease
Bryan W. Pease, Inc.
302 Washington Street, Suite 404
San Diego, CA 92103

**Re:** *Sucasa Produce and P.D.G. Produce, Inc. v. Sammy's Produce, Inc., et al.*

Dear Brian:

When we last spoke about this matter, I asked that U.S. Farms, Inc. ("U.S. Farms") return to Sammy's Produce, Inc. ("Sammy's") the nearly $200,000.00 in loan payments that Sammy's paid to U.S. Farms during the first and second quarters of 2008. The loan payments are trust assets which rightfully belong to Sammy's PACA trust creditors. U.S. Farms received these assets in direct violation of the PACA Trust and must therefore immediately disgorge those payments.

In response to my request that U.S. Farms return the trust assets, you told me that U.S. Farms would not do so because it had insufficient funds to return the assets to Sammy's. By this letter, I am renewing my request that U.S. Farms immediately return the trust assets to Sammy's where they will be preserved for the trust creditors under the terms of the pending Preliminary Injunction Order. If U.S. Farms is unable or unwilling to return those funds, please contact me not later than Friday, June 20, to discuss it's reasons for not doing so.

Thank you for your prompt attention to this matter.

Very truly yours,

RYNN & JANOWSKY, LLP

PATRICIA J. RYNN

PJR/tjd
Encls.
08-188/ Pease 6.18.08

Newport Beach, California  ▪  Oakland, California  ▪  Naples, Florida

# EXHIBIT 9

**Pat Rynn**

| From: | Bryan Pease [bryanpease@gmail.com] | | **Sent:** Wed 6/18/2008 6:15 PM |
|---|---|---|---|
| **To:** | Pat Rynn; Greg Testa | | |
| **Cc:** | | | |
| **Subject:** | Sammy's Produce | | |
| **Attachments:** | | | |

Hi Pat,
I just filed the up to date bank and aging report, so you should have that. Regarding the $200,000 you are demanding U.S. Farms disgorge, this is not possible because U.S. Farms actually loaned Sammy's over $1 million between April and October of 2007, of which only the $200,000 has been repaid. As a publicly traded company, U.S. Farms' financial reports are publicly available, and the company lost over $3 million last year alone (a good portion of that on Sammy's). They simply don't have $200,000 laying around to re-loan Sammy's.
-- Bryan

--
Bryan W. Pease
Attorney at Law
302 Washington St. #404
San Diego, CA 92103
p (619) 723-0369
f (619) 923-1001
www.bryanpease.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify me immediately
by replying to the message and deleting it from your computer.