PATRICIA J. RYNN State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:      (949) 752-0953
E-Mail:  Pat@rjlaw.com
E-Mail:  Elise@rjlaw.com

Attorneys for Plaintiffs
SUCASA PRODUCE and PDG PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; and P.D.G. PRODUCE, INC., an Arizona corporation,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; and DARIN PINES, an individual,<br><br>                    Defendants. | CASE NO.  08-cv-914 JLS (JMA)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I electronically transmitted the following documents to the ECF registrants listed below:

**1.** **Plaintiffs' Notice of Motion and Motion For Leave To Amend Plaintiffs' Complaint and To Expand The Preliminary Injunction;**

**2.** **Plaintiffs' Ex Parte Motion For Order Shortening Time To Hear The Motion For Leave To Amend Complaint and The Motion To Expand The Preliminary Injunction Order;**

08-188/Certificate of Service.7.3.08.doc          1

3. **Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Motion For Leave To Amend Plaintiffs' Complaint and To Expand The Preliminary Injunction;**

4. **Declaration of Patricia J. Rynn In Support of Plaintiffs' Ex Parte Motion For Order Shortening Time For Leave To Amend Plaintiffs' Complaint and To Expand The Preliminary Injunction and Notice To Opposing Counsel;**

5. **Declaration of Robert Schachtel In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

6. **Declaration of Cesar Parada In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

7. **Declaration of Humberto Monteverde In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

8. **Declaration of Laura De La Rosa In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

9. **Declaration of Alma Noriega In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

10. **Declaration of Jim Detty In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

11. **Declaration of Jorge Orrantia In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

12. **Declaration of Hector Sanchez In Support of Plaintiffs' Motion to Expand The Preliminary Injunction; Exhibits In Support Thereof;**

13. **[Proposed] Order Expanding The Preliminary Injunction Order**

| | |
|---|---|
| Bryan W Pease | bryanpease@gmail.com |
| Patricia Jane Rynn | pat@rjlaw.com, tim@rjlaw.com |
| Gregory James Testa | info@testalaw.com |

///

///

///

08-188/Certificate of Service.7.3.08.doc          2

1  I hereby certify that on July 3, 2008, I served the attached document via Federal Express

2  for delivery on Monday, July 7, 2008, on the following parties:

| | |
|---|---|
| Mr. Bryan Pease | Mr. Greg Testa |
| Bryan W. Pease, Inc. | Testa & Associates, LLP |
| 302 Washington Street, Suite 404 | Rancheros Business Center |
| San Diego, CA 92103 | 570 Rancheros Drive, Suite 250 |
| | San Marcos, C A  92069 |

Respectfully Submitted,

RYNN & JANOWSKY, LLP

DATED:  July 3, 2008          By:    /s/  Patricia J. Rynn
                                    PATRICIA J. RYNN, attorneys
                                    for Plaintiffs SUCASA PRODUCE, et al.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953