1  BRYAN W. PEASE (SB# 239139)
   302 Washington St. #404
2  San Diego, CA 92103
   Telephone:   (619) 723-0369
3  Facsimile:   (619) 923-1001
   email: bryanpease@gmail.com
4
   Attorney for Defendant
5  SAMMY'S PRODUCE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC. | Civil Action, No.: 08 CV 914 JLS (JMA) |
|  | NOTICE REGARDING STATUS OF ACCOUNTS |
| Plaintiffs, | |
| v. | |
| SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice of the up to date bank statement attached hereto, pursuant to the preliminary injunction order filed on June 18, 2008. There has been no update in receivables or collection activity since the last report was filed.

Dated: July 16, 2008                    By: /s/ Bryan W. Pease_____
                                            Bryan W. Pease



# Transaction History

## Free Business Checking - 2147

▶ **Available Balance :**    -$954,900.30

| Date | Description | Check# | Debit(-) | Credit(+) | Running Balance | ? |
|---|---|---|---|---|---|---|
| Pending[1] | Temporary hold(s) on previous deposit(s) | | -$20,000.00 | | | |
| 7/8/2008 | *CUSTOMER DEPOSIT | | | +$3,381.12 | $65,099.70 | ✉ |
| 7/3/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $61,718.58 | ✉ |
| 7/2/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $60,718.58 | ✉ |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $35,718.58 | ✉ |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$2,882.00 | $25,718.58 | ✉ |
| 6/18/2008 | *CUSTOMER DEPOSIT | | | +$100.00 | $22,836.58 | ✉ |
| 6/16/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $22,736.58 | ✉ |
| 6/10/2008 | *CUSTOMER DEPOSIT | | | +$5,597.10 | $21,236.58 | ✉ |
| 6/5/2008 | *CUSTOMER DEPOSIT | | | +$5,000.00 | $15,639.48 | ✉ |
| 5/28/2008 | *CUSTOMER DEPOSIT | | | +$3,623.60 | $10,639.48 | ✉ |
| 5/27/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $7,015.88 | ✉ |
| 5/23/2008 | *CUSTOMER DEPOSIT | | | +$4,000.00 | $5,015.88 | ✉ |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | -$1,100.00 | | $1,015.88 | ✉ |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | -$160.00 | | $2,115.88 | ✉ |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | -$1,051.63 | | $2,275.88 | ✉ |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | -$5,000.00 | | $3,327.51 | ✉ |
| 5/22/2008 | *CUSTOMER DEPOSIT | | | +$1,260.00 | $8,327.51 | ✉ |
| 5/22/2008 | Check - *ON-US CHECK WITHDRAWAL | 11123 | -$1,200.00 | | $7,067.51 | ✉ |
| 5/21/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $8,267.51 | ✉ |
| 5/21/2008 | Check - *ON-US CHECK WITHDRAWAL | 11122 | -$6,500.00 | | $6,267.51 | ✉ |
| 5/20/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $12,767.51 | ✉ |
| 5/20/2008 | Check - *ON-US CHECK WITHDRAWAL | 11120 | -$3,500.00 | | $2,767.51 | ✉ |
| 5/19/2008 | Check - 0000011111 | 11111 | -$3,000.00 | | $6,267.51 | ✉ |
| 5/19/2008 | *CUSTOMER DEPOSIT | | | +$359.00 | $9,267.51 | ✉ |
| 5/16/2008 | Check - 0000011106 | 11106 | -$5,000.00 | | $8,908.51 | ✉ |

**PROOF OF SERVICE BY ELECTRONIC FILING**

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
      U.S. District Court Case No.: 08 CV 914 JLS (JMA)

      I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

      I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**NOTICE REGARDING STATUS OF ACCOUNTS**

I served the individuals named on July 16, 2008 by electronic filing:

Patricia Jane Rynn    (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa    (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2008, San Diego, California.

                                                           /s/Bryan W. Pease
                                                              Bryan W. Pease