UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| SUCASA PRODUCE, an Arizona Partnership; P.D.G. PRODUCE, INC., an Arizona corporation; EXPO FRESH, LLC, a California limited liability company; H.M. DISTRIBUTORS, INC., an Arizona corporation; PRIME TIME SALES, LLC, a California limited liability company; VANAL DISTRIBUTING, INC., an Arizona corporation, DEL CAMPO SUPREME, INC., an Arizona corporation; MEYER, LLC, a California limited liability company,<br><br>Plaintiffs<br>vs.<br><br>SAMMY'S PRODUCE, INC., a California corporation; CALIFORNIA PRODUCE EXCHANGE, INC., a California corporation; US FARMS, INC., a California corporation; WORLD GARLIC & SPICE INC., a California corporation; AMERICAN NURSERY EXCHANGE, INC., a California corporation; YAN SKWARA, an individual; SAMUEL V. NUCCI, an individual; DARIN PINES, an individual,<br><br>Defendants. | CASE NO. 08-cv-914 JLS (JMA)<br><br>**ORDER: GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING THE TIME TO HEAR (1) PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND (2) MOTION TO EXPAND THE PRELIMINARY INJUNCTION ORDER** |

Good cause appearing, the Court **GRANTS** Plaintiffs' ex parte application and reschedules the hearing date for Plaintiffs' motion for leave to amend and motion to expand the preliminary injunction order to Thursday, August 7, 2008 at 1:30p.m.

IT IS SO ORDERED.

Date: July 18, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
U.S. District Court Judge

1