BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Defendant
SAMMY'S PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES,<br><br>　　　　　　Defendants. | Civil Action, No.: 08 CV 914 JLS (JMA)<br><br>NOTICE REGARDING STATUS OF ACCOUNTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice of the up to date bank statement attached hereto, pursuant to the preliminary injunction order filed on June 18, 2008. There has been no update in receivables or collection activity since the last report was filed, other than a $1,500 check from Eduardo Produce returned for insufficient funds, as reflected in the bank statement.

Dated: July 23, 2008　　　　　　　　　　　　　　By: /s/ Bryan W. Pease_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Bryan W. Pease



# WaMu

## Transaction History

**Free Business Checking - 2147**

▸ **Available Balance :**   -$934,909.30

| Date | Description | Check# | Debit(-) | Credit(+) | Running Balance | ? |
|---|---|---|---|---|---|---|
| 7/23/2008 | *RETURNED DEPOSITED ITEM FEE | | -$9.00 | | $65,090.70 | ✉ |
| 7/23/2008 | *RETURNED DEPOSITED ITEM | | -$1,500.00 | | $65,099.70 | ✉ |
| 7/21/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $66,599.70 | ✉ |
| 7/8/2008 | *CUSTOMER DEPOSIT | | | +$3,381.12 | $65,099.70 | ✉ |
| 7/3/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $61,718.58 | ✉ |
| 7/2/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $60,718.58 | ✉ |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $35,718.58 | ✉ |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$2,882.00 | $25,718.58 | ✉ |

Deposits are accepted by Washington Mutual Bank (WMB) and
Washington Mutual Bank fsb and are FDIC insured.

 EQUAL HOUSING LENDER

Terms of Use | Security & Privacy | Online Services Agreement

Programs (including, without limit, fees, rates and features) are subject to change without notice.

© Copyright 1998 - 2008, Washington Mutual, Inc. All Rights Reserved

**PROOF OF SERVICE BY ELECTRONIC FILING**

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
    U.S. District Court Case No.: 08 CV 914 JLS (JMA)

    I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

    I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**NOTICE REGARDING STATUS OF ACCOUNTS**

I served the individuals named on July 23, 2008 by electronic filing:

Patricia Jane Rynn    (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa    (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 23, 2008, San Diego, California.

                                                /s/Bryan W. Pease
                                              Bryan W. Pease