UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, etc., et al., ) | Case No. 08-CV-0914-JLS (JMA) |
| Plaintiff, ) | **ORDER RE CONFERENCES** |
| v. ) | |
| SAMMY'S PRODUCE, INC., etc., et al., ) | |
| Defendants. ) | |

On August 11, 2008, the Court conducted an Early Neutral Evaluation Conference in the above-captioned action. **IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **September 17, 2008** at **11:30 a.m.** All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: August 12, 2008

Jan M. Adler
U.S. Magistrate Judge