BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone:   (619) 723-0369
Facsimile:   (619) 923-1001
email: bryanpease@gmail.com

Attorney for Defendant
SAMMY'S PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC.<br><br>          Plaintiffs,<br><br>     v.<br><br>SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES,<br><br>          Defendants. | Civil Action, No.:  08 CV 914 JLS (JMA)<br><br>NOTICE REGARDING STATUS OF ACCOUNTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice of the up to date bank statement and receivables report attached hereto.

Dated: August 20, 2008                    By: /s/ Bryan W. Pease_____
                                               Bryan W. Pease



# Transaction History

## Free Business Checking - 2147

**Available Balance :** -$908,809.30

| Date | Description | Check# | Debit(-) | Credit(+) | Running Balance | ? |
|---|---|---|---|---|---|---|
| Pending[1] | Temporary hold(s) on previous deposit(s) | | -$24,900.00 | | | |
| 8/19/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $116,090.70 | |
| 8/18/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $91,090.70 | |
| 8/12/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $66,090.70 | |
| 7/23/2008 | *RETURNED DEPOSITED ITEM FEE | | -$9.00 | | $65,090.70 | |
| 7/23/2008 | *RETURNED DEPOSITED ITEM | | -$1,500.00 | | $65,099.70 | |
| 7/21/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $66,599.70 | |
| 7/8/2008 | *CUSTOMER DEPOSIT | | | +$3,381.12 | $65,099.70 | |
| 7/3/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $61,718.58 | |
| 7/2/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $60,718.58 | |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $35,718.58 | |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$2,882.00 | $25,718.58 | |
| 6/18/2008 | *CUSTOMER DEPOSIT | | | +$100.00 | $22,836.58 | |
| 6/16/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $22,736.58 | |
| 6/10/2008 | *CUSTOMER DEPOSIT | | | +$5,597.10 | $21,236.58 | |
| 6/5/2008 | *CUSTOMER DEPOSIT | | | +$5,000.00 | $15,639.48 | |
| 5/28/2008 | *CUSTOMER DEPOSIT | | | +$3,623.60 | $10,639.48 | |
| 5/27/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $7,015.88 | |
| 5/23/2008 | *CUSTOMER DEPOSIT | | | +$4,000.00 | $5,015.88 | |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | -$1,100.00 | | $1,015.88 | |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | -$160.00 | | $2,115.88 | |
| 5/23/2008 | *CUSTOMER WITHDRAWAL | | -$1,051.63 | | $2,275.88 | |
| 5/23/2008 | *TRANSFER WITHDRAWAL | | -$5,000.00 | | $3,327.51 | |
| 5/22/2008 | *CUSTOMER DEPOSIT | | | +$1,260.00 | $8,327.51 | |
| 5/22/2008 | Check - *ON-US CHECK WITHDRAWAL | 11123 | -$1,200.00 | | $7,067.51 | |
| 5/21/2008 | *CUSTOMER DEPOSIT | | | +$2,000.00 | $8,267.51 | |

## Sammy's Produce, Inc.
### A/R Aging Summary
As of Aug 20, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **AG Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 21,572.15 | 21,572.15 |
| **Alfredo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 29,765.55 | 29,765.55 |
| **Angelitas Foods Service** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Arroyo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| **B.G.F. Quality Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 24,800.00 | 24,800.00 |
| **California Creative Foods** | 0.00 | 0.00 | 0.00 | 0.00 | -4,198.18 | -4,198.18 |
| **Casa Linda** | 0.00 | 0.00 | 0.00 | 0.00 | 826.37 | 826.37 |
| **Coyote Bar & Grill** | 0.00 | 0.00 | 0.00 | 0.00 | -1,137.00 | -1,137.00 |
| **Crazy Burro** | 0.00 | 0.00 | 0.00 | 0.00 | 2,929.45 | 2,929.45 |
| **Direct Fresh** | 0.00 | 0.00 | 0.00 | 0.00 | 12,442.60 | 12,442.60 |
| **Double D Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 8,993.60 | 8,993.60 |
| **Eduardo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 5,467.50 | 5,467.50 |
| **El Sol Market** | 0.00 | 0.00 | 0.00 | 0.00 | 1,385.30 | 1,385.30 |
| **Fruit Distributing Corp. of California** | 0.00 | 0.00 | 0.00 | 0.00 | 16,402.70 | 16,402.70 |
| **Hierro's Market** | 0.00 | 0.00 | 0.00 | 0.00 | 671.39 | 671.39 |
| **Hierro's Market - L.A.** | 0.00 | 0.00 | 0.00 | 0.00 | 87,704.20 | 87,704.20 |
| **Junior's Taco Shop** | 0.00 | 0.00 | 0.00 | 0.00 | 29.08 | 29.08 |
| **L.A. Garlic & Spice, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 335,183.15 | 335,183.15 |
| **La Siesta Resturant** | 0.00 | 0.00 | 0.00 | 0.00 | 7,143.80 | 7,143.80 |
| **Max Dist** | 0.00 | 0.00 | 0.00 | 0.00 | 12,182.60 | 12,182.60 |
| **Mi Pueblo Market** | 0.00 | 0.00 | 0.00 | 0.00 | 2,572.50 | 2,572.50 |
| **Misc Customer** | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -60,000.00 |
| **Nucci's Cafe** | 0.00 | 0.00 | 0.00 | 0.00 | 13,427.75 | 13,427.75 |
| **Olympic Friut & Veg** | 0.00 | 0.00 | 0.00 | 0.00 | 113,795.50 | 113,795.50 |
| **Otay Mesa Repackers** | 0.00 | 0.00 | 0.00 | 0.00 | -94.20 | -94.20 |
| **R&K Trucking** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Rey & Rey Produce, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 10,064.00 | 10,064.00 |
| **Rio Plata Farms** | 0.00 | 0.00 | 0.00 | 0.00 | 16,942.50 | 16,942.50 |
| **Rodeos Market - Vista** | 0.00 | 0.00 | 0.00 | 0.00 | 543.00 | 543.00 |
| **Royal Liquor** | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 49.00 |
| **San Diego Point Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 56,645.50 | 56,645.50 |
| **Seaside Market** | 0.00 | 0.00 | 0.00 | 0.00 | -285.00 | -285.00 |
| **Spokane Produce, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 6,620.40 | 6,620.40 |
| **Team Tomato** | 0.00 | 0.00 | 0.00 | 0.00 | 18,140.00 | 18,140.00 |
| **Ursich Egg Ranch** | 0.00 | 0.00 | 0.00 | 0.00 | 820.45 | 820.45 |
| **Vanal Distributing, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 105.60 | 105.60 |
| **Vera's Tamale** | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.19 | 1,306.19 |
| **World Garlic & Spice** | 0.00 | 0.00 | 0.00 | 0.00 | 22,735.00 | 22,735.00 |
| **Total** | **0.00** | **0.00** | **0.00** | **0.00** | **768,626.45** | **768,626.45** |

**PROOF OF SERVICE BY ELECTRONIC FILING**

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
     U.S. District Court Case No.: 08 CV 914 JLS (JMA)

     I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

     I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**NOTICE REGARDING STATUS OF ACCOUNTS**

I served the individuals named on August 20, 2008 by electronic filing:

Patricia Jane Rynn    (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa    (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 20, 2008, San Diego, California.

                                                /s/Bryan W. Pease
                                                Bryan W. Pease