1  BRYAN W. PEASE (SB# 239139)
   302 Washington St. #404
2  San Diego, CA 92103
   Telephone:   (619) 723-0369
3  Facsimile:    (619) 923-1001
   email: bryanpease@gmail.com
4
   Attorney for Defendant
5  SAMMY'S PRODUCE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES,<br><br>Defendants. | Civil Action, No.:  08 CV 914 JLS (JMA)<br><br>NOTICE REGARDING STATUS OF ACCOUNTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice of the up to date bank statement and aging report attached hereto, pursuant to the preliminary injunction order filed on June 18, 2008.  Pending collection actions have had the following updates:

<u>Sammy's Produce, Inc. v. Hierro's Market & Carniceria, Inc.</u>
Southern District of California Case Number 08 CV 0860 H POR
Status: default judgment entered on August 25, 2008 in the amount of $100,927.04.

<u>Sammy's Produce, Inc. v. Rey & Rey Produce, Inc.</u>
Southern District of California Case Number 08 CV 0930 L WMc
Status: Settlement paid in full, case dismissed with prejudice.

1    Sucasa Produce v. Sammy's Produce
     08 CV 914 JLS (JMA)
     Notice Regarding Status of Accounts

<u>Sammy's Produce, Inc. v. L.A. Garlic & Spice, Inc.</u>
San Diego Superior Court Case Number 37-2008-00085213-CU-BC-CTL
Status: Complaint served but stricken due to client's check for filing fee not clearing and not being re-paid because case will be re-filed in Los Angeles County to avoid motion for change of venue as indicated by opposing counsel.

Dated: August 27, 2008                         By: /s/ Bryan W. Pease
                                                   Bryan W. Pease