BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone:	(619) 723-0369
Facsimile:	(619) 923-1001
email: bryanpease@gmail.com

Attorney for Defendant
SAMMY'S PRODUCE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCASA PRODUCE, and P.D.G. PRODUCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMMY'S PRODUCE, INC.; YAN SKWARA; SAMUEL V. NUCCI; and DARIN PINES,<br><br>Defendants. | Civil Action, No.: 08 CV 914 JLS (JMA)<br><br>NOTICE REGARDING STATUS OF ACCOUNTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice of the up to date bank statement and aging report attached hereto, pursuant to the preliminary injunction order filed on June 18, 2008.  There has been no change with pending collection actions.

Dated: September 10, 2008                                     By: /s/ Bryan W. Pease
                                                                                    Bryan W. Pease

# WaMu

## Transaction History

### Free Business Checking - 2147

▸ **Available Balance :**   -$880,885.85

| Date | Description | Check# | Debit(-) | Credit(+) | Running Balance | ? |
|---|---|---|---|---|---|---|
| 9/4/2008 | *RETURNED DEPOSITED ITEM FEE | | $9.00 | | $119,114.15 | ✉ |
| 9/4/2008 | *RETURNED DEPOSITED ITEM | | $1,000.00 | | $119,123.15 | ✉ |
| 9/3/2008 | *RETURNED DEPOSITED ITEM FEE | | $9.00 | | $120,123.15 | ✉ |
| 9/3/2008 | *RETURNED DEPOSITED ITEM | | $2,437.60 | | $120,132.15 | ✉ |
| 9/3/2008 | *RETURNED DEPOSITED ITEM FEE | | $9.00 | | $122,569.75 | ✉ |
| 9/3/2008 | *RETURNED DEPOSITED ITEM | | $1,848.00 | | $122,578.75 | ✉ |
| 9/2/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $124,426.75 | ✉ |
| 8/28/2008 | *CUSTOMER DEPOSIT | | | +$4,651.60 | $123,426.75 | ✉ |
| 8/28/2008 | *CUSTOMER DEPOSIT | | | +$2,016.70 | $118,775.15 | ✉ |
| 8/25/2008 | *CUSTOMER DEPOSIT | | | +$667.75 | $116,758.45 | ✉ |
| 8/19/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $116,090.70 | ✉ |
| 8/18/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $91,090.70 | ✉ |
| 8/12/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $66,090.70 | ✉ |
| 7/23/2008 | *RETURNED DEPOSITED ITEM FEE | | $9.00 | | $65,090.70 | ✉ |
| 7/23/2008 | *RETURNED DEPOSITED ITEM | | $1,500.00 | | $65,099.70 | ✉ |
| 7/21/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $66,599.70 | ✉ |
| 7/8/2008 | *CUSTOMER DEPOSIT | | | +$3,381.12 | $65,099.70 | ✉ |
| 7/3/2008 | *CUSTOMER DEPOSIT | | | +$1,000.00 | $61,718.58 | ✉ |
| 7/2/2008 | *CUSTOMER DEPOSIT | | | +$25,000.00 | $60,718.58 | ✉ |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$10,000.00 | $35,718.58 | ✉ |
| 6/24/2008 | *CUSTOMER DEPOSIT | | | +$2,882.00 | $25,718.58 | ✉ |
| 6/18/2008 | *CUSTOMER DEPOSIT | | | +$100.00 | $22,836.58 | ✉ |
| 6/16/2008 | *CUSTOMER DEPOSIT | | | +$1,500.00 | $22,736.58 | ✉ |
| 6/10/2008 | *CUSTOMER DEPOSIT | | | +$5,597.10 | $21,236.58 | ✉ |
| 6/5/2008 | *CUSTOMER DEPOSIT | | | +$5,000.00 | $15,639.48 | ✉ |
| 5/28/2008 | *CUSTOMER DEPOSIT | | | +$3,623.60 | $10,639.48 | ✉ |

## Sammy's Produce, Inc.
### A/R Aging Summary
As of Sep. 10, 2008

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **AG Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 21,572.15 | 21,572.15 |
| **Alfredo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 29,765.55 | 29,765.55 |
| **Angelitas Foods Service** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Arroyo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| **B.G.F. Quality Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 24,800.00 | 24,800.00 |
| **California Creative Foods** | 0.00 | 0.00 | 0.00 | 0.00 | -4,198.18 | -4,198.18 |
| **Casa Linda** | 0.00 | 0.00 | 0.00 | 0.00 | 826.37 | 826.37 |
| **Coyote Bar & Grill** | 0.00 | 0.00 | 0.00 | 0.00 | -1,137.00 | -1,137.00 |
| **Crazy Burro** | 0.00 | 0.00 | 0.00 | 0.00 | 2,395.70 | 2,395.70 |
| **Direct Fresh** | 0.00 | 0.00 | 0.00 | 0.00 | 12,442.60 | 12,442.60 |
| **Double D Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 8,993.60 | 8,993.60 |
| **Eduardo Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 5,467.50 | 5,467.50 |
| **El Sol Market** | 0.00 | 0.00 | 0.00 | 0.00 | 1,385.30 | 1,385.30 |
| **Fruit Distributing Corp. of California** | 0.00 | 0.00 | 0.00 | 0.00 | 16,402.70 | 16,402.70 |
| **Hierro's Market - L.A.** | 0.00 | 0.00 | 0.00 | 0.00 | 78,375.59 | 78,375.59 |
| **Junior's Taco Shop** | 0.00 | 0.00 | 0.00 | 0.00 | 29.08 | 29.08 |
| **L.A. Garlic & Spice, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 335,183.15 | 335,183.15 |
| **La Siesta Resturant** | 0.00 | 0.00 | 0.00 | 0.00 | 7,143.80 | 7,143.80 |
| **Max Dist** | 0.00 | 0.00 | 0.00 | 0.00 | 11,682.60 | 11,682.60 |
| **Mi Pueblo Market** | 0.00 | 0.00 | 0.00 | 0.00 | 2,572.50 | 2,572.50 |
| **Misc Customer** | 0.00 | 0.00 | 0.00 | 0.00 | -60,000.00 | -60,000.00 |
| **Nucci's Cafe** | 0.00 | 0.00 | 0.00 | 0.00 | 13,427.75 | 13,427.75 |
| **Olympic Friut & Veg** | 0.00 | 0.00 | 0.00 | 0.00 | 113,795.50 | 113,795.50 |
| **Otay Mesa Repackers** | 0.00 | 0.00 | 0.00 | 0.00 | -94.20 | -94.20 |
| **R&K Trucking** | 0.00 | 0.00 | 0.00 | 0.00 | 920.00 | 920.00 |
| **Rio Plata Farms** | 0.00 | 0.00 | 0.00 | 0.00 | 16,942.50 | 16,942.50 |
| **Rodeos Market - Vista** | 0.00 | 0.00 | 0.00 | 0.00 | 543.00 | 543.00 |
| **Royal Liquor** | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 49.00 |
| **San Diego Point Produce** | 0.00 | 0.00 | 0.00 | 0.00 | 56,645.50 | 56,645.50 |
| **Seaside Market** | 0.00 | 0.00 | 0.00 | 0.00 | -285.00 | -285.00 |
| **Spokane Produce, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 6,620.40 | 6,620.40 |
| **Team Tomato** | 0.00 | 0.00 | 0.00 | 0.00 | 18,140.00 | 18,140.00 |
| **Ursich Egg Ranch** | 0.00 | 0.00 | 0.00 | 0.00 | 820.45 | 820.45 |
| **Vanal Distributing, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 105.60 | 105.60 |
| **Vera's Tamale** | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.19 | 1,306.19 |
| **World Garlic & Spice** | 0.00 | 0.00 | 0.00 | 0.00 | 22,735.00 | 22,735.00 |
| **Total** | **0.00** | **0.00** | **0.00** | **0.00** | **747,528.70** | **747,528.70** |

# Sammy's Produce Inc.
## Custom Transaction Detail Report
May 15 through June 11, 2008

# Sammy's Produce, Inc.
## Payments Received
As of Sep. 10, 2008

| Type | Date | Num | Name | Account | Credit |
|---|---|---|---|---|---|
| Payment | 05/15/2008 | 15858 | El Mariachi Restaurant | Accounts Receivable | 359.00 |
| Payment | 05/19/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 10,000.00 |
| Payment | 05/21/2008 | | Hierro's Market | Accounts Receivable | 2,000.00 |
| Payment | 05/22/2008 | 0033479 | Frazier Farms | Accounts Receivable | 1,260.00 |
| Payment | 05/27/2008 | | Hierro's Market | Accounts Receivable | 2,000.00 |
| Payment | 05/28/2008 | 10057 | Rio Plata Farms | Accounts Receivable | 1,096.75 |
| Payment | 05/28/2008 | | Ursich Egg Ranch | Accounts Receivable | 100.00 |
| Payment | 05/28/2008 | 1142 | Casa Linda | Accounts Receivable | 200.00 |
| Payment | 05/28/2008 | 6847 | Crazy Burro | Accounts Receivable | 403.50 |
| Payment | 05/28/2008 | 022971 | California Mayoreo y Menudo | Accounts Receivable | 505.50 |
| Payment | 06/05/2008 | 4066 | Eduardo Produce | Accounts Receivable | 5,000.00 |
| Payment | 06/06/2008 | | Ursich Egg Ranch | Accounts Receivable | 100.00 |
| Payment | 06/06/2008 | | El Sol Market #2 - Birch St. | Accounts Receivable | 340.00 |
| Payment | 06/06/2008 | 0000333760 | Junior's Taco Shop | Accounts Receivable | 157.10 |
| Payment | 06/06/2008 | 4067 | Eduardo Produce | Accounts Receivable | 5,000.00 |
| Payment | 06/16/2008 | | Hierro's Market | Accounts Receivable | 1,500.00 |
| Payment | 06/18/2008 | Cash | Ursich Egg Ranch | Accounts Receivable | 100.00 |
| Payment | 06/24/2008 | Cash | Ursich Egg Ranch | Accounts Receivable | 100.00 |
| Payment | 06/24/2008 | 1864 | La Siesta Resturant | Accounts Receivable | 2,782.00 |
| Payment | 06/24/2008 | 4068 | Eduardo Produce | Accounts Receivable | 5,000.00 |
| Payment | 06/24/2008 | 4069 | Eduardo Produce | Accounts Receivable | 5,000.00 |
| Payment | 07/02/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 25,000.00 |
| Payment | 07/03/2008 | | Hierro's Market | Accounts Receivable | 1,000.00 |
| Payment | 07/08/2008 | 335173 | Junior's Taco Shop | Accounts Receivable | 158.12 |
| Payment | 07/08/2008 | 4070 | Eduardo Produce | Accounts Receivable | 3223 |
| Payment | 8/1/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 25000 |
| Payment | 8/13/2008 | | Hierro's Market | Accounts Receivable | 1000 |
| Payment | 8/19/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 25000 |
| Payment | 8/25/2008 | | Crazy Burro | Accounts Receivable | 167.75 |
| Payment | 8/25/2008 | | Max Dist | Accounts Receivable | 500 |
| Payment | 8/28/2008 | | Double D Produce | Accounts Receivable | 1848 |
| Payment | 8/28/2008 | | Double D Produce | Accounts Receivable | 2437.6 |
| Payment | 8/28/2008 | | Crazy Burro | Accounts Receivable | 366 |
| Payment | 8/28/2008 | | Rey & Rey Produce, Inc. | Accounts Receivable | 2016.7 |
| Payment | 9/2/2008 | | Hierro's Market | | 1000 |

**Sammy's Produce Inc.**
**Custom Transaction Detail Report**
May 15 through June 11, 2008

Deposit on 5/19/08 for 359.00
Deposit on 05/20/2008 for 10,000
Deposit on 5/21/08 for 5,000
Deposit on 5/22/08 for 1260.00
Deposit on 5/27/08 for 2000.00
Deposit on 5/28/08 for 2305.75
this deposit also includes a 1,317.85 transfer

Deposit on 6/05/08 for 5,000
Deposit on 6/10/08 for 5,597.10

Deposit on 06/24/08 for 2,882.00

Deposit on 6/24/08 for 10,000

Deposit on 7/03/08 for 3381.12
Deposit on 7/08/08 for 1000.00

Deposit on 8/18/08
Deposit on 8/12/08
Deposit on 8/19/08
Deposit on 8/25/08
Deposit on 8/25/08
Deposit on 8/28/08            Returned
Deposit on 8/28/08            Returned
Deposit on 8/28/08
Deposit on 8/28/08
Deposit on 9/2/08             Returned

**PROOF OF SERVICE BY ELECTRONIC FILING**

*SUCASA PRODUCE, INC. V. SAMMY'S PRODUCE, INC.*
    U.S. District Court Case No.: 08 CV 914 JLS (JMA)

    I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

    I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**NOTICE REGARDING STATUS OF ACCOUNTS**

I served the individuals named on September 10, 2008 by electronic filing:

Patricia Jane Rynn    (pat@rjlaw.com, tim@rjlaw.com)

Gregory James Testa    (info@testalaw.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2008, San Diego, California.

                                                   /s/Bryan W. Pease
                                                      Bryan W. Pease